Andrew L. Deutsch (AD 5782)
Joseph C. Gioconda (JG 4716)
Monica Petraglia McCabe (MG 5853)
Anne Hardcastle (AH 3274)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
Attorneys for Plaintiff Metro-Goldwyn-Mayer
Studios Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
METRO-GOLDWYN-MAYER STUDIOS
INC.,

          Plaintiff,

   -against-

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM
COLLECTIF, CANAL + FRANCE S.A., and
GROUPE CANAL + S.A.

          Defendants.
------------------------------------------------------------ x

07 Civ. _____ (        )

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned certifies that plaintiff Metro-Goldwyn-Mayer Studios Inc. is a corporation established under the laws of the State of Delaware and that its parent corporation is MGM Holdings, Inc. Sony Corporation (through its Sony Corporation of America subsidiary), and Comcast Corp., which are publicly held corporations, own 10% or more of the stock of MGM Holdings, Inc.

Dated: New York, New York
April 11, 2007

DLA PIPER US LLP

By: /s/ Andrew L. Deutsch
Andrew L. Deutsch (AD 5782)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Attorneys for Plaintiff Metro-Goldwyn-Mayer Studios Inc.

2