UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METRO-GOLDWYN-MAYER STUDIOS INC,

          Plaintiff

          07 Civ.2918 (DAB)

- v -

          **AFFADAVIT OF SERVICE**

TPS GESTION S.A., TPS SOCIETE EN NOM COLLECTIF, CANAL + France S.A., and GROUPE CANAL + S.A.

          Defendants

---

| | |
|---|---|
| FRENCH REPUBLIC | ) |
| CITY OF PARIS | ) below: |
| EMBASSY OF THE UNITED STATES | ) |
| OF AMERICA | ) |

    The undersigned Maître Florence HUGUET JOANNOU, French court bailiff, appointed by order of the Minister of Justice, duly sworn, having been sworn in on 29 May 1996, solemnly declares:

    I have no relation with this case, I am over 18 years old and I reside at 18 avenue Charles de Gaulle, Neuilly sur Seine (92200) France.

**On the NINETEENTH OF APRIL TWO THOUSAND AND SEVEN (19/04/2007), I SERVED:**

    *- A summons drawn up in English over one (1) page and its translation in French over one (1) page,*

    *- An originating writ drawn up in English over twenty-three (23) pages and its translation in French over twenty-seven (27) pages and eighty-two (82) annexed pages in English,*

    *- A Rule 7.1 Statement drawn up in English over two (2) pages and its translation in French over two (2) pages.*

**ON:**

**1. TPS GESTION S.A., 145 quai Stalingrad, 92130 Issy les Moulineaux, defendant herein nominated:**
The writ was handed over by sworn clerk on 19 April 2007 to Mr Sébastien MANON, employee, who declared that he was empowered to so receive and who accepted reception.
In compliance with Art.658 of the New Code of Civil Procedure, I sent a full copy of the that writ by letter to the defendant TPS GESTION S.A.

**2. TPS SOCIETE EN NOM COLLECTIF, 145 quai Stalingrad, 92130 Issy les Moulineaux, defendant herein nominated:**
The writ was handed over by sworn clerk on 19 April 2007 to Mr Sébastien MANON, employee, who declared that he was empowered to so receive and who accepted reception.
In compliance with Art.658 of the New Code of Civil Procedure, I sent a full copy of that writ by letter to the defendant TPS SOCIETE EN NOM COLLECTIF.

**3. GROUPE CANAL + S.A., 1 place du Spectacle, 92130 Issy les Moulineaux, defendant herein nominated:**
The writ was handed over by sworn clerk on 19 April 2007 to Mr Daniel ROBERT, employee, who declared that he was empowered and who accepted reception.
In compliance with Art.658 of the New Code of Civil Procedure, I sent a full copy of that writ by letter to the defendant GROUPE CANAL + S.A.

**4. CANAL + France S.A., 1 place du Spectacle, 92130 Issy les Moulineaux, defendant herein nominated:**
The writ was handed over by sworn clerk on 19 April 2007 to Mr Daniel ROBERT, employee, who declared that he was empowered to so receive and who accepted reception.
In compliance with Art.658 of the New Code of Civil Procedure, I sent a full copy of that writ by letter to the defendant CANAL + FRANCE S.A.

Maître Florence HUGUET-JOANNOU
COURT BAILIFF

Republic of France
City of Paris
Embassy of the United States of America } SS:
I hereby certify that on this day the individual(s) named below appeared before me and acknowledged to me that the attached instrument was executed freely and voluntarily

Jennifer L. Becker
Vice Consul
United States Embassy, Paris
May 15, 2007

Je, soussignée, Karen RENEL, Traductrice Expert près la Cour d'Appel d'Amiens certifie que la traduction qui précède est conforme à l'original libellé en langue française
visé ne varietur sous le n° 2657
Fait à Amiens, le 02/05/07
(signature exempte de légalisation)

Karen RENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux