UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METRO-GOLDWYN-MAYER STUDIOS
INC,
             Demanderesse

- contre -

TPS GESTION, S.A, TPS SOCIETE EN NOM
COLLECTIF, CANAL + France S.A., et
GROUPE CANAL + S.A.

             Défendeurs

07 Civ.2918 (DAB)

**DECLARATION SOUS
SERMENT DE SIGNIFICATION**

REPUBLIQUE FRANCAISE    )
VILLE DE PARIS            ) ss :
AMBASSADE DES ETATS-UNIS  )
D'AMERIQUE               )

      La soussignée, Maître Florence HUGUET JOANNOU, Huissier de Justice français, nommée par arrêté du Garde des Sceaux Ministre de la Justice, dûment assermentée, ayant prêté serment le 29 mai 1996, déclare et affirme :

      Je ne suis pas partie à la présente affaire, j'ai plus de 18 ans et je réside au 18 avenue Charles de Gaulle à Neuilly sur Seine (92200) France.

**Le DIX NEUF AVRIL DEUX MILLE SEPT (19/04/2007), J'AI SIGNIFIE :**

      *- Une assignation (summons) rédigée en langue anglaise portant sur une (1) page, et sa traduction en langue française portant sur une (1) page,*

      *- Un acte introductif d'instance (complaint) rédigée en langue anglaise portant sur vingt trois (23) pages, et sa traduction en langue française portant sur vingt sept (27) pages, ainsi que quatre vingt deux (82) pages en annexe rédigées en langue anglaise,*

      *- Une déclaration règle 7.1 (Rule 7.1 Statement) rédigée en langue anglaise portant sur deux (2) pages et sa traduction en langue française portant sur deux (2) pages.*

A:

**1. TPS GESTION S.A.**, 145 quai Stalingrad, 92130, Issy les Moulineaux, défendeur désigné aux présentes :

L'acte a été remis par Clerc assermenté le 19 avril 2007 à Monsieur MANON Sébastien, employé, qui s'est déclaré habilité et a accepté de le recevoir.

Conformément à l'article 658 du Nouveau Code de Procédure Civile, j'ai adressé une copie de l'intégralité de cet acte par courrier adressé au défendeur TPS GESTION S.A.

**2. TPS SOCIETE EN NOM COLLECTIF**, 145 quai Stalingrad, 92130, Issy les Moulineaux, défendeur désigné aux présentes :

L'acte a été remis par Clerc assermenté le 19 avril 2007 à Monsieur MANON Sébastien, employé, qui s'est déclaré habilité et a accepté de le recevoir.

Conformément à l'article 658 du Nouveau Code de Procédure Civile, j'ai adressé une copie de l'intégralité de cet acte par courrier adressé au défendeur TPS SOCIETE EN NOM COLLECTIF.

**3. GROUPE CANAL + S.A.**, 1 place du Spectacle, 92130, Issy les Moulineaux, défendeur désigné aux présentes :

L'acte a été remis par Clerc assermenté le 19 avril 2007 à Monsieur ROBERT Daniel, employé, qui s'est déclaré habilité et a accepté de le recevoir.

Conformément à l'article 658 du Nouveau Code de Procédure Civile, j'ai adressé une copie de l'intégralité de cet acte par courrier adressé au défendeur GROUPE CANAL + S.A.

**4. CANAL + France S.A.**, 1 place du Spectacle, 92130, Issy les Moulineaux, défendeur désigné aux présentes :

L'acte a été remis par Clerc assermenté le 19 avril 2007 à Monsieur ROBERT Daniel, employé, qui s'est déclaré habilité et a accepté de le recevoir.

Conformément à l'article 658 du Nouveau Code de Procédure Civile, j'ai adressé une copie de l'intégralité de cet acte par courrier adressé au défendeur CANAL + FRANCE S.A.

Maître Florence HUGUET-JOANNOU
HUISSIER DE JUSTICE

Jennifer L. Becker
Vice Consul
United States Embassy, Paris

Karen RENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux