**SECOND ORIGINAL**

## PROCES-VERBAL DE REMISE

S.C.P.
D. LEBAILLY-NADJAR
D. RICHARD
F. NADJAR
F. HUGUET-JOANNOU
*Huissiers de Justice Associés*

18 Av. Ch. de Gaulle
92523 NEUILLY / SEINE
Cédex

Tél. : 01.40.88.91.91
Fax.: 01.46.24.82.28
www.scp-nrj.com

Ligne directe :
01.40.88.91.90.

Références à rappeler :
*Dossier* : PS 100082635
*Acte* : 1742230

LE DIX NEUF AVRIL

DEUX MILLE SEPT

*Nous, S.C.P. Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR et Florence HUGUET-JOANNOU, Huissiers de Justice Associés, à la résidence de : 18, Avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cédex, par l'un d'eux soussigné et signataire,*

A

S.N.C. TPS dont le siège social est à ISSY LES MOULINEAUX (92130), 145, quai Stalingrad, , prise en la personne de son représentant légal,

S.A. GROUPE CANAL + dont le siège social est à ISSY LES MOULINEAUX (92130), 1 place du Spectacle , prise en la personne de son Président Directeur Général,

S.A. CANAL PLUS FRANCE dont le siège social est à ISSY LES MOULINEAUX (92130), 1 place du Spectacle , prise en la personne de son Président Directeur Général,

S.A. TPS GESTION dont le siège social est à ISSY LES MOULINEAUX (92130), 145 quai de Stalingrad , prise en la personne de son Président Directeur Général,

**A LA DEMANDE DE**

SOCIETE METRO GOLDWYN MAYER STUDIOS INC dont le siège social est à LOS ANGELES, CA (U.S.A.) (90067), 10250 Constellation boulevard ,
agissant poursuites et diligences de ses représentants légaux domiciliés en cette qualité audit siège,

Elisant domicile en mon étude,

Je vous signifie, en tête des présentes, copie :

d'une assignation (summons) rédigée en anglais portant sur une page et sa traduction en français portant sur une page.

d'un acte introductif d'instance (complaint) rédigé en anglais portant sur vingt-trois pages et sa traduction en français portant sur vingt-sept pages, outre quatre-vingt deux pages en annexe rédigées en anglais.

d'une déclaration règle 7.1 (Rule 7.1 Statement) rédigée en anglais portant sur deux pages et sa traduction en français portant sur deux pages.

Coût du présent acte
En Euros
*Articles 6 & 7*
Droits fixes        19.20
*Article 18* frais
Déplacement          6.10

Montant H.T.        25.30
Montant T.V.A        4.96
(taux 19.60 %)
*Article 20* Débours
Enregistr.           9.15

Montant T.T.C       39.41
*Article 20* Frais
Affranchissement     3.44

Montant T.T.C       42.85
                    Euros

2658

S100/PS/1578350
100082635

Feuillet    1

| | |
|---|---|
| **SECOND ORIGINAL**<br><br>S.C.P.<br>**D. LEBAILLY-NADJAR**<br>**D. RICHARD**<br>**F. NADJAR**<br>**F. HUGUET-JOANNOU**<br>*Court Bailiffs*<br>*Partners*<br>------<br>*18 Av. Ch. de Gaulle*<br>*92523 NEUILLY/SEINE*<br>*Cedex*<br>------<br>*Tel: 01.40.88.91.91*<br>*Fax: 01.46.24.82.28*<br>*www.scp-nrj.com* | **RECORD OF DELIVERY** |

Direct line:
01.40.88.91.90

**References to note:**
*File*: PS 100082635
*Deed*: 1742230

**Cost of this deed**
**In Euros**
*Articles 6 & 7*
Fixed charges           19.20
*Article 18* costs
Travel                   6.10

Total, excl. tax        25.30
Total VAT                4.96
(rate 19.6%)
*Article 20* Disbursements
Registration             9.15

Total, all tax incl.    39.41
*Article 20*  Costs
Stamping                 3.44

Total, all tax incl.    42.85
                        . Euros

THE NINETEENTH OF APRIL

TWO THOUSAND AND SEVEN

*The Civil Law Partnership of Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR and Florence HUGUET-JOANNOU, court bailiff partners, residing at: 18 avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cedex, by one of them, as the undersigned signatory,*

   **TO**

     TPS S.N.C. having its registered office at 145 quai Stalingrad, ISSY LES MOULINEAUX (92130), represented by its legal representative,

     GROUPE CANAL + S.A. having its registered office at 145 quai Stalingrad, ISSY LES MOULINEAUX (92130), represented by its Chairman and Managing Director,

     CANAL PLUS FRANCE S.A. having its registered office at 1 place du Spectacle, ISSY LES MOULINEAUX (92130), represented by its Chairman and Managing Director,

     TPS GESTION S.A. having its registered office at  145 quai Stalingrad, ISSY LES MOULINEAUX (92130), represented by its Chairman and Managing Director,

   **ON APPLICATION BY**

THE COMPANY METRO GOLDWYN MAYER STUDIOS INC, having its registered office at 10250 Constellation Boulevard, LOS ANGELES, CA (USA) (90067),
acting through its legal representatives domiciled as such at the said registered office,

Electing my offices as their address for service,

**I herein serve you** copies of:

a summons drawn up in English over one page and its translation in French over one page,

an originating writ drawn up in English over twenty-three pages and its translation in French over twenty-seven pages and eighty-two annexed pages in English,

a Rule 7.1 Statement drawn up in English over two pages and its translation in French over two pages.

---

S100/PS/1578350
100082635

Je, soussignée, Karen RENEL, Traductrice Expert près la Cour d'Appel d'Amiens certifie que la traduction qui précède est conforme à l'original libellé en langue française
visé ne varietur sous le n° 2658
Fait à Amiens, le 03/05/07
(signature exempte de légalisation
Décret n° 53014 Art. 9 ...)

Page    1


Karen RENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux