# PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

*ACTE :* PROCES-VERBAL DE REMISE du 19/04/2007

*AFFAIRE :* METRO GOLDWYN MAYER STUDI c/TPS GESTION

Nous, S.C.P. Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR et Florence HUGUET-JOANNOU, Huissiers de Justice Associés, à la résidence de : 18, Avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cédex, par l'un d'eux soussigné et signataire,
Certifie avoir signifié à :
S.N.C. TPS

UN(E) PROCES-VERBAL DE REMISE

Cet acte a été remis par Clerc assermenté dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites le :
dix neuf avril deux mille sept

A : MANON Sébastien en sa qualité de : employé se déclare être habilité(e) et accepte de recevoir copie de l'acte.

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le sceau de mon Etude apposé sur la fermeture du pli.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 20/04/2007

La copie du présent acte comporte 140 feuilles.

Visa de l'Huissier de Justice des mentions relatives à la signification

D.LEBAILLY-NADJAR    D.RICHARD    F.NADJAR    F.HUGUET-JOANNOU
☐    ☐    ☐    ☒

---

**S.C.P.**
**D. LEBAILLY-NADJAR**
**D. RICHARD**
**F. NADJAR**
**F. HUGUET-JOANNOU**
*Huissiers de Justice Associés*

18 Av. Ch. de Gaulle
92523 NEUILLY / SEINE
Cédex

Tél. : 01.40.88.91.91
Fax. : 01.46.24.82.28
www.scp-nrj.com

Ligne directe :
01.40.88.91.90.

**Références à rappeler :**
Dossier : PS 100082635
Acte : 1742230

**Coût du présent acte**
**En Euros**
*Articles 6 & 7*
Droits fixes       68.80
*Article 18* frais
Déplacement        6.10

Montant H.T.       74.90
Montant T.V.A      14.68
(taux 19.60 %)
*Article 20* Frais
Affranchis.        3.44
*Article 20* Débours
Enregistr.         9.15

Montant T.T.C      102.17
                   Euros
(Soit 670.19 Francs)

---

2659

Karen RENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux

ZSIGMO/PS/1579383                    Feuillet    1
100082635

| | |
|---|---|
| **S.C.P.**<br>**D. LEBAILLY-NADJAR**<br>**D. RICHARD**<br>**F. NADJAR**<br>**F. HUGUET-JOANNOU**<br>*Court Bailiffs*<br>*Partners*<br>------<br>*18 Av. Ch. de Gaulle*<br>*92523 NEUILLY/SEINE*<br>*Cedex*<br>------<br>*Tel: 01.40.88.91.91*<br>*Fax: 01.46.24.82.28*<br>*www.scp-nrj.com* | **RECORD OF SERVICE**<br>**(LEGAL PERSON PRESENT)** |

*DOCUMENT:* RECORD OF DELIVERY of 19/04/2007
*CASE:* METRO GOLDWYN MAYER STUDIO v TPS GESTION

Direct line:
01.40.88.91.90

*The Civil Law Partnership of Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR and Florence HUGUET-JOANNOU, court bailiff partners, residing at: 18 avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cedex, by one of them, as the undersigned signatory,*
Certifies that it served on:
TPS S.N.C.

**References to note:**
*File:* PS 100082635
*Document:* 1742230

A RECORD OF DELIVERY

This document was handed over by a sworn clerk in the circumstances indicated below and according to the declarations made to him on:
the nineteenth of April two thousand and seven

**Cost of this deed**
**In Euros**
*Articles 6 & 7*

| | |
|---|---:|
| Fixed charges | 68.80 |
| *Article 18* costs | |
| Travel | 6.10 |
| | |
| Total, excl. tax | 74.90 |
| Total VAT | 14.68 |
| (rate 19.6%) | |
| *Article 20* Costs | |
| Stamping | 3.44 |
| *Article 20* Disbursements | |
| Registration | 9.15 |
| | |
| **Total, all tax incl.** | **102.17**<br>Euros |

(namely 670.19 Francs)

TO: Sébastien MANON in his capacity as: employee declaring he is empowered to so receive and accepting receipt of a copy of the document.

