MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,   :

        Plaintiff,   :

    -against-   :   07 Civ. 2918 (DAB)

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM   :
COLLECTIF, CANAL + FRANCE S.A., and
GROUPE CANAL + S.A.   :

        Defendants.   :
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the time for defendants to answer, move or otherwise respond to plaintiff's complaint is hereby extended until and including June 8, 2007. No prior request for an adjournment has been made.

MANATT, PHELPS & PHILLIPS, LLP

By: _____
   Lauren Reiter Brody (LB-4151)

Attorneys for Defendants
7 Times Square
New York, New York 10036
(212) 790-4500

DLA PIPER US LLP

By: _____
   Andrew L. Deutsch (AD-5782)

Attorneys for Plaintiff
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

So Ordered:

_____
U.S.D.J.

SO ORDERED

_____
DEBORAH A. BATTS   5/31/2007
UNITED STATES DISTRICT JUDGE