Lauren Reiter Brody (LB 4151)
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants
7 Times Square
New York, New York  10036
(212) 790-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,                :

                              Plaintiff,         :         07 Civ. 2918 (DAB)

    - against -                                            :         (ECF Case)

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM           :         RULE 7.1 STATEMENT
COLLECTIF, CANAL+ FRANCE S.A., and
GROUPE  CANAL+ S.A.,                                           :

                            Defendants.       :
------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (i) defendants TPS Gestion, S.A. ("TPS Gestion"), TPS Société En Nom Collectif ("TPS SNC"), Canal+ France S.A. ("Canal+ France"), and Groupe Canal+ S.A. ("Groupe Canal+") are organized under the laws of France, (ii) TPS Gestion and TPS SNC are subsidiaries of Canal+ France, (iii) Canal+ France is a subsidiary of Groupe Canal+, (iv) 10% or more of the stock of Canal+ France is owned by Lagardère, a publicly held corporation, and (v) 10% or more of the stock of Groupe Canal+ is owned by Vivendi, a publicly held corporation.

 June 8, 2007                                  MANATT, PHELPS & PHILLIPS, LLP

                                           By:     s/Lauren Reiter Brody
                                                 Lauren Reiter Brody (LB 4151)

                                         Attorneys for Defendants
                                         7 Times Square
                                         New York, New York 10036
                                         (212) 790-4500