Lauren Reiter Brody (LB 4151)
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants
7 Times Square
New York, New York  10036
(212) 790-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,         :

                                    Plaintiff,         :         07 Civ. 2918 (DAB)

      - against -         :         (ECF Case)

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM         :         NOTICE OF MOTION
COLLECTIF, CANAL+ FRANCE S.A., and
GROUPE  CANAL+ S.A.,         :

                                  Defendants.         :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the complaint, the annexed affidavit of Lauren Reiter Brody, sworn to June 8, 2007, and the declarations of Jean-François Meaudre, Bertrand Meheut, and Bertrand Meheut, all dated June 7, 2007, the undersigned will move this Court, in accordance with the Local Civil Rules of this District, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P., dismissing plaintiff's complaint, and each of the claims asserted therein, on the grounds that (i) there is no personal jurisdiction over defendants TPS Gestion, S.A., Canal+ France S.A., and Groupe Canal+ S.A., and (ii) the complaint fails to state a claim upon which relief can be granted; and granting such other relief as is just and proper.

June 8, 2007                                               MANATT, PHELPS & PHILLIPS, LLP


                                                  By:   s/Lauren Reiter Brody
                                                         Lauren Reiter Brody (LB 4151)

Attorneys for Defendants
7 Times Square
New York, New York 10036
(212) 790-4500


TO:  DLA PIPER USA LLP
      Attorneys for Plaintiff
      Andrew L. Deutsch (AD 5782)
      1251 Avenue of the Americas
      New York, New York 10020
      (212) 335-4500