MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants
7 Times Square
New York, New York 10036
(212) 790-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,       :

                          Plaintiff,       :

                  07 Civ. 2918 (DAB)

      -against-                                      :

                  (ECF Case)

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM      :
COLLECTIF, CANAL+ FRANCE S.A., and              AFFIDAVIT
GROUPE CANAL+ S.A.,                                       :

                     Defendants.      :
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                                   : ss.:
COUNTY OF NEW YORK  )

        LAUREN REITER BRODY, being duly sworn, deposes and says:

    1.    I am a member of the firm of Manatt, Phelps & Phillips, LLP, attorneys for defendants. I submit this affidavit in support of defendants' motion, pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P., to dismiss plaintiff's complaint on the grounds that there is a lack of personal jurisdiction and that the complaint fails to state a claim for relief.

    2.    A copy of the complaint is annexed hereto as Exhibit 1.

3.      For the reasons set forth in the accompanying memorandum and declarations, it is respectfully requested that defendants' motion be granted in its entirety.

<u>    s/Lauren Reiter Brody            </u><br>
LAUREN REITER BRODY

Sworn to before me this
8th day of June, 2007

_____
          Notary Public