UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,                :

                           Plaintiff,        :

                                                              07 Civ. 2918 (DAB)

       -against-         :

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM           :
COLLECTIF, CANAL+ FRANCE S.A., and
GROUPE CANAL+ S.A.                              :

                           Defendants.       :
-----------------------------------------------------------------x

## DECLARATION OF TPS GESTION S.A.

Jean-François MEAUDRE, pursuant to 28 U.S.C. § 1746, declares:

    1.    I am **Chief Executive Officer, CEO,** of defendant **TPS GESTION S.A.**. I respectfully submit this Declaration in support of defendants' motion to dismiss the complaint in this action.

    2.    **TPS GESTION S.A.** was served with the complaint in France.

    3.    **TPS GESTION S.A.** does not have any employees or agents in New York.

    4.    **TPS GESTION S.A.** is not registered or licensed to do business in New York.

    5.    **TPS GESTION S.A.** does not transact business in New York.

    6.    **TPS GESTION S.A.** does not purchase or lease goods or services in New York.

    7.    **TPS GESTION S.A.** does not sell or rent goods or services to customers in New York.

    8.    **TPS GESTION S.A.** does not have accounts with banks or financial institutions in New York.

80394091.2

9. **TPS GESTION S.A.** does not maintain an office in New York.

10. **TPS GESTION S.A.** does not pay taxes in New York.

11. **TPS GESTION S.A.** does not use the New York courts, and has never been involved in any litigation in New York.

12. **TPS GESTION S.A.** does not have any property in New York.

13. I declare under penalty of perjury that the foregoing is true and correct.

_____
Jean-François MEAUDRE

Dated: June 7, 2007
Issy-les-Moulineaux, France

| POUVOIR |
|---|

Je soussigné, **Jean-François MEAUDRE**, agissant en qualité de Directeur Général de la société *TPS Gestion*, société anonyme au capital de 898 901 520 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, agissant elle-même en qualité de Gérante de :

- La société *TELEVISION PAR SATELLITE – TPS*, société en nom collectif au capital de 1.800.000 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 408 604 007

- La société *TPS JEUNESSE*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 409 755 568

- La société *TPS CINEMA*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 408 818 466

- La société *TPS STAR*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 441 090 974

- La société *TPS SPORT*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 417 893 914

- La société *TPS FOOT*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 428.187.538

- La société *TPS INTERACTIF*, société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 417 893 690

- La société *TPS TERMINAUX* société en nom collectif au capital de 154.373.850 € ayant son siège social 145 Quai de Stalingrad - 92130 Issy les moulineaux – 92200 Neuilly sur seine, Immatriculée au RCS de Nanterre sous le numéro B 428 082 192

- La société *MULTIVISION*, société en nom collectif au capital de 600.750 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 384 447 561

- La société *PANORAMIC PRESSE* société en nom collectif au capital de 7.500 € ayant son siège social 145, quai de Stalingrad – 92137 Issy Les Moulineaux, immatriculée au RCS de Nanterre sous le numéro B 417 893 955

Donne par la présente tous pouvoirs à :

**Monsieur Julien VERLEY**, Directeur Général Adjoint en charge des Finances de la société Groupe CANAL+

De signer, pour moi et pour mon compte, au nom et pour le compte de la société TPS et de ses filiales citées ci-dessus

- *tous les contrats et plus généralement tous engagements liant ces sociétés.*

Le présent pouvoir est valable pour la période du 4 juin 2007 au 8 juin 2007 inclus.

Fait à Issy les Moulineaux le 1er juin 2007

Bon Pour Pouvoir

Jean-François MEAUDRE[*]

Bon pour acceptation des pouvoirs

Julien VERLEY[**]

---

[*] faire précéder la signature de la mention "Bon pour pouvoir"
[**] faire précéder la signature de "Bon pour acceptation des pouvoirs"