UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,          :

                        Plaintiff,          :

                                           07 Civ. 2918 (DAB)
     -against-                                  :

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM          :
COLLECTIF, CANAL+ FRANCE S.A., and
GROUPE CANAL+ S.A.                             :

                      Defendants.          :
------------------------------------------------------------------x

### DECLARATION OF CANAL+ FRANCE S.A.

**Bertrand MEHEUT**, pursuant to 28 U.S.C. § 1746, declares:

1. I am **President of the Executive Board** of defendant CANAL+ FRANCE S.A.. I respectfully submit this Declaration in support of defendants' motion to dismiss the complaint in this action.

2. **CANAL+ FRANCE S.A.** was served with the complaint in France.

3. **CANAL+ FRANCE S.A.** does not have any employees or agents in New York.

4. **CANAL+ FRANCE S.A.** is not registered or licensed to do business in New York.

5. **CANAL+ FRANCE S.A.** does not transact business in New York.

6. **CANAL+ FRANCE S.A.** does not purchase or lease goods or services in New York.

7. **CANAL+ FRANCE S.A.** does not sell or rent goods or services to customers in New York.

8. **CANAL+ FRANCE S.A.** does not have accounts with banks or financial institutions in New York.

80394091.2

9. CANAL+ FRANCE S.A. does not maintain an office in New York.

10. CANAL+ FRANCE S.A. does not pay taxes in New York.

11. CANAL+ FRANCE S.A. does not use the New York courts, and has never been involved in any litigation in New York.

12. CANAL+ FRANCE S.A. does not have any property in New York.

13. I declare under penalty of perjury that the foregoing is true and correct.

_____
Bertrand MEHEUT

Dated: June 7, 2007
Issy-les-Moulineaux, France