UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,       :

                        Plaintiff,      :

                07 Civ. 2918 (DAB)

      -against-            :

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM    :
COLLECTIF, CANAL+ FRANCE S.A., and
GROUPE CANAL+ S.A.              :

                    Defendants.     :
-------------------------------------------------------------------x

### DECLARATION OF GROUPE CANAL+ S.A.

**Bertrand MEHEUT**, pursuant to 28 U.S.C. § 1746, declares:

1. I am **President of the Executive Board** of defendant GROUPE CANAL+ S.A.. I respectfully submit this Declaration in support of defendants' motion to dismiss the complaint in this action.

2. **GROUPE CANAL+ S.A.** was served with the complaint in France.

3. **GROUPE CANAL+ S.A.** does not have any employees or agents in New York.

4. **GROUPE CANAL+ S.A.** is not registered or licensed to do business in New York.

5. **GROUPE CANAL+ S.A.** does not transact business in New York.

6. **GROUPE CANAL+ S.A.** does not purchase or lease goods or services in New York.

7. **GROUPE CANAL+ S.A.** does not sell or rent goods or services to customers in New York.

80394091.2

8. **GROUPE CANAL+ S.A.** does not have accounts with banks or financial institutions in New York.

9. **GROUPE CANAL+ S.A.** does not maintain an office in New York.

10. **GROUPE CANAL+ S.A.** does not pay taxes in New York.

11. **GROUPE CANAL+ S.A.** does not use the New York courts, and has never been involved in any litigation in New York.

12. **GROUPE CANAL+ S.A.** does not have any property in New York.

13. I declare under penalty of perjury that the foregoing is true and correct.

_____
Bertrand MÉHEUT

Dated: June 7, 2007
Issy-les-Moulineaux, France