**EXHIBIT 6**

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 2 of 56

**CANAL+**
GROUPE

Retour Accueil

| EDITION | DISTRIBUTION | ACTIVITES CINEMA

- Le mot du président
- Chiffres clés
- Présentation du Groupe
- Nos métiers
- Les sociétés du Groupe
- Historique
- La Chaîne
- Communiqués de presse
- Ressources Humaines

## HISTORIQUE

Les dates clés du Groupe CANAL+ depuis 20 ans.

| 2006 | 1998 | 1990 |
| 2005 | 1997 | 1989 |
| 2004 | 1996 | 1988 |
| 2003 | 1995 | 1987 |
| 2002 | 1994 | 1986 |
| 2001 | 1993 | 1985 |
| 2000 | 1992 | 1984 |
| 1999 | 1991 | 1983 |

## 2006

**31 août 2006**

Le ministre de l'Economie, des Finances et de l'Industrie autorise le rapprochement de TPS et CANALSAT au sein du Groupe CANAL+.

**20 juin 2006**

© COPYRIGHT :
Bardou/CANAL+ - Baumann/CANAL+ - Bruno/CANAL+ - Dobremel/CANAL+ - Lahache/CANAL+ - Lemaistre/CANAL+ - Olszach/CANAL+ - Perenon/CANAL+ - Perrin/CANAL+ -

# 1998

**Haut de page**

**1er décembre 1998**

CANAL+ regroupe l'ensemble de ses activités de production cinématographique, télévisuelle, musicale, vidéo, etc. au sein de CANAL+ Image qui deviendra STUDIOCANAL en 2000.

**24 octobre 1998**

CANAL+ initie un genre nouveau : « les sitcoms à la française » avec H, l'histoire d'un hôpital déluré où officient Jamel Debbouze, Eric Judor, Ramzy Bedia , Jean-Luc Moreau, Catherine Benguigui et Sophie Mounicot... Quatre saisons de succès

**31 août 1998**

CANAL+ se met en quatre : un quatrième canal de multiplexage des programmes de la chaîne voit le jour, CANAL+ VERT (baptisé depuis la rentrée 2004, CANAL+ SPORT).

**26 août 1998**

La ligue nationale de rugby attribue à CANAL+ les droits exclusifs du championnat de France de première division pour cinq ans.

**14 juillet 1998**

A l'occasion de la Coupe du monde de football, le document de Stéphane Meunier LES YEUX DANS LES BLEUS, ou les coulisses d'une victoire, crée l'événement.

**10 juin 1998**

Coup d'envoi de la Coupe du Monde de football en France retransmise en intégralité avec 10 heures d'antenne par jour et un total de 64 matches.

**23 avril 1998**

A PART ÇA... LE DALAÏ-LAMA, un moment d'éveil télévisuel rapporté de Dharamsala par Michel Denisot et son équipe.

**EXHIBIT 7**



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

Login | Register

search All                                                          more

IMDb > My Blueberry Nights (2007) > Filming locations

SHOP *MY...*







filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide
- recommendations

Filming locations for

# My Blueberry Nights (2007)

 photos     board     trailer     details

Caliente, Nevada, USA

Ely, Nevada, USA

Las Vegas, Nevada, USA

Los Angeles, California, USA

McGill, Nevada, USA

Memphis, Tennessee, USA

New York City, New York, USA

## Related Links

Box office and          News articles          Technical
business                                        specifications

Main details           Browse locations         IMDb locations
                                                section

Search locations

Browse titles with locations by letter
    A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
Other

advertisement

<u>message board</u>

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- <u>trivia</u>
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ



*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*

- merchandising
  links
- <u>box
  office/business</u>
- <u>release dates</u>
  filming locations
- <u>technical specs</u>
- laserdisc details
- DVD details
- literature listings
- <u>news articles</u>

- showtimes
- <u>official sites</u>
- <u>miscellaneous</u>
- <u>photographs</u>
- sound clips
- video clips



**IMDb Top5**

1  Transformers
2  I Am Legend
3  National Treasure 2
4  Superbad
5  The Invasion

See All »

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0765120/locations                                    7/12/2007

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 7 of 56

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 8 of 56



*Earth's Biggest Movie Database™*

**Home** | **Top Movies** | **Photos** | **Independent Film** | **GameBase** | **Browse** |
search All                                                                    more

IMDb > The Interpreter (2005) > Company credits

SHOP *INTERPRETE*





+ add to
My Movies

company credits

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Company credits for

# The Interpreter (2005)

 photos    board    trailer    details



*IMDbPro.com offers expanded company
and employee contact details for over
10,000 companies in the entertainment
industry as well as representation listings
for over 65,000 individuals, including
actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Working Title Films
- Misher Films
- Mirage Entertainment
- Studio Canal

## Distributors

- Universal Pictures (2005) (USA) (theatrical)
- Universal Home Entertainment (2005) (USA) (DVD)
- Bontonfilm (2005) (Czech Republic) (theatrical)
- Eagle Pictures S.p.a. (2005) (Italy) (all media)
- Mars Distribution (2005) (France) (theatrical)
- United International Pictures (UIP) GmbH (2005) (Germany) (theatrical)
- United International Pictures (UIP) (2005) (Argentina) (theatrical)
- United International Pictures (UIP) (2005) (Australia) (theatrical)
- United International Pictures (UIP) (2005) (Switzerland) (theatrical)
- United International Pictures (UIP) (2005) (Spain) (theatrical)
- United International Pictures (UIP) (2005)

advertisement

- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ

- merchandising
  links
- box
  office/business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

(Netherlands) (theatrical)
- United International Pictures (UIP) (2005) (Singapore) (theatrical)
- United International Pictures (2005) (Japan) (theatrical)
- Universal Home Video (2005) (Brazil) (DVD)
- Universal Home Video (2005) (Brazil) (VHS)
- Universal Pictures (2005) (Germany) (DVD)

## Special Effects

- Hammerhead Productions (visual effects)
- Pacific Title and Art Studio (visual effects)
- Rhythm and Hues (visual effects)

