**EXHIBIT 12**

| VARIETY | INDUSTRY NEWS | WEB |

SEARCH

SEARCH POWERED BY: 

DEPARTMENTS                   SECTIONS

FILM  TV  INT'L  BIZ  MUSIC  TECH  LEGIT  HOME ENT.    V PLUS  REVIEWS  BLOGS  MORE

# WEB EXCLUSIVE

*Posted: Wed., Jan. 31, 2007, 8:55am PT*



# Courson taking charge at Studio Canal
## Move follows exit of head of theatrical

By ALISON JAMES

PARIS — Senior Canal Plus exec Olivier Courson is poised to take operational responsibility for Studio Canal and step down as parent company Canal Plus Group's general counsel.

Courson was appointed Studio Canal's president in 2005. But since then he has spent most of his time thrashing out Canal Plus' pay TV merger with TPS, which was made official in January.

Courson steered the group's negotiations with the French film industry and the French anti-trust authorities, which imposed 56 conditions on Canal Plus when it OK'd the merger late last year.

With that task over, Courson will now turn his attentions to developing Studio Canal in France and internationally, according to sources, with Frederic Sichler, currently managing director, as his number two.

Changes will be announced following a managers and employees committee meeting on Friday.

In another exec reshuffle, Studio Canal recently parted company with its head of theatrical distribution, Stephane Celerier. Perplexing some in the French film biz, Celerier's departure came at a time when Studio Canal's theatrical arm Mars Distribution was doing rather well. Company was ranked third after Gaumont Columbia and 20th Century Fox in 2006, thanks to pics including Oscar nominated "Days of Glory" and the romantic comedy "I Do," with Alain Chabat and Charlotte Gainsbourg.

Mars was renamed Studio Canal Distribution and is now run by Philippe Desandre, formerly of Warner Bros France. The unit will distribute 26 films this year including David Lynch's "Inland Empire."

Publishing its 2006 revenues on Wednesday, Canal Plus Group said that despite its strong French performance Studio Canal, a 100% owned subsidiary, made lower revenues than in 2005, but did not give figures. Canal Plus said the dip was mostly due to decreased income from its deal with Working Title.

*Web Exclusive*



# RELATED ARTICLES:

*Arts Alliance pacts with Artificial Eye - 1/31/07 7:13am*

*TV2 Denmark signs deal with Disney - 1/31/07 5:53am*

*Meehan joins Irish Film Board - 1/31/07 5:00am*

*AMPAS to host foreign pic noms event - 1/30/07 9:25pm*

*National Geographic ups Weil - 1/30/07 9:18pm*

*ESPN, Tennis Channel pact - 1/30/07 9:15pm*

SUBSCRIBE    LOGIN    ABOUT US    ADVERTISE    CONTACT U

*RELATED SITES: Broadcasting & Cable   Multichannel News   Video Business   ContentAgenda   Twice*

© 2007 ℮ Reed Business Information, *a division of Reed Elsevier Inc. All rights reserved. Use of this website is subject to its Te*

MEDIA & PUBLISHING:
Variety | LA 411 | New York 411 | Video Business |
ContentAgenda | Broadcasting & Cable | Multichannel
News | Publishers Weekly | Library Journal | School
Library Journal | Críticas | Tradeshow Week

MANUFACTURING:
Design News | Control Engineering | Plant
Engineering | Purchasing | Purchasing Data | Logistics
Management | Industrial Distribution | Supply Chain
Management Review | Modern Materials Handling |
Manufacturing Business Technology | Kellysearch

BUSINESS & PRINTING:
DM2-DecisionMaker | Zibb | Packaging Digest |
Graphics Arts Monthly | Graphics Arts Blue Book |
Converting | Expert Business Source | HotFrog USA |
The Industry Measure

GIFTS & FURNISHINGS:
Furniture Today | Home Textiles Today | Home Accents
Today | Casual Living | Kids Today | Gifts & Decorative
Accessories | Playthings | Jlrs, Circ, Keystone

HOSPITALITY:
Hotels | R&I | Chain Leader | Foodservice Equipment &
Supplies

**EXHIBIT 13**

on ; jardinage. **Sport** : marche. Membre, puis Président d'honneur de l'Association mixte de Haute-Savoie. **Adr.** : prof. et privée, 115 route de Taninges, 74100 Vétraz ; chalet Transhumance, 74420 Boëge.

**[Jean, Eugene, Albert]**. Écrivain. Ancien Grand maître de la Grande Loge de France. Né le 21 mars 1931 à Marcq-en-Barœul (Nord). Fils d'Henri Verdun. Magistrat, et de Mme née Jeanne Diethaïm. Veuf de Mme née Nicole Fabre (1 enf. : Nathalie). Remarié le 11 janvier 1992 à Mlle Laurentine Lot. Photographe. **Études** : Lycées Miguel à Aix-en-Provence et Gassendi à Digne. [...]

