```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
METRO-GOLDWYN-MAYER STUDIOS, INC.,

                    Plaintiff,

       -against-                        07 Civ. 2918 (DAB)
                                             ORDER

TPS GESTION, S.A., TPS SOCIÉTÉ
EN NOM COLLECTIF, CANAL+ FRANCE S.A.
and GROUPE CANAL+ S.A.,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's letter dated July 6, 2007 requesting leave to cross-move for jurisdictional discovery relating to Defendants' Fed. R. Civ. P. 12(b)(2) motion and Defendants' letter dated July 10, 2007, opposing the same.

Plaintiff's request for leave to cross-move is DENIED. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on July 13, 2007.

SO ORDERED.

Dated:   New York, New York
         July 12, 2007

                                    _____
                                    Deborah A. Batts
                                    United States District Judge