I left a copy of the document in a closed enveloppe with only the name and address of the recipient of the document on one side and on the other side my Office's stamp on the sealed flap.

Pursuant to Art.658 of the New Code of Civil Procedure, the letter containing the copy of the deed of service was sent on: 20/04/2007

The copy of this document comprises 140 [handwritten] pages.

Stamp of the Court bailiff for the information relating to service
[Stamp of D. LEBAILLY-NADJAR D. RICHARD
F. NADJAR F. HUGUET-JOANNOU S.C.P.
Notarial Office]
[signature]

D. LEBAILLY-NADJAR   D. RICHARD   F. NADJAR   F. HUGUET-JOANNOU
☐                     ☐            ☐           ☒

---

ZSIGMO/PS/1579383
sou100082635 Karen RENEL,
Traductrice Expert près la Cour d'Appel
d'Amiens certifie que la traduction qui
précède est conforme à l'original
libellé en langue ...française...
visé ne varietur sous le n° 2659
Fait à ...Amiens..., le 03/05/07.
(signature exempte de légalisation



## PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

**S.C.P.**
**D. LEBAILLY-NADJAR**
**D. RICHARD**
**F. NADJAR**
**F. HUGUET-JOANNOU**
*Huissiers de Justice Associés*

18 Av. Ch. de Gaulle
92523 NEUILLY / SEINE
Cédex

Tél. : 01.40.88.91.91
Fax.: 01.46.24.82.28
www.scp-nrj.com

Ligne directe :
01.40.88.91.90

*ACTE :* PROCES-VERBAL DE REMISE du 19/04/2007
*AFFAIRE :* METRO GOLDWYN MAYER STUDI c/TPS GESTION

Nous, S.C.P. Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR et Florence HUGUET-JOANNOU, Huissiers de Justice Associés, à la résidence de : 18, Avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cédex, par l'un d'eux soussigné et signataire,
Certifie avoir signifié à :
S.A. GROUPE CANAL +

UN(E) PROCES-VERBAL DE REMISE

Cet acte a été remis par Clerc assermenté dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites le :
dix neuf avril deux mille sept

**Références à rappeler** :
*Dossier* : PS 100082635
*Acte* : 1742230

A : ROBERT Daniel en sa qualité de : employé se déclare être habilité(e) et accepte de recevoir copie de l'acte.

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le sceau de mon Etude apposé sur la fermeture du pli.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 20/04/2007

La copie du présent acte comporte 14 feuilles.

**Coût du présent acte**
**En Euros**
*Articles 6 & 7*
Droits fixes                68.80
*Article 18* frais
Déplacement                  6.10

Montant H.T.                74.90
Montant T.V.A               14.68
(taux 19.60 %)
*Article 20* Frais
Affranchis.                  3.44
*Article 20* Débours
Enregistr.                   9.15

Montant T.T.C              102.17
                           Euros
(Soit 670.19 Francs)

Visa de l'Huissier de Justice des mentions relatives à la signification

D.LEBAILLY-NADJAR   D.RICHARD   F.NADJAR   F.HUGUET-JOANNOU
      ☐                ☐           ☐            ☒



2660

Karen RENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux

ZSIGMO/PS/1582954
100082635

Feuillet

|  |  |
|---|---|
| **S.C.P.**<br>**D. LEBAILLY-NADJAR**<br>**D. RICHARD**<br>**F. NADJAR**<br>**F. HUGUET-JOANNOU**<br>*Court Bailiffs*<br>*Partners*<br>------<br>*18 Av. Ch. de Gaulle*<br>*92523 NEUILLY/SEINE*<br>*Cedex*<br>------<br>*Tel: 01.40.88.91.91*<br>*Fax: 01.46.24.82.28*<br>*www.scp-nrj.com* | |

Direct line:
01.40.88.91.90

# RECORD OF SERVICE
## (LEGAL PERSON PRESENT)

*DOCUMENT:* RECORD OF DELIVERY of 19/04/2007
*CASE:* METRO GOLDWYN MAYER STUDIO v TPS GESTION

*The Civil Law Partnership of Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR and Florence HUGUET-JOANNOU, court bailiff partners, residing at: 18 avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cedex, by one of them, as the undersigned signatory,*
Certifies that it served on:
      GROUPE CANAL + S.A.