## Other Companies

- Big Film Design  thanks: insert photography
- Camera Service Center  camera equipment provided by
- Clearance Domain  clearances and research
- EFilm  digital intermediate
- FilmWest Productions  production services
- Jo Anne Kane Music Services  music preparation (as JoAnn Kane Music Service)
- Joe Dunton & Company  anamorphic lenses provided by
- Moonlighting Films  production services: Africa (as Moonlighting Films Pty. Limited)
- Panavision  lighting
- Paws for Effect  animals by
- Right Music Ltd.  music consultant
- Sylvia Fay/ Lee Genick & Associates Casting  extras casting
- Technicolor  color timing
- Technovision USA Inc.  camera equipment provided by (as Technovision)
- Universal Studios Sound Facilities  post-production sound services (as Universal Studios Sound)
- Varèse Sarabande  soundtrack released by
- Viv Kim Negative Cutting Service  negative cutting
- Wendy Cohen Production Resources  clearances: United Nations
- yU+Co.  title design: main titles

## Related Links

Full cast and crew          Box office and business    News articles

Technical specifications    Awards                     Release dates

Filming locations           Main details



*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*

IMDb Top5
1 Transformers
2 I Am Legend
3 National Treasure 2
4 Superbad
5 The Invasion
See All »

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 10 of 56

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | **Jobs** | **IMDbPro.com - Free Trial** | **IMDb Resume**

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 11 of 56



*Earth's Biggest Movie Database*™

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

search  All

Login/Register

more

IMDb > The Interpreter (2005) > Filming locations

SHOP *INTERPRETEI*

Filming locations for
# The Interpreter
## (2005)





 add to
My Movies

filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

advertisement

 photos        board        trailer       details

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

East 9th Street & Stuyvesant St, New York City, New York, USA

Jersey City, New Jersey, USA

Long Island City, Queens, New York City, New York, USA

Mozambique

- taglines
- trailers
- posters
- photo gallery

New York City, New York, USA

Polish House, Greenpoint Avenue, Brooklyn, New York City, New York, USA

Saint Peter's College, Jersey City, New Jersey, USA

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Terminal 7, JFK International Airport, Jamaica, Queens, New York City, New York, USA

United Nations - First Avenue at 46th Street, Manhattan, New York City, New York, USA

message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes


- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ


- merchandising
  links
- box
  office/business
- release dates
  filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles


- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

## Related Links

**Box office and business**      **Plot keywords**         **News articles**

**Technical specifications**     **Main details**          **Browse locations**

**IMDb locations section**       **Search locations**

Browse titles with locations by letter

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Other



*You may report errors and omissions on this page to the IMDb database
managers. They will be examined and if approved will be included in a future
update. Clicking the 'Update' button will take you through a step-by-step process.*

**IMDb Top 5**
1 Transformers
2 I Am Legend
3 National Treasure 2
4 Superbad
5 The Invasion
See All »

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0373926/locations                                    7/12/2007

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 14 of 56



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

search All

IMDb > Nowhere to Go But Up (2003) > Company credits          SHOP *NOWHERE TO*



Poster
Not Submitted



 add to
My Movies

company credits

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Company credits for
# Nowhere to Go
# But Up (2003)



advertisement

 photos      board      trailer     details



IMDbPro.com offers expanded company and employee contact
details for over 10,000 companies in the entertainment industry
as well as representation listings for over 65,000 individuals,
including actors, directors, and producers.
**Click here for a free trial!**

## Production Companies

- F.R.P.
- Forensic Films
- Studio Canal

## Distributors

- Argentina Video Home (2005) (Argentina) (DVD)
- Argentina Video Home (2005) (Argentina) (VHS)
- BIM Distribuzione (2004) (Italy) (theatrical)
- Cathay-Keris Films (2004) (Singapore) (theatrical)

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 15 of 56

- recommendations
- **message board**


- **plot summary**
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes


- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ


- **merchandising
  links**
- **box
  office/business**
- **release dates**
- **filming locations**
- **technical specs**
- laserdisc details
- DVD details
- literature listings
- news articles


- showtimes
- official sites
- **miscellaneous**
- **photographs**
- sound clips
- video clips

- • **Distribution Company** (2005) (Argentina) (all media)

## Related Links

Full cast and crew        Box office and business    Technical specifications

Release dates             Filming locations           Main details



*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*



Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 | Register | Recommendations

http://www.imdb.com/title/tt0332281/companycredits

7/12/2007

Box Office | Index | Trailers | **Jobs** | **IMDbPro.com - Free Trial** | **IMDb Resume**

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 17 of 56



Earth's Biggest Movie Database™

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

login | Register

search  All                              Go | more

IMDb > Nowhere to Go But Up (2003) > Filming locations

SHOP *NOWHERE TC*



Poster
Not Submitted

add poster

add to
My Movies

filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Filming locations for

# Nowhere to Go But Up (2003)

 photos     board     trailer     details

New York City, New York, USA

## Related Links

Box office and          Technical
business                specifications          Main details

Browse locations        IMDb locations          Search locations
                        section

Browse titles with locations by letter
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
Other

advertisement

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 18 of 56

recommendations
- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ



*You may report errors and omissions on this page to the IMDb database
managers. They will be examined and if approved will be included in a future
update. Clicking the 'Update' button will take you through a step-by-step process.*

- merchandising
  links
- box
  office/business
- release dates
  filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips



Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations

http://www.imdb.com/title/tt0332281/locations                    7/12/2007

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 19 of 56

Box Office | Index | Trailers | **Jobs** | **IMDbPro.com - Free Trial** | **IMDb Resume**

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company.  Advertise on IMDb.  License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 20 of 56



*Earth's Biggest Movie Database™*

**Home | Top Movies | Photos | Independent Film | GameBase | Browse |** Sign In/Register

search All _____    _____ 🛒 more

IMDb > The Guru (2002) > Company credits            SHOP *GURU, THE*





Company credits for

# The Guru (2002)

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

company credits

advertisement

 photos     board     trailer    📽 details



*IMDbPro.com offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Universal Pictures (presented by)
- Studio Canal (as studiocanal)
- Working Title Films