**FRANCESCHI** (Michel, Yvan). Le 28 octobre 1901 à Toulon (Var). Professeur de physique, et de la Franceschi. **Études** : institution [...] **Carr.** : Professeur d'université à ses lettres et sciences humaines de Nice antérie. École des hautes études en r [...]



**VERGELY** (Philippe), ingénieur. Président de sociétés. Né le 7 mars 1941 à Paris 19e. Fils de Jean Vergely, Directeur de compagnie d'assurances, et de Mme, née Marie Bouyat. Mar. en secondes noces le 3 juillet 1985 à Mlle Marie-Noëlle Reynaud (2 enf. : Olivia, Amaury et 1 enf. de son premier mariage : Sandrine [Mme Francis Tessière]). **Études** : Collège Stanislas, Lycées Janson-de-Sailly et Saint-Louis. Faculté de droit et de sciences économiques à Paris. **Dipl.** : Ancien élève de l'École polytechnique, Diplômé d'études générales de sciences économiques. **Carr.** : inspecteur à la Société générale (1963-1966) puis au groupe Francis Bouygues (1966-1973), successivement Chef des services juridique et financier (1966), Assistant du président (1968). [...] Secrétaire général (1972-1973) de la société civile immo [...]



[Figespa]. Directeur administratif de Mecaceronia SA (1983-94). Chargé de mission (1984). Administrateur, Chef de service au Bureau d'aide sociale de Paris devenu (1995) Centre d'action sociale de la Ville de Paris (depuis 1986). Membre du comité national du Who's Who in France (depuis 2000) et du Conseil supérieur de la réserve militaire (2004). **Décor.** : Officier de l'ordre national du Mérite, Médaille d'or des services militaires volontaires, Chevalier du Mérite du Centre national de la Mutualité. **Sport** : voile. **Membre.** Administrateur (depuis 2004) de la Société des Courses de France, Vice-président de l'Œuvre de soutien aux églises et aux prêtres. [...]

**VERGER** (Fernand, Henri), universitaire. Né le 24 avril 1929 à Paris 14e. Fils de Pierre Verger, ingénieur, et de Mme, née Mathilde Sourbeau. Mar. en secondes noces le 17 septembre 1994 à Mlle Isabelle Sourbéa (1 enf. : Nicolas et 2 enf. de son premier mariage : Françoise [Mme Christophe Cembal], Pierre). **Études** : Lycée Henri IV à Paris. **Dipl.** : Docteur d'État ès lettres. **Carr.** : Attaché de recherche au Centre national de la recherche scientifique (CNRS) (1954-59), Chef de travaux (1959-61), Maître assistant à l'Université de Poitiers (1961-63), Maître assistant à l'École normale supérieure (1963-66), Directeur d'études à l'École pratique des hautes études (1966-68), Chargé d'enseignement (1968-69), Maître de conférences (1969-72), Professeur titulaire des universités, Président de la section nationale de la recherche scientifique (1976-80 et 1987-91), Président du Comité scientifique du programme interdisciplinaire de recherche sur l'environnement à la Nasa pour les programmes Landsat 1 (1972-73) et Landsat 2 (1975-76), Membre du conseil scientifique du programme interdisciplinaire de recherches sur l'environnement (Piren) (1981-83). Membre du conseil d'administration de l'Institut géographique national (IGN) (1982-85), Conseiller scientifique auprès de la direction du Centre national de la recherche scientifique (CNRS) (1985-91). Rédacteur en chef de la revue Photo-interprétation (1981-2003). Président du conseil d'administration du groupement d'intérêt public pour l'étude du CNRS (1986-92). Membre du conseil scientifique de l'Institut géographique national (1983-89). Membre du Conseil national de l'information géographique (1985-90), Président de la commission du conseil scientifique des universités (1992-95). Membre du conseil scientifique du réseau télédétection de

l'Association des universités de langue française (1982-97). Membre du conseil scientifique du Conservatoire de l'espace littoral et des rivages lacustres (depuis 1993). Membre du conseil scientifique du groupement d'intérêt public Crest-école polytechnique (1394-97). Membre (2004-06) et Président du conseil scientifique (depuis 2006) du Forum des Marais-Atlantiques. Président de la commission scientifique pour la sauvegarde du caractère maritime du Mont Saint-Michel (1995-2004). **Œuvres** : Les Techniciens d'analyse granulométrique (1962), Marais et Wadden du littoral français (1968), L'exploitation du littoral océanien de la Terre par les satellites (1992). Photo et paysages côtiers (1995), Marais et poldériennes de l'espace (1995-1997). L'Espace, nouveau territoire (2002). Carto. Encyclopédie de l'Espace (2003). Marais et estuaires du littoral français (2005). **Décor.** : Chevalier de la Légion d'honneur et de l'ordre national du Mérite, Officier des Palmes académiques. **Dist.** : prix Fournier de la Société de géographie de Paris, prix Vacher, prix Lannoy de l'Académie des sciences, médaille de bronze de l'Académie maritime de l'Air et de l'Espace. **Adr.** : prof., École normale supérieure, 45 rue d'Ulm, 75005 Paris ; privée, 5 rue Lancelot, 15013 Paris ; e-mail, fverger@ens.fr.