A RECORD OF DELIVERY

This document was handed over by a sworn clerk in the circumstances indicated below and according to the declarations made to him on:
the nineteenth of April two thousand and seven

**References to note:**
*File*: PS 100082635
*Document*: 1742230

TO: Daniel ROBERT in his capacity as: employee declaring he is empowered to so receive and accepting receipt of a copy of the document.

**Cost of this deed**
**In Euros**

| *Articles 6 & 7* | |
|---|---:|
| Fixed charges | 68.80 |
| *Article 18* costs | |
| Travel | 6.10 |
| | |
| Total, excl. tax | 74.90 |
| Total VAT | 14.68 |
| (rate 19.6%) | |
| *Article 20* Costs | |
| Stamping | 3.44 |
| *Article 20* Disbursements | |
| Registration | 9.15 |
| | |
| **Total, all tax incl.** | 102.17 |
| | Euros |

(namely 670.19 Francs)

I left a copy of the document in a closed enveloppe with only the name and address of the recipient of the document on one side and on the other side my Office's stamp on the sealed flap.

Pursuant to Art.658 of the New Code of Civil Procedure, the letter containing the copy of the deed of service was sent on: 20/04/2007

The copy of this document comprises 14 pages.

Stamp of the Court bailiff for the information relating to service
   [Stamp of D. LEBAILLY-NADJAR D. RICHARD
   F. NADJAR F. HUGUET-JOANNOU S.C.P.
   Notarial Office]
   [signature]

| D. LEBAILLY-NADJAR | D. RICHARD | F. NADJAR | F. HUGUET-JOANNOU |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ |

---

Je, souSHIGMO/PS/15829654en RENEL Traductrice000826135près la Cour d'Appel d'Amiens certifie que la traduction qui précède est conforme à l'original libellé en langue ...française......... visé ne varietur sous le n° ..2660........ Fait à ...Amiens........ le .03/05/07 (signature exempte de légalisation Décret n° 53914 Art. 8 du 26.9.1953).



# PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

*ACTE* : PROCES-VERBAL DE REMISE du 19/04/2007

*AFFAIRE* : METRO GOLDWYN MAYER STUDI c/TPS GESTION

**S.C.P.**
**D. LEBAILLY-NADJAR**
**D. RICHARD**
**F. NADJAR**
**F. HUGUET-JOANNOU**
*Huissiers de Justice Associés*

*18 Av. Ch. de Gaulle*
*92523 NEUILLY / SEINE Cédex*

Tél. : 01.40.88.91.91
Fax.: 01.46.24.82.28
www.scp-nrj.com

Ligne directe :
01.40.88.91.90

**Références à rappeler** :
*Dossier* : PS 100082635
*Acte* : 1742230

Nous, S.C.P. Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR et Florence HUGUET-JOANNOU, Huissiers de Justice Associés, à la résidence de : 18, Avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cédex, par l'un d'eux soussigné et signataire,
Certifie avoir signifié à :
   S.A. CANAL PLUS FRANCE

UN(E) PROCES-VERBAL DE REMISE

Cet acte a été remis par Clerc assermenté dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites le :
dix neuf avril deux mille sept

A : ROBERT Daniel en sa qualité de : employé se déclare être habilité(e) et accepte de recevoir copie de l'acte.

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le sceau de mon Etude apposé sur la fermeture du pli.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 20/04/2007

La copie du présent acte comporte 140 feuilles.