## Distributors

- United International Pictures (UIP) (2002) (UK) (theatrical)
- Argentina Video Home (Argentina) (DVD)
- Argentina Video Home (Argentina) (VHS)
- United International Pictures (UIP) (Argentina)
- United International Pictures (UIP) (2002) (Switzerland) (theatrical)
- United International Pictures (UIP) (2003) (France) (theatrical)

- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ

- merchandising
  links
- box
  office/business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

- United International Pictures (UIP) (2003) (Italy) (theatrical)
- United International Pictures (UIP) (2002) (Netherlands) (theatrical)
- Universal Home Video (2003) (Brazil) (DVD)
- Universal Home Video (2003) (Brazil) (VHS)
- Universal Pictures (2003) (USA) (theatrical)
- Universal Studios Home Video (2003) (USA) (DVD)

## Other Companies

- Abbey Road Studios  score recorded and mixed at
- Island Records  soundtrack
- Paramount Pictures  scenes from "Grease" courtesy of
- UMG Soundtracks  soundtrack
- Universal Records  soundtrack

## Related Links

Full cast and crew            Box office and business      News articles

Technical specifications      Awards                       Release dates

Filming locations             Main details



*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*



IMDb Top 5

1 Transformers
2 I Am Legend
3 National Treasure 2
4 Superbad
5 The Invasion

See All »

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0280720/companycredits                    7/12/2007

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 22 of 56

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB      Document 12-7      Filed 07/13/2007      Page 23 of 56



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |
  

search  All

more

IMDb > The Guru (2002) > Filming locations                    SHOP *GURU, THE*







filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Filming locations for
# The Guru (2002)

⭐ **photos**   💬 **board**   🎬 **trailer**   **details**

Bay Ridge, Brooklyn, New York City, New York, USA

Delhi, India

New York City, New York, USA

Richmond Heights, Queens, New York City, New York,
USA

## Related Links

Box office and          Plot keywords          News articles
business

Technical               Main details           Browse locations
specifications

IMDb locations          Search locations
section

Browse titles with locations by letter
  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
Other

                                                        advertisement

message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ



*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*

- merchandising
  links
- box
  office/business
- release dates
  filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips



Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0280720/locations                                    7/12/2007

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 26 of 56



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

Login | Register

search All                                                         more

IMDb > The Guru (2002) > Company credits                    SHOP *GURU, THE*





 add to My Movies

company credits

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Company credits for

# The Guru (2002)

 photos      board      trailer     PRO details

advertisement

 FREE TRIAL

*IMDbPro.com offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.*

**Click here for a free trial!**

## Production Companies

- Universal Pictures (presented by)
- Studio Canal (as studiocanal)
- Working Title Films

## Distributors

- United International Pictures (UIP) (2002) (UK) (theatrical)
- Argentina Video Home (Argentina) (DVD)
- Argentina Video Home (Argentina) (VHS)
- United International Pictures (UIP) (Argentina)
- United International Pictures (UIP) (2002) (Switzerland) (theatrical)
- United International Pictures (UIP) (2003) (France) (theatrical)

- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ

- merchandising
  links
- box
  office/business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

- United International Pictures (UIP) (2003) (Italy) (theatrical)
- United International Pictures (UIP) (2002) (Netherlands) (theatrical)
- Universal Home Video (2003) (Brazil) (DVD)
- Universal Home Video (2003) (Brazil) (VHS)
- Universal Pictures (2003) (USA) (theatrical)
- Universal Studios Home Video (2003) (USA) (DVD)

## Other Companies

- Abbey Road Studios  score recorded and mixed at
- Island Records  soundtrack
- Paramount Pictures  scenes from "Grease" courtesy of
- UMG Soundtracks  soundtrack
- Universal Records  soundtrack

## Related Links

Full cast and crew          Box office and business     News articles
Technical specifications     Awards                      Release dates
Filming locations            Main details





*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*



IMDb Top 5
1 Transformers
2 I Am Legend
3 National Treasure 2
4 Superbad
5 The Invasion
See All »

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0280720/companycredits                7/12/2007

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Login/Register

search All                            more

IMDb > Harrison's Flowers (2000) > Company credits

SHOP *HARRISON'S*..

Company credits for

# Harrison's Flowers (2000)

  photos     board     trailer     details

**IMDbPro.com** offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.
**Click here for a free trial!**







company credits

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

## Production Companies

- 7 Films Cinéma
- Canal+
- France 2 Cinéma
- Sept Films Cinema
- Studio Canal

## Distributors

- A-Film Distribution (Netherlands)
- Cinévia Films (France)
- Filmitalus
- Laurenfilm S.A. (Spain)
- Sandrew Metronome Distribution Finland (2001) (Finland) (video)
- Universal Focus (2002) (USA) (theatrical) (dubbed)
- Universal Studios Inc. (2002) (USA) (all media)

## Other Companies

- Digital Group  digital effects
- Ercidan  optical effects
- Les Audis de Boulogne  post-production

advertisement

- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ

- merchandising
  links
- box
  office/business
- release dates
- filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

## Related Links

Full cast and crew          Box office and business    News articles

Technical specifications    Awards                     Release dates

Filming locations           Main details



You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.



IMDb Top 5
1 Transformers
2 I Am Legend
3 National Treasure 2
4 Superbad
5 The Invasion
See All »

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0216799/companycredits                7/12/2007

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company.  Advertise on IMDb.  License our content.