**VERGÈS** (Guillaume, Louis-René, Marie, Roger, dit de), Responsable audiovisuel. Né le 24 novembre 1956 à Paris 15e. Fils de Guy de Vergès, Directeur de société, et de Mme, née Geneviève Leon-Dufour. **Études** : École Fénéry-Buzenval à Rueil-Malmaison, Cours Saint-Louis et Collège Stanislas à Paris. École supérieure de commerce (ESC) de Reims, Universités Paris II-Assas et Paris IX-Dauphine. **Dipl.** : Licence en droit, Doctorat de 3e cycle de finance. **Carr.** : Attaché à la direction générale de l'Union de financement du cinéma et de l'audiovisuel (Ufca) (1978-80). Directeur général des studios de Billancourt (1980-87), Directeur général de la Sofica Images investissements (1984-87), Président-directeur général de Mery productions (1991-92) à TF1 ; Directeur général (1987-97). Vice-président (1997-2003) de TF1 Films production, Directeur des départements acquisitions (1990-2000) et coproductions internationales (1990-2003). Directeur général adjoint du cinéma (1996-2003). Directeur des programmes (1999-2003) ; Directeur général adjoint, chargé du pôle édition du groupe Canal + et Administrateur et Directeur général délégué de Canal + SA (2003), Conseiller du président du groupe Canal+, chargé des activités cinéma (2003-04), Consultant à StudioCanal (depuis 2004) ; Administrateur de Gaumont Production (1986-87). **Décor.** : Officier des Arts et des Lettres. **Collections** : livres anciens, montres. **Sport** : tennis, ski. Membre du Racing Club de France. **Adr.** : prof., StudioCanal, 1 place de Spectacle, 92130 Issy-les-Moulineaux.



**VERGÈS** (Henri, Jean-Marie, Jacques), Président de sociétés. Né le 14 février 1944 à Manilucon (Allier). Fils de Paul Vergès, Directeur technique, et de Mme, née Andrée Franconstain, institutrice. Mar. le 23 juillet 1971 à Mlle Marie-Annick Feurrier (2 enf. : Sylvain, Olivier). **Études** : Collège Sainte-Croix de Neuilly et Lycée Pasteur à Neuilly-sur-Seine, puis technique de Vincton. **Dipl.** : ingénieur du Polytechnicum Federal de Zurich (Suisse), Master of business Administration (MBA) de l'Institut européen d'administration des affaires (Insead). **Carr.** : Chef de projet puis Assistant du directeur des procédés industriels à la Société anonyme de télécommunications (SAT) (1971-73). Ingénieur principal, Ingénieur en chef puis Directeur à la division conseil en management de Sema-Metra (1973-77), Directeur à Sema Consultronique (1977-79), tant au tant directeur de la stratégie et du développement à la société Thomson-CSF (1979-82), Directeur des études commerciales à la direction du plan de Thomson SA (1982-84), Directeur de la planification et du contrôle des programmes de recherche et de développement (1984-85), Directeur central du marketing (Europe et Asie) (1985-87) de Thomson Semiconducteurs, Directeur général de Robinson Nugent SA à Dolemont (Somme) depuis Robinson Nugent Inc., États-Unis (depuis 1987), Président-directeur général d'Austriat SA (groupe Esterline Corp., États-Unis) (1990-2000) et d'Austriat technologies (1993-2003), Administrateur des sociétés Elva Plastic (Uruma) et Eka (Taïwan, Russie), Professeur associé au tant à l'université Paris-Dauphine (1975-82), Président du Maintead Aerospace Ltd (Royaume-Uni) et de Fluid Ring Rotors Corp (États-Unis) (2000-02), Président du directoire de SAS Drel (2002-04), Administrateur de sociétés (depuis 2004), Président du conseil de perfectionnement de l'Institut universitaire professionnalisé de l'Upa d'Evry à l'université Paris X-Nanterre ; Membre du Club des experts d'entreprises. **Décor.** : Chevalier de la Légion d'honneur. **Sport** : ski, voile. **Adr.** : prof., Argus, 13 rue de Pont-de-Vaux, Aubervilliers. T. prix av ; **E-mail**, henriverges@aol.com.