**Coût du présent acte En Euros**
*Articles 6 & 7*
Droits fixes                68.80
*Article 18* frais
Déplacement                  6.10

Montant H.T.                74.90
Montant T.V.A              14.68
(taux 19.60 %)
*Article 20* Frais
Affranchis.                  3.44
*Article 20* Débours
Enregistr.                   9.15

Montant T.T.C              102.17
                           Euros
(Soit 670.19 Francs)

Visa de l'Huissier de Justice des mentions relatives à la signification



D.LEBAILLY-NADJAR   D.RICHARD   F.NADJAR   F.HUGUET-JOANNOU
      ☐                ☐           ☐            ☒

2661

Karen RENEL-...
Expert - Traducteur
ASSERMENTÉ
près les tribunaux

ZSIGMO/PS/1579385                                    Feuillet        1
100082635

S.C.P.
**D. LEBAILLY-NADJAR**
**D. RICHARD**
**F. NADJAR**
**F. HUGUET-JOANNOU**
*Court Bailiffs*
*Partners*

------

*18 Av. Ch. de Gaulle*
*92523 NEUILLY/SEINE*
*Cedex*

------

*Tel: 01.40.88.91.91*
*Fax: 01.46.24.82.28*
*www.scp-nrj.com*

Direct line:
01.40.88.91.90

References to note:
*File*: PS 100082635
*Document*: 1742230

**Cost of this deed**
**In Euros**
*Articles 6 & 7*
Fixed charges                68.80
*Article 18* costs
Travel                        6.10

Total, excl. tax             74.90
Total VAT                    14.68
(rate 19.6%)
*Article 20*  Costs
Stamping                      3.44
*Article 20* Disbursements
Registration                  9.15

**Total, all tax incl.**    102.17
                              Euros

(namely 670.19 Francs)

# RECORD OF SERVICE
## (LEGAL PERSON PRESENT)

*DOCUMENT*: RECORD OF DELIVERY of 19/04/2007
*CASE*: METRO GOLDWYN MAYER STUDIO v TPS GESTION

*The Civil Law Partnership of Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR and Florence HUGUET-JOANNOU, court bailiff partners, residing at: 18 avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cedex, by one of them, as the undersigned signatory,*
Certifies that it served on:
          CANAL PLUS FRANCE S.A.

A RECORD OF DELIVERY

This document was handed over by a sworn clerk in the circumstances indicated below and according to the declarations made to him on:
the nineteenth of April two thousand and seven

TO: Daniel ROBERT in his capacity as: employee declaring he is empowered to so receive and accepting receipt of a copy of the document.

I left a copy of the document in a closed enveloppe with only the name and address of the recipient of the document on one side and on the other side my Office's stamp on the sealed flap.

Pursuant to Art.658 of the New Code of Civil Procedure, the letter containing the copy of the deed of service was sent on: 20/04/2007

The copy of this document comprises 140 [handwritten] pages.

     Stamp of the Court bailiff for the information relating to service
          [Stamp of D. LEBAILLY-NADJAR D. RICHARD
          F. NADJAR F. HUGUET-JOANNOU S.C.P.
          Notarial Office]
          [signature]


D. LEBAILLY-NADJAR    D. RICHARD    F. NADJAR    F. HUGUET-JOANNOU
        ☐                 ☐            ☐               ☒



Page   1

## PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

*ACTE :* PROCES-VERBAL DE REMISE du 19/04/2007

*AFFAIRE :* METRO GOLDWYN MAYER STUDI c/TPS GESTION

S.C.P.
D. LEBAILLY-NADJAR
D. RICHARD
F. NADJAR
F. HUGUET-JOANNOU
*Huissiers de Justice Associés*

18 Av. Ch. de Gaulle
92523 NEUILLY / SEINE
Cédex

Tél. : 01.40.88.91.91
Fax.: 01.46.24.82.28
www.scp-nrj.com

Ligne directe :
01.40.88.91.90.

Références à rappeler :
Dossier : PS 100082635
Acte : 1742230

Nous, S.C.P. Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR et Florence HUGUET-JOANNOU, Huissiers de Justice Associés, à la résidence de : 18, Avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cédex, par l'un d'eux soussigné et signataire,
Certifie avoir signifié à :
S.A. TPS GESTION

UN(E) PROCES-VERBAL DE REMISE

Cet acte a été remis par Clerc assermenté dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites le :
dix neuf avril deux mille sept

A : MANON Sébastien en sa qualité de : employé se déclare être habilité(e) et accepte de recevoir copie de l'acte.