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 32 of 56



*Earth's Biggest Movie Database™*

**Home | Top Movies | Photos | Independent Film | GameBase | Browse |**

Login | Register

search All    more

IMDb > Harrison's Flowers (2000) > Filming locations          SHOP *HARRISON'S..*









filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Filming locations for

# Harrison's Flowers (2000)



 photos     board     trailer    details

Czech Republic

Long Island, New York, USA

Manhattan, New York City, New York, USA

## Related Links

Box office and business       Plot keywords            News articles

Technical specifications       Main details             Browse locations

IMDb locations section         Search locations

Browse titles with locations by letter
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Other



- message board

- plot summary
- plot synopsis
- plot keywords
- Amazon.com
  summary
- memorable
  quotes

- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie
  connections
- FAQ

- merchandising
  links
- box
  office/business
- release dates
  filming locations
- technical specs
- laserdisc details
- DVD details
- literature listings
- news articles

- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

*You may
report
errors
and*

omissions on this page to the IMDb database managers. They will be examined
and if approved will be included in a future update. Clicking the 'Update' button
will take you through a step-by-step process.



Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 |
Register | Recommendations
Box Office | Index | Trailers | Jobs | IMDbPro.com - Free Trial | IMDb Resume

http://www.imdb.com/title/tt0216799/locations                                    7/12/2007

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 34 of 56

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com. company. Advertise on IMDb. License our content.

**EXHIBIT 8**

Internet Broadway Database: The Producers Production Credits

Page 1 of 4

# IBDB Internet Broadway Database

IBDB Home

Policies | Sponsors | Tickets | Info/Contact

**Search For:**

In this category...

All

Submit

**For more complex or filtered searches, click here**

Advanced Search



## The Producers

St. James Theatre. (4/19/2001 - 4/22/2007)

**Preview:** Mar 21, 2001    **Total Previews:** 33

**Opening:** Apr 19, 2001

**Closing:** Apr 22, 2007    **Total Performances:** 2502

**Category:** Musical, Comedy, Original, Broadway
**Setting:** New York, 1959.

★ Awards and nominations ♪ Songs in this Production

**Opening Night Production Credits [see more]**

Theatre Owned / Operated by Jujamcyn Theaters (James H. Binger, Chairman; Rocco Landesman, President; Paul Libin, Producing Director; Jack Viertel, Creative Director)

Produced by Rocco Landesman, SFX Theatrical Group, The Frankel-Baruch-Viertel-Routh Group, Bob Weinstein, Harvey Weinstein, Rick Steiner, Robert F.X. Sillerman and Mel Brooks; Produced in association with James D. Stern and Douglas L. Meyer; Associate Producer: Frederic H. Mayerson, Rhoda Mayerson and Lynn Landis

Book by Mel Brooks and Thomas Meehan; Music by Mel Brooks; Lyrics by Mel Brooks; Musical Director: Patrick S. Brady; Vocal arrangements by Patrick S. Brady; Music orchestrated by Doug Besterman; Music arranged by Glen Kelly; Uncredited orchestrations by Larry Blank

Directed by Susan Stroman; Choreographed by Susan Stroman; Associate Director: Steven Zweigbaum; Assistant Director: Scott Bishop; Associate Choreographer: Warren Carlyle; Assistant Choreographer: Lisa Shriver

Scenic Design by Robin Wagner; Associate Scenic Design: Dave Peterson; Assistant Scenic Design: Atkin Pace and Thomas Peter Sarr; Costume Design by William Ivey Long; Associate Costume Design: Martha Bromelmeier; Assistant Costume Design: Tom Beall; Assistant to William Ivey Long: Laura Oppenheimer and Heather Blair; Lighting Design by Peter Kaczorowski; Automated Light Programmer: Josh Weitzman; First Assistant Lighting Designer: Paul Miller; Assistant Lighting Design: Mick Smith and Phillip Rosenberg; Sound Design by Steve Canyon Kennedy; Associate Sound Design: John Shivers; Hair and Wig Design by Paul Huntley; Make-Up Design by Randy Houston Mercer

General Manager: Richard Frankel Productions and Laura Green; Company Manager: Kathy Lowe; Associate Co. Mgr: Jackie Newman

Technical Supervisor: Juniper Street Productions; Production Stage Manager: Steven Zweigbaum; Stage Manager: Ira Mont; Assistant Stage Mgr: Casey Aileen Rafter and Alexis Shorter

Musical Coordinator: John Miller; Musical Supervisor: Glen Kelly; Conducted by Patrick S. Brady; Associate Conductor: Phil Reno; Concert Master: Rick Dolan; Woodwind: Vincent DellaRocca, Steven J. Greenfield, Jay Hassler, Alva Hunt and Frank Santagata; Trumpet: David Rogers, Nick Marchione and Frank Greene; Tenor Trombone: Dan Levine and Tim Sessions; Bass Trombone: Chris Olness; French Horn: Jill Williamson; Violin: Ashley D. Horne, Louise Owen, Karen M. Karlsrud and Helen Kim; Cello: Laura Bontrager; Harp: Anna Reinersman; String Bass: Robert Renino; Drums: Cubby O'Brien; Percussion: Benjamin Herman; Keyboard: Phil Reno; Music Preparation: Miller Music Services

Casting: Johnson-Liff Associates; Press Representative: Barlow-Hartman Public Relations; Dance Captain: Brad Musgrove and Christina Marie Norrup; Advertising: Serino Coyne, Inc.; Photographer: Paul Kolnik and Norma Jean Roy; Promotions/Marketing: The Marketing Group

By special arrangement with StudioCanal

**Opening Night Cast**

| Matthew Broderick | Leo Bloom | (Mar 21, 2001-Mar 17, 2002) |
| Nathan Lane | Max Bialystock | (Mar 21, 2001-Mar 17, 2002) |
| Roger Bart | Carmen Ghia | |
| Gary Beach | Roger De Bris | (Mar 21, 2001-Apr 24, 2003) |
| Cady Huffman | Ulla | (Mar 21, 2001-Aug 3, 2003) |
| Brad Oscar | Franz Liebkind | |
| Jeffry Denman | Scott | (Mar 21, 2001-Jun 16, 2002) |
| | Donald Dinsmore | |
| | Guard | |
| | Ensemble | |
| Madeleine Doherty | Hold-me Touch-me | |
| | Ensemble | |
| Bryn Dowling | Usherette | |
| | Ensemble | |
| Kathy Fitzgerald | Shirley | |
| | Kiss-me Feel-me | |
| | Foreman of Jury | |
| | Ensemble | |