**VERGÈS** (Paul, Émile, Marie, Juste), Homme politique. Né le 5 mars 1925 à Oubone (Siam). Fils de Raymond Vergès, Médecin, et de Mme, née Pham Thi Khang. Mar. le 15 septembre 1947 à Mlle Laurence Deroche. **Carr.** : Journaliste, Directeur de Témoignages (1957-57). Conseiller général de la Réunion (canton 1956-56) (1978-76), Député communiste de la Réunion (1956-58), Fondateur (1959) et Secrétaire général du parti communiste réunionnais (PCR) (1959-93), Maire de Saint-Paul (depuis 1971) ; 39ème. Conseiller municipal de Saint-Paul (depuis 1971). Parlementaire européen (1979-89), Membre (depuis 1986). Premier Vice-président (1992-95). Président du Conseil régional de la Réunion. Député européen de la Réunion (1986-87), Président de la Réunion (1986-94), Président du parti communiste réunionnais (depuis 2003). Conseiller régional de la Réunion (depuis 2004), Sénateur de la Réunion (depuis 2004). Membre du Conseil économique et social (Civil), Président du Parc communautaire international ancien... Président du Mouvement pour l'égalité. la démocratie et





ur technique de l'usine
blage automobile Scaa su
(1975-79) ; à Hutchinson
etail : Directeur d'usine de
composites à Dallas
(e) (1979-81), Directeur
Mapa en Malaisie (1981-
un commercial de la divi-
..., (1990-92) ; au groupe Total
.... ruha puis (2000) Total Fina Elf : Direct.
departement petrochimie et fluides spéciaux du
groupe et Président-directeur général de Total Solvants
(1993-97), Directeur des divisions produits noirs puis
bitume (1998-2002) ; Président-directeur général du
Procéraail (groupe holding français du pétrole [IFP]) (2002-
06), Directeur des achats à Total Raffinage et marketing
(depuis 2005), Ancien président du Syndicat de la chimie
organique de base. **Sports** : golf, tennis, voile. **Adr.** :
privées, 28 rue Pierre Arnoux, 92190 Meudon et 3 rue
de la Lande, 56370 Sarzeau.

**COURSON** (Olivier, René, Noël), Membre du Conseil
d'Etat, Responsable audiovisuel. Né le 21 décembre 1965
à Maisons-Laffitte (Yvelines, ex-Seine-et-Oise). Fils de
Philippe Courson. Conseiller économique et financier, et
de Mme, née Véronique Motte. Stouplaut. **Etudes** :
Université Paris I-Panthéon Sorbonne. **Dipl.** : Maîtrise de
droit privé, Diplôme de l'Institut d'études politiques (IEP)
de Paris. **Carr.** : Elève à l'Ecole nationale d'administra-
tion (Ena) (promotion René Char, 1983-88), Auditeur au
Conseil d'Etat (1988). Conseiller juridique auprès du direc-
teur général des Postes et télécommunications (1988-89)
puis du directeur général du Centre national de la cinéma-
tographie (CNC) (1992-93), Conseiller du Service juri-
dique et technique de l'information et de la communica-
tion (SJTIC) (1993-95), Maître des requêtes et rapporteur
de l'étude Internet et les réseaux numériques au Conseil
d'Etat (1996), Conseiller technique au cabinet de Catherine
Trautmann (ministre de la Culture et de la Communication)
(1999-2000), Conseiller pour la communication
au cabinet de Lionel Jospin (Premier ministre) (2001-02),
Secrétaire général du groupe Canal + (depuis 2003), Prési-
dent de StudioCanal (depuis 2005) ; Chargé de cours à
l'IEP de Paris (1997-2000). **Décor.** : Chevalier des Arts
et des Lettres. **Sports** : planche à voile, ski, surf, tennis.
**Adr.** : prof., Canal +, 1 place de Spectacle, 92853 Issy-
les-Moulineaux cedex 9.