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le sceau de mon Etude apposé sur la fermeture du pli.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 20/04/2007

La copie du présent acte comporte 140 feuilles.

Coût du présent acte
En Euros
*Articles 6 & 7*
Droits fixes                68.80
*Article 18* frais
Déplacement                 6.10

Montant H.T.               74.90
Montant T.V.A              14.68
(taux 19.60 %)
*Article 20* Frais
Affranchis.                3.44
*Article 20* Débours
Enregistr.                 9.15

Montant T.T.C             102.17
                          Euros
(Soit 670.19 Francs)

Visa de l'Huissier de Justice des mentions relatives à la signification

D.LEBAILLY-NADJAR  D.RICHARD  F.NADJAR  F.HUGUET-JOANNOU
      ☐              ☐          ☐            ☒

2662

Karan HENEL-KING
Expert - Traducteur
ASSERMENTÉ
près les tribunaux

ZSIGMO/PS/1579386                          Feuillet         1
100082635

| | |
|---|---|
| **S.C.P.**<br>**D. LEBAILLY-NADJAR**<br>**D. RICHARD**<br>**F. NADJAR**<br>**F. HUGUET-JOANNOU**<br>*Court Bailiffs*<br>*Partners*<br>------<br>*18 Av. Ch. de Gaulle*<br>*92523 NEUILLY/SEINE*<br>*Cedex*<br>------<br>Tel: 01.40.88.91.91<br>Fax: 01.46.24.82.28<br>www.scp-nrj.com | |

Direct line:
01.40.88.91.90

**References to note:**
*File*: PS 100082635
*Document*: 1742230

**Cost of this deed**
**In Euros**
*Articles 6 & 7*
Fixed charges                68.80
*Article 18* costs
Travel                             6.10

Total, excl. tax                74.90
Total VAT                       14.68
(rate 19.6%)
*Article 20* Costs
Stamping                         3.44
*Article 20* Disbursements
Registration                    9.15

**Total, all tax incl.**        102.17
                                      Euros

(namely 670.19 Francs)

# RECORD OF SERVICE
## (LEGAL PERSON PRESENT)

*DOCUMENT*: RECORD OF DELIVERY of 19/04/2007
*CASE*: METRO GOLDWYN MAYER STUDIO v TPS GESTION

*The Civil Law Partnership of Danielle LEBAILLY-NADJAR, Didier RICHARD, Frédéric NADJAR and Florence HUGUET-JOANNOU, court bailiff partners, residing at: 18 avenue Charles de Gaulle, 92526 NEUILLY SUR SEINE Cedex, by one of them, as the undersigned signatory,*
Certifies that it served on:
       TPS GESTION S.A.

A RECORD OF DELIVERY

This document was handed over by a sworn clerk in the circumstances indicated below and according to the declarations made to him on:
the nineteenth of April two thousand and seven

TO: Sébastien MANON in his capacity as: employee declaring he is empowered to so receive and accepting receipt of a copy of the document.

I left a copy of the document in a closed enveloppe with only the name and address of the recipient of the document on one side and on the other side my Office's stamp on the sealed flap.

Pursuant to Art.658 of the New Code of Civil Procedure, the letter containing the copy of the deed of service was sent on: 20/04/2007

The copy of this document comprises 140 [handwritten] pages.

       Stamp of the Court bailiff for the information relating to service
              [Stamp of D. LEBAILLY-NADJAR D. RICHARD
              F. NADJAR F. HUGUET-JOANNOU S.C.P.
              Notarial Office]
              [signature]

D. LEBAILLY-NADJAR   D. RICHARD   F. NADJAR   F. HUGUET-JOANNOU
         ☐                  ☐             ☐              ☒

ZSIGMO/PS/1579386
100082635

Je soussignée, Karen RENEL, Traductrice Expert près la Cour d'Appel d'Amiens certifie que la traduction qui précède est conforme à l'original libellé en langue ...française...........
visé ne varietur sous le n° ..2662..............
Fait à ..Amiens........, le 03./05./07



Page 1