Internet Broadway Database: The Producers Production Credits

Page 3 of 4

| | |
|---|---|
| Robert H. Fowler | O'Houlihan |
| | Ensemble |
| Ida Gilliams | Ensemble |
| Eric Gunhus | Lead Tenor |
| | Ensemble |
| Kimberly Hester | Ensemble |
| Naomi Kakuk | Ensemble |
| Matt Loehr | O'Riley |
| | Ensemble |
| Peter Marinos | Bryan |
| | Jack Lepidus |
| | Judge |
| | Ensemble |
| Angie L. Schworer | Ensemble (Mar 21, 2001-Jul 21, 2002) |
| Jennifer Smith | Usherette |
| | Lick-me Bite-me |
| | Ensemble |
| Abe Sylvia | O'Rourke |
| | Bailiff |
| | Ensemble |
| Tracy Terstriep | Ensemble |
| Ray Wills | Mr. Marks |
| | Kevin |
| | Jason Green |
| | Sergeant |
| | Trustee |
| | Ensemble |

Swings: Jim Borstelmann, Adrienne Gibbons, Jamie LaVerdiere, Brad Musgrove, Christina Marie Norrup.

Understudies: Jim Borstelmann (*Franz Liebkind, Roger De Bris*), Jeffry Denman (*Franz Liebkind, Leo Bloom*), Ida Gilliams (*Ulla*), Jamie LaVerdiere (*Carmen Ghia, Leo Bloom*), Brad Musgrove (*Carmen Ghia, Roger De Bris*), Brad Oscar (*Max Bialystock, Roger De Bris*), Angie L. Schworer (*Ulla*), Ray Wills (*Max Bialystock*).

Display replacement and/or transfer information

Internet Broadway Database: The Producers Production Credits

© 2001-2007, The League of American Theatres and Producers, All Rights Reserved. (Copyright and Disclaimer)

7/12/2007

# IBDB Internet Broadway Database

IBDB Home

Search For:

In this category...

All

Submit

For more complex or filtered searches, click here

Advanced Search

## The Graduate

Plymouth Theatre, (4/4/2002 - 3/2/2003)

**Preview:** Mar 15, 2002    **Total Previews:** 24

**Opening:** Apr 4, 2002

**Closing:** Mar 2, 2003    **Total Performances:** 380

**Category:** Play, Comedy, Original, Broadway
**Setting:** California, 1960s.

### Opening Night Production Credits

Theatre Owned / Operated by The Shubert Organization (Gerald Schoenfeld: Chairman; Philip J. Smith: President; Robert E. Wankel: Executive Vice President)

Produced by John Reid and Sacha Brooks; Associate Producer: Clear Channel Entertainment; By special arrangement with StudioCanal

Written by Terry Johnson; Adapted from the novel by Charles Webb; Adapted from the screenplay by Calder Willingham and Buck Henry; Featuring songs by Paul Simon; Other music by Barrington Pheloung

Directed by Terry Johnson

Scenic Design by Rob Howell; Costume Design by Rob Howell; Lighting Design by Hugh Vanstone; Sound Design by Christopher Cronin; Make-Up Design by Naomi Donne; Hair Design by Naomi Donne; Assistant Costume Design: Kate Jones

General Manager: EGS; Company Manager: Susan Sampliner

Production Supervisor: Peter Lawrence; Technical Supervisor: O'Donovan & Bradford; Stage Manager: Karen Moore

Music performed by Simon & Garfunkel

Press Representative: Barlow-Hartman Public Relations; Advertising: Serino Coyne, Inc.; Casting: Amy Schecter, Stuart Howard and Howard Meltzer; Vocal Coach: Kate Wilson; Movement Consultant: Karma Camp; Photographer: Joan Marcus

Internet Broadway Database: The Graduate Production Credits

Page 2 of 2

7/12/2007

**Opening Night Cast**

| | | |
|---|---|---|
| Jason Biggs | Benjamin Braddock | (Mar 15, 2002-Jun 9, 2002) |
| Alicia Silverstone *Broadway debut* | Elaine Robinson | (Mar 15, 2002-Sep 1, 2002) |
| Kathleen Turner | Mrs. Robinson | (Mar 15, 2002-Nov 17, 2002) |
| Murphy Guyer | Mr. Braddock | |
| Kate Skinner | Mrs. Braddock | |
| Victor Slezak | Mr. Robinson | |
| Susan Cella | The Stripper | |
| John Hillner | The Bartender, the Priest, the Motel Manager | |
| Robert Emmet Lunney | The Hotel Clerk, The Bar Patron, The Psychiatrist | |
| Judson Pearce Morgan *Broadway debut* | The Bellhop, the Man in Bar | |
| Kelly Overton *Broadway debut* | The Assistant Desk Clerk | |

Understudies: Larry Cahn (Mr. Braddock, The Bartender, the Priest, the Motel Manager, The Bellhop, the Man in Bar, The Hotel Clerk, The Bar Patron, The Psychiatrist), Susan Cella (Mrs. Braddock, Mrs. Robinson), John Hillner (Mr. Braddock), Julian Hughes (Mrs. Braddock, Mrs. Robinson, The Assistant Desk Clerk, The Stripper), Judson Pearce Morgan (Benjamin Braddock), Kelly Overton (Elaine Robinson, The Stripper).