**COURSON** (Charles-Amédée, Simon, Edouard du
BUISSON de), Magistrat à la Cour
des comptes, Homme politique. Né
le 2 avril 1952 à Paris 16e. Fils
d'Aymard du Buisson de Courson,
inspecteur général des finances et
de la comtesse, née Claude de
Moustier. **Etudes** : Ecole Saint-
Louis-de-Gonzague, Universités
Paris I-Panthéon Sorbonne et
Paris II-Panthéon Assas. **Dipl.** :
Diplôme de l'Ecole supérieure des
sciences économiques et commer-
ciales (Essec). Maîtrises de droit public et de sciences
économiques. **Carr.** : Elève à l'Ecole nationale d'admi-
nistration (Ena) (promotion Michel de l'Hospital, 1977-79),
Auditeur (1979-82), Conseiller référendaire (depuis 1983) à
la Cour des comptes, Fondateur et Trésorier du Syndicat
des magistrats de la Cour des comptes (1981-88), Adjoint
puis chef du bureau à la direction du Budget du minis-
tère de l'Economie, des Finances et du Budget (1984-86),
Conseiller technique (1986-87), Directeur adjoint (1987-88)
au cabinet d'Alain Madelin (ministre de l'Industrie, des
P. et T. et du Tourisme) ; Membre (depuis 1986), Vice-
président (depuis 1992) du Conseil général de la Marne,
Conseiller régional de Champagne-Ardennes (1992-93 et
2004-05), Maire de Vanault-les-Dames (depuis 1989), Né le
28 mars 1993 (député de la Marne, réélu le 1er juin 1997 et
le 9 juin 2002, inscrit au groupe de l'Union pour la démo-
cratie française (UDF), Président du Service départemental
d'incendie et de secours de la Marne (depuis 1992), du
Syndicat mixte d'aménagement du lac du Der Chantecoq
(depuis 1988), du Crédit-immobilier de Champagne-
Ardenne (depuis 1990), de la Caisse mutuelle marnaise
d'assurances (depuis 1988) ; Président départemental de
l'UDF de la Marne (depuis 1994). Membre et Trésorier
(1984-87) du conseil d'administration de l'Association des
anciens élèves de l'Ena, Membre du conseil d'adminis-
tration de l'Association des anciens élèves de l'Essec.
**Adr.** : prof., Assemblée nationale, 75355 Paris et 38 rue
de la Petite Saline, 51300 Vitry-le-François ; privée,
3 place du Mairae, 51340 Vanault-les-Dames ; e-mail,
charles.de-courson@wanadoo.fr.



**COURSON** (Gilles, Marie, Charles du BUISSON
de), Directeur de société. Né le
23 octobre 1948 à Paris 15e. Fils de
Guillaume du Buisson de Courson,
Directeur de banque, et de Mme,
née Huguette de La Rochelambert.
Père de 4 enf. : Cyrille, Aude, Anne-
Emilie, Elisabeth. **Etudes** : Lycée
Saint-Louis de Gonzague à Paris,
Université Paris X-Nanterre. **Dipl.** :
Licence en droit, Diplôme de la
Chambre de commerce et d'industrie
de Paris. **Carr.** : à Colies (groupe
Compagnie bancaire) : Inspecteur commercial (1974),
Directeur d'agence du Mans, à Rouen puis à Paris (1975-
82), Fondé de pouvoir chargé de recherche et dévelop-
pement (1983-86) ; Gérant (1987-88), Administrateur-direc-
teur général délégué (depuis 1989) de MCS et Associés
(Marcel Clmon-Simo), Directeur général de la Caisse
d'escompte du Midi (Cdm) (depuis 1993), Directeur général
(1994-97) puis Censeur de Finance-recouvrement.

---

Administrateur de la Société immobilière du gymnase, de
la société Carrosserie tôlerie industrielle (CTI) ; Conseiller
général de l'Orne (depuis 1994), Rapporteur du budget
(1996-97), Président de la commission des finances
(depuis 1998), Membre (depuis 1994), Président (depuis
1999) de la Communauté de communes du Val-d'Huisne,
Maire de l'Hermitière (depuis 1995), Vice-président du
Conseil général (depuis 2004). **Décor.** : Chevalier de
l'ordre national du Mérite. **Distinction** : bricolage.
**Sports** : équitation, tennis, ski. **Adr.** : prof., MCS et
Associés, 96-98 av. Raymond Poincaré, 75116 Paris ;
e-mail, gdecourson@mcsir.com.



**COURSON de LA VILLENEUVE** (Arnaud, Marie,
Gaston, Bernard, Gilbert de),
Directeur de société. Né le 2 août
1984 à Boulogne-Billancourt (Hauts-
de-Seine, ex-Seine). Fils de Jean-
Louis de Courson de La Villeneuve,
Cadre de société, et de Mme, née
Maïder Clément. Editeur. **Mar.** le
1er juillet 1989 à Mlle Cécile Roblot
(3 enf. : Aurélie, Charlotte, Lorraine).
**Etudes** : Collèges de Juilly et
Fermon à Lisieux, Lycée Jean
Rostand à Chantilly, Université
Paris IX-Dauphine. **Dipl.** : Maîtrise et sciences de
gestion, Diplôme d'études supérieures spécialisées de
finance d'entreprise, Diplôme de la Société française des
analystes financiers. **Carr.** : Stagiaire à Nihard Agani de
...