Display replacement and/or transfer information

© 2001-2007, The League of American Theatres and Producers, All Rights Reserved. (Copyright and Disclaimer)

**EXHIBIT 9**

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 43 of 56

**TODAY'S SPECIAL :**



**New york auto show**
The New 2007 4 Door Jeep
Wrangler Learn more online at
Jeep.com!
www.jeep.com/07jeepunlimited

**V Festival 2007 Tickets**
Weekend With Or Without
Camping And Day Tickets All
Tickets Guaranteed.
www.no1eventsltd.co.uk

**NY & Company Cl**
Update Your Wardr
Fresh And Trendy.
www.NYandCompa



MAKE ACESHOWBIZ YOUR HOMEPAGE

| Entertainment News |
| --- |
| Celebrity Gossip |
| Movie News |
| Music News |
| **Celebrity Corner** |
| Celebrity Buzz |
| The Legends |
| Young Celebrity |
| **Movie Vault** |
| U.S.Box Office |
| Now Playing |
| Coming Soon |
| Movie Trailer/Clip |
| Movie Review |
| DVD |
| Soundtrack |
| **Music Box** |
| Artist of the Week |
| ASB Music Chart |
| New Release |
| Music Video |
| **Contest** |
| Hairspray |
| License to Wed |
| Van Morrison CD |
| **Article/Poll** |

Home :: Entertainment News :: Movie News

# The 44th New York Film Festival Lineups

September 28, 2006 05:50:06 GMT
by Flora Jean



Drawing near to its unveiling on Friday, September 29 this year, the 44th Annual New York Film Festival organizers have revealed list of film features screened at the event up to its closing date on October 15, presenting a selection of pictures of either local or foreign productions.

From U.S, there will be Stephen Frears' acclaimed drama "The Queen" starring Helen Mirren which is going to be the opener of the festival also Todd Field' "Little Children" and Sofia Coppola's period piece "Marie Antoinette." Featuring great talents like Kate Winslet and Jennifer Connelly, "Children" sets to be shown on September 30 with "Antoinette" following up on October 13.

As for foreign productions, lineups include Studio Canal's high-profile project of "Inland Empire" directed by Stephen Frears and Pedro Almodovar's highly anticipated adventure comedy "Volver", as well as movies from Canada, Mali, Austria, France, Iran, and several Asian countries. For complete list of films screened, please check at http://www.filmlinc.com/nyff/program/films/films.html.

**The Luc**
Upper E
Fitness,
www.thel

**Oh My C**
Enter Di
Discoun
www.EIB

**Live Sm**
Innovativ
low-7001
www.kals

**SI500 N**
Find The
& More!
www.sea

Lates

:: Sho

• Nac
  Osc
  topI
  Inte

• Lec
  Brit
  DiC

• Pri
  Prir
  new

• "Th
  She
  ope
  18,

• Bec
  The
  nigl
  Sta

Featu

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 44 of 56

| | |
|---|---|
| Best Movie in 2007 | |
| Solid or Shaky | |
| Martial Arts Girls | |
| TV-Based Movie | |
| **Special Events** | |
| 79th Oscar | |
| 49th Grammy Awards | |
| 64th Golden Globe | |
| **Fun Stuff** | |
| Wallpaper | |
| Screensaver | |

One of the United States's most prestigious film festivals, the New York Film Festival was first held in 1962. For this year's event, it screens 25 new feature films and 15 new short films with special screenings of Warren Beatty's "Reds", Lino Brocka's "Insiang", and Alberto Lattuada's "Mafioso" plus side program "50 Years of Janus Films."

:: Permalink :: Add your comment





## More The Queen News

**NEWS : Isla Fisher Crowned "The Cookie Queen"**
May 01, 2007 03:03:14 GMT
"Wedding Crashers" star Isla Fisher is about to topline Universal Pictures' comedy flick "The Cookie Queen."

**NEWS : The 2007 Oscar's Winners List Growing**
February 26, 2007 05:32:37 GMT
Helen Mirren and Forest Whitaker scored in lead acting category while Melissa Etheridge's composition won best original song at the event.

**NEWS : Winners Announced at the 60th Annual BAFTA Awards**
February 12, 2007 04:51:25 GMT
"The Queen" took the Best Film prize accompanied by "The Last King of Scotland" as the Outstanding British Film of the Year.

**NEWS : The 34th Annual Evening Standard British Film Awards Recipients**
February 05, 2007 07:35:48 GMT
"United 93" was named the Best Film with Daniel Craig and Judi Dench being crowned Best Actor and Actress, respectively.

**NEWS : Winners Named at the 13th Annual SAG Awards**
January 29, 2007 04:46:54 GMT
Top prize of the Outstanding Performance by a Cast in a Motion Picture went to "Little Miss Sunshine."







Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 45 of 56



**Midtown Manhattan Apts**
New York's most desirable addresses Condos,
Apts, furnished, relocation
www.NestSeekers.com

**NYC Office Space $375**
Complete Office Solution In NYC All Inclusive,
Month to Month Terms
www.sunshineny.com

Ads by Google

## Leave your comment!

No comment available

Email                                New user? Register!
Password
Comment

[ Submit ] [ Reset ]

HOME | ENTERTAINMENT NEWS | CELEBRITY CORNER | MOVIE VAULT | MUSIC BOX | FUN S

© 2005-2007 AceShowBiz.com. All rights reserved. Terms Of Use


Best sites





 Search  **Movie Database** News | In Theaters | Coming Soon | Future Movies | BoxOffi

Home - Gabrielle (2005) - movie plots          ☆ **Add to Favorites**

# Gabrielle (2005)

User Rating
★★★☆☆
(1 vote)

| **Overview** | **Comments** | **Forum** | **Production Info** |          Add to MyMovies

**Synopses for Gabrielle (2005)**

**1.**                                             Rate It!

GABRIELLE is Patrice Chéreau's stunning adaptation of the short story "The Return" by Joseph Conrad. Recreating turn-of-the-century France with superb attention to detail, Chéreau casts an unrelenting gaze on the marital breakdown that overwhelms a middle-aged bourgeois couple, played with chilling precision by Isabelle Huppert and Pascal Greggory. Co-written by Chéreau and Anne-Louise Trividic, the film premiered at the 2005 Venice Film Festival and has since played at the Toronto, New York and San Francisco film festivals.