politiques (IEP) de Paris, Master of Law de Harvard Univer-
sity (Etats-Unis). **Carr.** : Elève à l'Ecole nationale d'admi-
nistration (Ena) (promotion François Rabelais, 1971-73),
Administrateur civil (1973), Chargé du bureau au service
de la législation fiscale (1973-77) au ministère de l'Eco-
nomie et des Finances, en mobilité au Etats-Unis (Harvard
University) (1977-79), Chef du bureau (1979-80), chargé
de la sous-direction internationale (1980) au service de
la législation fiscale, Sous-directeur (1984-86) au minis-
tère de l'Economie et des Finances, Directeur adjoint au
cabinet de François Léotard (ministre de la Culture et de
la Communication) (1986-88), Directeur général du groupe
Bistro romain (1990), Directeur général (1990), Président-
directeur général (1992-96) d'Europac, Directeur du déve-
loppement et du contrôle de gestion à la direction géné-
rale internationale et courtage du Groupe des assurances
nationales (Gan) (1994-96), Président-directeur général de
Socapi et de Sérénis (filiales du Groupe Gan) du Crédit
industriel et commercial (CIC) (1996-99), Président-direc-
teur général de JF Court et associés et de Télard 1890
(1999), Président du conseil de surveillance de CPP-Cican
(2000) ; à Arjil et associés banque devenue (2004) Arjil
Groupe Altium : Associé gérant (depuis 2000), Membre
du comité exécutif (2000-04). **Œuvres** : Cession
fiscale internationale des entreprises (en coll., 1986, 1993),
le Cinéma français face à son avenir (1988). **Décor.** :
Chevalier du Mérite agricole, Commandeur des Arts et des
Lettres, Officier de l'ordre de Saint-Charles (Principauté de
Monaco). **Sport** : ski. **Adr.** : prof., Arjil Groupe Altium,
64 av. d'Iena, 75116 Paris ; privée, 2 av. Vion-Whitcomb,
75016 Paris.





**COURT** (Philippe, Henri, Albert), Haut fonctionnaire.
Né le 3 juin 1972 à Montpellier
(Hérault). Fils de Jean-Paul Court,
Enseignant, et de Mme, née Eliane
Cancel, Enseignant. **Etudes** : Ecole
nationale des ponts et chaussées
(ENPC). **Dipl.** : Ancien élève de
l'Ecole polytechnique, Ingénieur au
corps des ponts et chaussées.
**Carr.** : Chef du service d'ingénierie
publique à la Direction départemen-
tale de l'équipement (DDE) des
Pyrénées-Orientales (1997-2000), chef
du bureau Agriculture-Environnement (2000-02) puis Chef
du bureau Recherche-Espace-Postes et Télécoms
(2002-03) à la direction du budget au ministère de l'Eco-
nomie, des Finances et de l'Industrie, Conseiller tech-
nique au cabinet de Francis Mer (ministre de l'Economie,
des Finances et de l'Industrie) et d'Alain Lambert (ministre
délégué au Budget et à la Réforme budgétaire) (2003-04),

---

Directeur de cabinet d'Eric Woerth (secrétaire d'Etat à la
Réforme de l'Etat) (2004-05), Secrétaire général de la
préfecture de la Dordogne (depuis 2005), à la
Préfecture de la Dordogne, 2 rue Paul-Louis Courier à
Périgueux cedex.

**COURTADE** (Anny, Jeanne, Mireille), Présidente de
sociétés. Née le 7 novembre 1946
à Saint-Raphaël (Var). Fille de
Joseph Estcili, et de Mme, née
Bruna Polvérini. Veuve de Pierre-
Claude Courtade (2 enf. : Roberto,
Iotta). **Etudes** : Ecole libre de
Drumett et Collège de Saint-Raphaël,
Lycées de Nîmes et Saint-Exupéry à
Raphaël, Fréquenté des Instituts
préparatoires aux Beaux-arts. **Dipl.** : Licence. Agrégation.
**Carr.** : Professeur de lettres (1967-74), Profes-
seur général de la SA Sodica (centre Leclerc)
(1882-85), de l'hypermarché Raphaël à Saint-
Raphaël (depuis 1989), de la SA Rech Leclerc du Cannet Rochevile) (depuis 1996), etc.
consultant de surveillance de l'association au
centres Leclerc (ACDLEC), Administrateur de l'asso-
ciation Leeval et de la Société d'exploitation du parc
annexion de la fondation Maeght, Présidente du comité des
chefs d'entreprise Action progrès management (APM) (depuis 1999), Membre du Conseil éco-
nomique (1995-2001) et la Chambre de commerce
des Alpes-Maritimes-délégation spéciale du Var (depuis 1995). Membre des trib-
unaux de la Côte d'Azur (Unice), etc.
...