The opening shots mirror the first paragraphs of Conrad's story, as wealthy Parisian Monsieur Hervey (Greggory) descends from a train into the teeming bustle of the city. While on his way home, he reflects on the success of his life and the fortress of security he has built around himself. It is not long before

See all 1 Gabrielle posters

Please register to vote for this movie

- **Plot Description**
- **Soundtrack**
- **Wallpapers**
- **Popularity**

**Directed by**
Patrice Chéreau

**Written by**
Patrice Chéreau, Anne-Louise Trividic

**Cast**
Isabelle Huppert, Pascal Greggory, Claudia Coli, Thierry Hancisse, Chantal Neuwirth [more]

**Release Date**
- **USA:** Oct 12, 2005

**BoxOffice:** $0.1M

**Running Time**
1 hour, 30 minutes

**Country** Germany, France, Italy

**Production Companies**
Azor Films, arte France Cinéma (co-production), Studio Canal (co-production), Love Streams Productions (co-production), Albachiara S.p.a. (co-production), Network Movie Film-und Fernsehproduktion (co-production), Canal+ (participation), arte France Dév

**Studio** IFC Films

More info on IMDb.com

**Other Titles**
• Gabrielle (2005)

**Sign up for our Newsletter!**
Movie news in your email:

Your Name:

Your E-Mail Address:

Sign Up

his self-satisfaction is rudely shattered when he discovers a letter from his wife, Gabrielle (Huppert), waiting for him on his sideboard. The contents of the message will crumble that security and plunge him into newfound feelings of vulnerability, abandonment and betrayal. Husband and wife soon find themselves engaged in a parry-and-thrust of emotions that change mid-sentence and stretch their ability to function and live in the same house.

Chéreau's films have always been marked by their dark, unrelenting penetration of the human psyche and this film is no exception. In its intensity and sharp-eyed focus on the perils and pitfalls of marriage, the film has a deep emotive power which recalls the films of Ingmar Bergman. The film is also filled with moments of sublime visual power; cinematographer Eric Gautier sculpts light and shadow into magical patterns. The combination of atmospheric settings, ardent performances and painterly camerawork makes Gabrielle a magical and absorbing piece of cinema. -- © IFC Films

2.                                          Rate It!

Patrice Chereau's adaptation of Joseph Conrad's novella THE RETURN is a gripping chamber piece in which a bourgeois man's stable, comfortable life is unexpectedly shattered. The time is turn-of-the-century France. Jean (an utterly

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 48 of 56

brilliant Pascal Greggory) and his wife Gabrielle (Isabelle Huppert) are a well-to-do couple who spend much of their time throwing lavish dinner parties. But one day, Jean discovers a letter left behind by Gabrielle, in which she confesses to Jean that she has been sleeping with another man and is leaving him for good. Devastated beyond belief, Jean is understandably shocked again when Gabrielle returns home just a few hours later. Jean's pride mixes with jealousy, anger, and bitterness, sending him into a maniacal tirade that seems only to amuse the detached Gabrielle. As the night unfolds, the once happy couple begins to realize just how different they actually are, sparking a final confrontation that will decide their fate once and for all. Masterfully crafted by Chereau (INTIMACY, QUEEN MARGOT) and featuring stunning cinematography by Eric Gautier, GABRIELLE is an excruciatingly intimate account of a crumbling marriage.

This film screened as part of Lincoln Center's 2005 New York Film Festival.

Mooviees.com is not the official site for this film.
All editorial views and opinions expressed here are for entertainment purposes only. <>

Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 49 of 56

Feedback | Terms Of Service | Privacy Statement | Copyright | Sitemap |

**Copyright ©2002 Mooviees.com** All rights reserved.
This material may not be published, broadcast, rewritten or redistributed in any form. Use of this
site signifies your agreement to the terms of use.

**Warning:** Cannot modify header information - headers already sent by (output started
at /storage/www/mooviees.com/t/template.php:729) in **/storage/www/mooviees.com/t/template.php** on line
**787**

Case 1:07-cv-02918-DAB    Document 12-7    Filed 07/13/2007    Page 50 of 56





Promoting Italian cinema w

**13th July 2007**        **Versione italiana**

**search**

[ _____ ] ▶

**about us**

**news**

**films**

**industry**

**festivals**

**filmographies**

archive 2001

films

2007 releases | completed | in production | archive | shorts | docu

2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006

### SON'S ROOM, THE

☑ see als

◘ backsta

[ pri



click for hi-r

| | |
|---|---|
| original title: | STANZA DEL FIGLIO, LA |
| directed by: | Nanni Moretti |
| cast: | Nanni Moretti, Laura Morante, Silvio Orlando, Stefano Accorsi, Jasmine Trinca, Giuseppe Sanfelice, Claudia Della Seta, Stefano Abbati, Toni Bertorelli, Dario Cantarelli, Eleonora Danco, Luisa De Santis |
| screenplay: | Nanni Moretti, Heidrun Schleef, Linda Ferri |
| cinematography: | Beppe Lanci |
| editing: | Esmeralda Calabria |
| set design: | Giancarlo Basili |
| costume design: | Maria Rita Barbera |
| music: | Nicola Piovani |
| presented by: | Sacher Film |
| producer: | Angelo Barbagallo, Nanni Moretti |
| production: | Sacher Film, Rai Cinema, Tele +, Bac Films (Paris), Studio Canal (Paris) |
| distributor: | SACHER DISTRIBUZIONE |
| world sales: | STUDIOCANAL |
| country: | Italy/France |
| year: | 2001 |
| film run: | 99' |
| release date: | 09/03/2001 |
| festival & awards: | SHANGHAI FILM FESTIVAL 2004: Special Tribute |
| | CAIRO INTERNATIONAL FILM FESTIVAL 2002: Official Section Out Of Competion |
| | PALM SPRINGS INTERNATIONAL FILM FESTIVAL 2002: Gala |
| | CANNES 2001: Palme d'Or for Best Feature Film |
| | DAVID DI DONATELLO 2001: Best Film, Best Actress (Laura Morante), Best Music. |
| | FESTIVAL DO RIO 2001: Panorama |
| | MOSCOW INTERNATIONAL FILM FESTIVAL 2001: Special Screenings |
| | NEW YORK FILM FESTIVAL 2001: Official |