**.TAIGNE** (Hervé, Marie, Michel), Pr...
Né le 19 février 1952 à Bino C...
'André Courtaigne, Président de son...
née Anne Delalande. Veuf de Mme...
ève Larousse (3 enf.). **Etudes** : ...
: Ecole Saint-Louis de Gonzague à Paris...
Diplôme de l'Ecole des hautes études...
HEC) et du cycle technique de l'Institut
...sur de sécurité Incendie. **Carr.** : Associé à la société Procter & Gamble (1971-77), de Salraiali SA (1977-79), Directeur de FCA (1979-81), Directeur général (1981)...
...et général (1991) puis Président du con...
...de SPS devenu Proteg SA, Direc-
Sécurité incendie (1988), de Proteg Sur-
...urk (1990), Vice-président de l'Union...
...es de sécurité (Ulses) (1995), Secré-
...onfédération européenne de Sociétés d...
... (1994), Président-directeur général de...
...au capital développement Henicap SA devenu Henicaport SA (depuis 1998), Président de... quartz SA, Président du comité de surveillance d'...
...connement SAS (2003), Ancien Président d'Hen...
(Pays-Bas). **Sports** : squash, golf. Membre de...
Phoure. **Adr.** : prof., Héroanani SA, 3 rue... 75015 Paris ; e-mail, hcourtaigne@yahoo.fr.



**COURTAUD** (Bernard, Jean, Jacques, G...
Né le 22 juin 1942 à...
(Essonne, ex-Seine-et-Oise). F...
Paul Courtaud, Délégué général et de Mme, née Simo...
Père de 4 enfants : S...
Alexandre, Stanislas. Paul...
épouse Lakaani à domicili...
...la-Grand à Paris, Institut d'administration des...
**Dipl.** : Ingénieur de l'Eco...
des arts et manufactures...
Master of Business Admini...
(MBA). **Carr.** : Ingénieur au Commissariat à l'é...
atomique (CEA) (1968-70), au Port de Saint-Naz...
(Etats-Unis) (1970-71), à Peat Marwick Mitchell (1974), Fondateur et Président du Groupe Courta...
66), Fondateur et Associé principal de Wor... la Networking (1990), **Sports** : ski, pl...
Membre et Président d'honneur de l'Associ...
anciens élèves de l'Insead. **Adr.** : privée...
Courcelles, 75008 Paris et 9 Grande rue... 91390
e-mail, courtaud@wanadoo.fr.

**COURTEAU** (Roland), Enseignant, Homme...
Né le 23 février 1943 à Narbonne (Aude). Fils...
Courteau, Syndicaliste, et de Mme, née...
Marti. **Mar.** le 15 juillet 1967 à Mlle Evelyne Sausseaux gnant ; Adjoint au maire de Sollezac-...
de septembre 1989 Sénateur de l'Aude...
24 septembre 1989 et le 27 septembre... groupe socialiste, Conseiller régional de...
Roussillon (1985-86), Membre (depuis 1976), ... dent (1982-2001) du Conseil général de l'Aude...
suppléant (1986-2001), **Décor.** : Chevalier... la Route (coup de justice). **Adr.** : prof... bourg, 75261 Paris cedex 06 et 50 314... cedex.

**COURTEL** (Joseph, Erwan, Marie, ...
cours, Président d'organisme. Né le...
18 avril 1937 à Vannes (Morbihan). Fils de...
Eugène Courtel, Capitaine au long cours et de...

**EXHIBIT 14**

Case 1:07-cv-02918-DAB    Document 12-9    Filed 07/13/2007    Page 9 of 11

VARIETY | INDUSTRY NEWS | WEB

SEARCH

SEARCH POWERED BY:

DIC

DEPARTMENTS

FILM   TV   INT'L   BIZ   MUSIC   TECH   LEGIT   HOME ENT.

SECTIONS

V PLUS   REVIEWS   BLOGS   MORE

# WEEKLY: INTERNATIONAL

*Posted: Fri., May 18, 2007, 1:42pm PT*

 EMAIL    PRINT    CONTACT    RSS

# Starry pics put Studio Canal back on map
## Company takes Cannes limelight

By ALISON JAMES

CANNES Studio Canal is making a fresh bid to become a European major, ramping up its investments in new films to the tune of $200 million annually, and flexing its distribution muscle beyond France's borders.

The company has been in the limelight at the Cannes Film Fest, with two pics bookending the festival: Wong Kar Wai's opener "My Blueberry Nights" and Denys Arcand's closer "The Age of Ignorance." Another, Emir Kusturica's "Promise Me This," falls in the middle.

Those movies will feed Studio Canal's library of 5,000 titles, which the studio is also busy mining for remake purposes.

New projects with an array of international partners include a new "Escape From New York," being developed with New Line, a Brit version of the French classic "La Piscine" and a remake of "The Dam Busters" being developed with Universal.

Studio Canal's relationship with its erstwhile merger partner is very much on again, and the classic Brit war pic is just one illustration of that.

Studio Canal has recently pacted with Universal to handle the physical distribution of its films in the Benelux countries, the latest piece in a European distribution puzzle after Britain's Momentum, which it acquired last year.

Meanwhile Universal and Studio Canal have also re-upped their Working Title partnership, with Studio Canal increasing its stake in the Brit production shingle's films, and taking distribution rights to Benelux, as well as France.

The architect of the Canal Plus Group subsid's big ambitions is the company's new chairman, Olivier Courson.