Case 1:07-cv-02918-DAB     Document 12-7     Filed 07/13/2007     Page 51 of 56

Selection

SÃO PAULO INTERNATIONAL FILM FESTIVAL
2001: Section: International Perspective

THE TIMES BFI LONDON FILM FESTIVAL
2001: Evening Standard Film on the Square

TORONTO INTERNATIONAL FILM FESTIVAL
2001: Masters

Giovanni Sermonetti is a psychoanalyst who lives in Ancona
with his wife, Paola (Laura Morante) and two adolescent
children (Jasmine Trinca and Giuseppe Sanfelice). He loves his
work, his life and his family and is shocked when he learns his
son and a schoolfriend stole a precious fossil.
One Sunday morning his day of rest is upset when a patient
calls to say he is unwell. Giovanni changes his plans for the day
and goes to visit the patient instead of spending time with his
son, Andrea. The boy decides to go scuba diving with some
mates but unfortunately tragedy strikes and Andrea gets the
bends and dies. This is the beginning of an extenuating and
heart-rendering period of mourning for the family that is only
exacerbated by misunderstandings and the different ways in
which each one faces the immense tragedy. After the longest
time of suffering perhaps they begin to see a glimmer of light
at the end of the tunnel when one morning they receive a letter
in the post from Andrea's young girlfriend. Is this the remedy
they were all looking so desperately for?





**EXHIBIT 10**

**SEC Info**   Home   Search   My Interests   Help   Sign In   *Please Sign In*

# Vivendi Universal · 6-K · For 6/28/01 · EX-99.1

**Filed On 6/29/01 1:16pm ET · SEC File 1-16301 · Accession Number 950123-1-503991**

Find    in this filing.
Help   *Wildcards:* ? (any letter), * (many).  *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).   Show docs searched   and   every "hit".

| As Of | Filer | Filing | As/For/On Docs:Pgs | Issuer | Agent |
|---|---|---|---|---|---|
| 6/29/01 | Vivendi Universal | 6-K | 6/28/01    3:6 | | Bowne |

## Report of a Foreign Private Issuer · Form 6-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 6-K | Vivendi Universal | 3 | 8K |
| 2: EX-99.1 | Press Release | 2 | 11K |
| 3: EX-99.2 | Press Release | 1 | 7K |

### EX-99.1 · Press Release

[VIVENDI UNIVERSAL LOGO]

Exhibit 99.1

June 28, 2001

## VIVENDI UNIVERSAL CANCELS 22 MILLION SHARES

The Board of Directors of Vivendi Universal met today, under the chairmanship of Jean-Marie Messier.

1. Vivendi Universal's Board decided to change the way it satisfies the exercise of stock options which will result in the cancellation of 22 million shares and treasury stock will decrease by 32 million shares.

Vivendi Universal currently meets its employee stock option commitments from its treasury stock portfolio.

Given the recent drop in the stock price, the Board noted that it was now more economically efficient to satisfy options exercises by entering into an agreement with a third party to supply the shares necessary for the future exercise of all stock option plans with an exercise price above E75, at a fixed price, at the option of Vivendi Universal. Furthermore, according to the proposal made by Jean-Marie Messier, the Board of Directors has decided to cancel the :22 million corresponding shares today.

Vivendi Universal also sold to a third party 10 million treasury shares to enable it to hold part of the total shares, which will allow the third party to have significant coverage necessary for its market risk management ("neutral delta").

Vivendi Universal is currently trading at a substantial discount to the consensus net asset value per share and to enterprise value to EBITDA and EBITDA to growth, which are low, especially compared to competitors.

The cancellation instantly increases the value of the company for each shareholder. By reducing financial costs by around E25 million and the number of shares outstanding by 2%, it improves EBITDA per share, EPS and net asset value per share, under French GAAP.

| EX-99.1 | Last Page of 2 | TOC | 1st | Previous | Next | Bottom | Just 2nd |

2. Delisting of Studio Canal, to foster synergies between Studio Canal and Universal Studios within Canal+ group.

The Board also authorized, as proposed by Pierre Lescure, the launch of a delisting offer on Studio Canal followed by mandatory delisting of the company, at E14.5 per share. This is identical to the IPO price and represents a 25% premium on the latest stock prices.

The Vivendi Universal merger gives Canal+ the opportunity to create the only truly global studio in the world, focused both on European and American markets. Production diversity will be supported by a common strategy and by global distribution resources, that the offer will help make possible.

This offer is one of the measures taken to improve the efficiency and profitability of the Canal+ group within Vivendi Universal.

Important Disclaimer

This press release contains forward-looking statements within the meaning of the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectations or beliefs and are subject to a number of factors and uncertainties that could cause actual results to differ materially from those described in the forward-looking statements. The following factors, among others, could cause actual results to differ materially from those described in the forward-looking statements: difficulty in integrating acquisitions, inability to identify, develop and achieve success for new products, services and technologies; increased competition and its effect on pricing, spending, third-party relationships and revenue; inability to establish and maintain relationships with commerce, advertising, marketing, technology, and content providers. Vivendi Universal does not undertake any obligation to provide updates or to revise any forward-looking statements. Investors and security holders may obtain a free copy of documents filed by Vivendi Universal and its predecessor, Vivendi, with the U.S. Securities and Exchange Commission at www.sec.gov or directly from Vivendi Universal.

## Dates Referenced Herein  *and*  Documents Incorporated By Reference

| *This 6-K Filing* | *Date* | *Referenced-On Page* | | *Other Filings* |
|---|---|---|---|---|
| | | *First* | *Last* | |
| For The Period Ended | 6/28/01 | | | 6-K |
| Filed On / Filed As Of | 6/29/01 | 1 | | SC TO-T/A, 6-K, 11-K |
| | | | | List All Filings |

Top

*Alternative Formats:*  Rich Text / Word (.rtf), Text (.txt), EDGAR (.sgml), XML (.xml), et al.

*Copyright © 2007 Fran Finnegan & Company All Rights Reserved.*
*www.secinfo.com - Thu, 12 Jul 2007 23:39:55.0 GMT - Help at SEC Info*