In his first interview since taking the operational reins of the group earlier this year, he told *Variety*: "Studio Canal is back, but doing things differently this time."

Last time around, the company's plans for major-studio status were sacrificed in the short-lived merger of Vivendi and

Case 1:07-cv-02918-DAB     Document 12-9     Filed 07/13/2007     Page 10 of 11

Canal Plus with Universal. In the wake of the break-up, Canal Plus Group was revealed to be $5 billion in debt, and Studio Canal, along with other divisions, received a radical make-over, shrinking back to a streamlined Gallic business with a much-reduced budget.

Today, the Canal Plus Group has entered a new growth phase, and orders have been sent down from parent company Vivendi to maximize cash flow across its various businesses.

Studio Canal acquired British distrib Optimum last year, and opened an international office in London headed by managing director Frederic Sichler, from where it plans to develop international projects.

As part of its new methods, the company no longer produces inhouse; it's only co-producing pics. But fully financing, as it did with "Blueberry Nights," remains an option.

"The idea is to initiate projects, not to only be a financial partner, and to be able to nourish our distribution pipeline and international sales," Courson says.

With Columbia, the company co-financed Mathieu Kassovitz' Vin Diesel starrer "Babylon AD," which finished shooting this week.

Other international films slated to go into production this year include Johnnie To's remake of the Jean-Pierre Melville classic "The Red Circle" and " Honor Among Thieves," directed by John Rogers.

Says Courson, "We are going to get Johnnie To to do something he has never done before, which is an international film with an international cast. It is a bit like Wong Kar Wai, who we are taking on a new path that he has never explored before, with an international cast in the U.S.

"With the Johnnie To film, we preferred to stay in Hong Kong, but he'll work in conditions he's never had before with a budget he's never had before."

As well as backing roughly three international projects a year, Studio Canal will also invest in 12-15 French and European titles.

Upcoming films range from Jean Jacques Annaud's French language mythologically themed "His Majesty Minor," which the company is selling internationally, to "Disco," a popular French comedy Studio Canal will distribute in Gaul, by the helmer and star duo, Fabien Onteniente and Franck Dubosc, behind last year's summer hit, "Camping."

"It was one of the first films I greenlit," says Courson. " I think popular comedies are one of the things France is the best at.

"We are positioning ourselves as a European major while working on bigger budget films with the American majors," Courson says.

*Date in print: Mon., May 21, 2007, Weekly*          ✉ EMAIL   🖨 PRINT   ⇨ CONTACT   RSS RSS

# RELATED ARTICLES:

*Brazil climbs high with 'Spider-Man' - 5/18/07 1:35pm*

Variety.com - Starry pics put Studio Canal back on map
Page 3 of 3
Case 1:07-cv-02918-DAB    Document 12-9    Filed 07/13/2007    Page 11 of 11

*Oz current affairs battle heats up - 5/18/07 1:11pm*

*RAI not sure which Endemol's up - 5/18/07 1:06pm*

*Czech director attacks 'monopoly' - 5/18/07 1:03pm*

*Colombia packs heavy for Cannes - 5/11/07 3:51pm*

*Australia has incentive to do business - 5/11/07 3:20pm*

SUBSCRIBE    LOGIN    ABOUT US    ADVERTISE    CONTACT U

*RELATED SITES: Broadcasting & Cable   Multichannel News   Video Business   ContentAgenda   Twice*

© 2007 ℞ Reed Business Information, *a division of Reed Elsevier Inc. All rights reserved. Use of this website is subject to its Te*

**MEDIA & PUBLISHING:**
Variety  |  LA 411  |  New York 411  |  Video Business  |
ContentAgenda  |  Broadcasting & Cable  |  Multichannel
News  |  Publishers Weekly  |  Library Journal  |  School
Library Journal  |  Criticas  |  Tradeshow Week

**MANUFACTURING:**
Design News  |  Control Engineering  |  Plant
Engineering  |  Purchasing  |  Purchasing Data  |  Logistics
Management  |  Industrial Distribution  |  Supply Chain
Management Review  |  Modern Materials Handling  |
Manufacturing Business Technology  |  Kellysearch

**BUSINESS & PRINTING:**
DM2-DecisionMaker  |  Zibb  |  Packaging Digest  |
Graphics Arts Monthly  |  Graphics Arts Blue Book  |
Converting  |  Expert Business Source  |  HotFrog USA  |
The Industry Measure

**GIFTS & FURNISHINGS:**
Furniture Today  |  Home Textiles Today  |  Home Accents
Today  |  Casual Living  |  Kids Today  |  Gifts & Decorative
Accessories  |  Playthings  |  Jlrs, Circ, Keystone

**HOSPITALITY:**
Hotels  |  R&I  |  Chain Leader  |  Foodservice Equipment &
Supplies

E
E
B
I

B
C
D
H
R
F
B
R