**EXHIBIT 2**

# vivendi

UNIVERSAL MUSIC GROUP    CANAL+ GROUP    SFR    MAROC TELECOM    VIVENDI GAMES

Entertainment. It's Vi

Français | Sitemap

Search

Share price (Paris): 07/12/2007 17:37 : 31,86 euros

Bac

- **CORPORATE**
  - ⌐ GROUP
  - ⌐ CORPORATE GOVERNANCE
  - ⌐ REGULATED INFORMATION
  - ⌐ SUSTAINABLE DEVELOPMENT
  - ⌐ PUBLICATIONS
  - ⌐ HUMAN RESOURCES
  - ⌐ NEWS AND EVENTS
    - Press releases
    - Press contacts
    - Events
    - Annual meeting
    - Weekly News bulletin
  - ⌐ ADVERTISING CAMPAIGN
  - ⌐ CONTACTS
  - ⌐ INVESTORS/SHAREHOLDERS

## NEWS AND EVENTS > Press releases

January 05, 2007

**Creation of Canal Plus France**

Vivendi and Canal+ Group are pleased to announce that in line with previously publicized agreements, the pay TV businesses of Canal Group and TPS were combined into Canal+ France.

TF1 and M6 have thus contributed TPS to Canal+ Group in exchange for a 15% stake in Canal+ France (9.9% for TF1 and 5.1% for M6 At the same time, Lagardère has transferred its 34% shareholding in CanalSat and has made an additional cash contribution to acquire 20% stake in Canal+ France.

Exclusively controlled by Vivendi via Canal+ Group, the new entity represents a media player comparable in size to the largest groups i Europe, one that can effectively operate on the new competitive playing field and energize the television market for the benefit o consumers.

Creation of Canal Plus France

Page 2 of 3



**Important disclaimer:**
This press release contains forward-looking statements with respect to the financial condition, results of operations, business, strategy and plans of Vivendi. Although Vivendi believes that such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance. Actual results may differ materially from the forward-looking statements as a result of a number of risks and uncertainties, many of which are outside our control, including, but not limited to, the risks described in the documents Vivendi filed with the Autorité des Marchés Financiers (French securities regulator) and which are also available in English on our web site (www.vivendi.com). Investors and security holders may obtain a free copy of documents filed by Vivendi with the Autorité des Marchés Financiers at www.amf-france.org, or directly from Vivendi. The present forward-looking statements are made as of the date of the present press release and Vivendi disclaims any intention or obligation to provide, update or revise any forward-looking statements, whether as result of new information, future events or otherwise.

**Contacts :**
Vivendi : Antoine Lefort (01 71 71 11 80) – Agnès Vétillart (01 71 71 30 82) – Flavie Lemarchand-Wood (+ 1 212 572 11 18)
Groupe Canal+ : Laurence Gallot (01 71 35 02 22) – Antoine Banet-Rivet (01 71 35 00 26)

2006 Vivendi | Legal notices | Internet Confidence | Caution Concerning Forward-Looking Statements |

**EXHIBIT 3**

# vivendi

Share price (Paris): 07/12/2007 17:37 : 31.86 euros


UNIVERSAL MUSIC GROUP


CANAL+ GROUP


SFR

MAROC TELECOM

VIVENDI GAMES

**CORPORATE**

» GROUP

» CORPORATE GOVERNANCE

» REGULATED INFORMATION

» SUSTAINABLE DEVELOPMENT

» PUBLICATIONS

» HUMAN RESOURCES

» NEWS AND EVENTS

» ADVERTISING CAMPAIGN

» CONTACTS

» INVESTORS/SHAREHOLDERS

## CANAL+ GROUP

About    Channels    CanalSat    Mobile TV    Video    StudioCanal    Management    Key figures

Canal+ Group is the leader in pay-TV in France with more than 10 million subscriptions to a wide range of offers including Canal+, CanalSat and the former TPS (regrouped under a new entity, Canal+ France).

Canal+ Group is also a major producer of French pay-TV channels and, through StudioCanal, a significant contributor to the financing, acquisition and distribution of films.

A pioneer in the field of pay-TV since 1984, Canal+ is the leading premium general-interest channel in France which offers a unique programming format, with an exclusive line-up of the most recent films, the best in sport, documentaries, news, fiction and entertainment. At the end of 2006, Canal+ registered 5.14 million subscriptions.

Canal+ broadcasts 430 films each year, including 300 first runs on French TV. The channel also broadcasts 1,500 hours of sports programming each year, including the entire French Premier League soccer competition broadcast exclusively on Canal+ Group's channels and France's Top 14 de Rugby competition.

**CANAL+**
GROUP

www.canalplusgroup.com

# Canal Plus Group

Canal+, home to the most sought-after series (24, *Desperate Housewives*) and creative and engaging French fiction such as *Djihad*, the made-for-TV two-part film, and the series *Reporters* .

Canal+ continues to offer a large selection of quality entertainment and information programming with a concentrated line-up which includes: the daily live talk show *Le Grand Journal* ; politics each Sunday with *Dimanche+*; the much-celebrated news parody *Les Guignols de l'Information*, investigative reporting with *Lundi Investigation* and the best in local and international music with *La Musicale*.

Canal+ is available via analog and digital terrestrial television, satellite, cable and ADSL networks. "Canal+ Le Bouquet", the first multi-channel premium offer in France, features four premium content channels built around Canal+. Canal+ Group also produces a range of channels dedicated to subscribers' favorite themes – now further enriched by TPS's channels – which include: films (CinéCinéma), sport (Sport+,InfoSport),news(i>Télé), series (Jimmy), documentaries (Planète) and programs for young people (Piwi, Télétoon).

CanalSat – the only satellite TV offer in France following the agreement with TPS at the beginning of 2007 – is also available via ADSL. This multi-channel offer has also been adapted to create CanalSat Mobile – a television channel package for third generation (3G) mobile telephones. CanalSat Mobile is available to SFR and Bouygues Telecom subscribers.

Via digital terrestrial television (TNT) CanalSat offers the "Minipack", a supplementary offer which includes Canal J, Eurosport, Paris Première and Planète.

Canal+ Group's offers can also be easily accessed by 3G mobile phones. In addition to **CanalSat Mobile**, Canal+ Group offers **Canal+ Mobile** which features video content from the premium channel's most popular programs (available via SFR, Orange and Bouygues Telecom).

CanalPlay, Canal+ Group's legal video downloading service, offers more than 2,000 videos on demand ,1,000 of which are films made for cinema. More than 2.4 million videos were purchased via CanalPlay in 2006 and, since January 2007, customers can download permanently and burn films on DVDs.

CanalPlay is accessible via PCs (www.canalplay.com ) and television (via ADSL).

StudioCanal, a 100% subsidiary of Canal+ Group, is a major player in Europe in the production, acquisition and distribution of films. Along with Canal+, StudioCanal is one of the principal partners of French cinema through its contributions to co-productions and guaranteed minimums for film distribution.

Canal Plus Group

StudioCanal's library comprises more than 5,000 French, English and American films including *Basic Instinct*, *Les Bronzés*, *Podium* and *The Pianist* . StudioCanal became the leading French distributor in France (and third overall) in 2006 thanks to the success of two French films *Prête-Moi ta Main* and Days of Glory (*Indigènes*).

**Bertrand Meheut**
Chairman of the Executive Board

**Julien Ampollini**
Vice President, Strategy

**Rodolphe Belmer**
Executive Vice President, Content

**Alexandre Bompard**
Vice President, Sports
Vice President, Public Affairs

**Laurence Gallot**
Vice President, Communications

**Joseph Guirgan**
Executive Vice President, Technology and Information Systems

**Sophie Guieysse**
Vice President, Human Resources

**Guy Lafarge**
Executive Vice President, Distribution

**Frédéric Mion**
General Counsel

**Maxime Saada**
Vice President, Marketing

**Julien Verley**
Chief Financial Officer

**2006**

>> Revenues
3,630 million euros

>> EBITA
75 million euros

Canal Plus Group

2006 Vivendi | Legal notices | Internet Confidence | Caution Concerning Forward-Looking Statements |

http://www.vivendi.com/corp/en/subsidiaries/index_canal.php

7/12/2007

**EXHIBIT 4**

What's missing from your job?
**Dice** <?php format = 'The %s2s contains %s1d orders'; printf(format, num, location); ?>
The Career Hub for Tech Insiders    Find a higher paying tech job



**Earth's Biggest Movie Database™**

Home | Top Movies | Photos | Independent Film | GameBase | Browse |
MyMovies | Register |

search [All ▼] [          ] more

IMDb > Anything Else (2003) > Company credits

SHOP **ANYTHING**...



Company credits for
# Anything Else
## (2003)





[company credits ▼]

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

*IMDbPro.com offers expanded company
and employee contact details for over
10,000 companies in the entertainment
industry as well as representation listings
for over 65,000 individuals, including
actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Canal+
- DreamWorks SKG
- Granada Film Productions
- Gravier Productions
- Perdido Productions

## Distributors

- A-Film Distribution (2004) (Netherlands)
- Alamode Film (2004) (Germany) (theatrical)
- Distribution Company (Argentina)
- DreamWorks Distribution
- Laurenfilm S.A. (Spain)
- Medusa Distribuzione
- Monopole-Pathé (2003) (Switzerland) (theatrical)
- Odeon S.A. (2003) (Greece) (all media)

## Other Companies

- Big Film Design  opticals (as Big Film Design/BFD Corp.)
- Cineric  titles
- Film Effects  optical effects
- J.G. Films Inc.  negative matching
- Orbit Digital  avid equipment



Introducing
No Fee
Mortgage
PLUS

Get the
**5**
things
you should
expect in
a mortgage.

Learn More

Bank of America

EQUAL HOUSING LENDER

advertisement


Dice
The Career Hub for Tech Insiders

Does Your Job Suck?



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Login/Register | more

search [All ▼]

IMDb > Anything Else (2003) > Filming locations

SHOP *ANYTHING...*



Filming locations for

# Anything Else (2003)

Astoria, Long Island City, Queens, New York City, New York, USA
        (argument over parking space)

Central Park, Manhattan, New York City, New York, USA

New York City, New York, USA

Sheepshead Bay, Brooklyn, New York City, New York, USA

[filming locations ▼]

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes


- main details
- combined details
- full cast and crew
- company credits
- tv schedule


- taglines
- trailers
- posters
- photo gallery


- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide



advertisement

**$510,000 Mortgage** for Under **$1,498**/Month!
Think You Pay Too Much For Your Mortgage? Find Out!
Click Your State | Click Your Rate | Click Credit T...
Alabama | 3.99% & Below | Good



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

Login/Register

search All

more

IMDb > Brooklyn Babylon (2001) > Company credits

SHOP *BROOKLYN...*



Company credits for

# Brooklyn Babylon (2001)



advertisement



company credits

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes


- main details
- combined details
- full cast and crew
  company credits
- tv schedule


- taglines
- trailers
- posters
- photo gallery


- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide



*IMDbPro.com offers expanded company and employee contact
details for over 10,000 companies in the entertainment industry
as well as representation listings for over 65,000 individuals,
including actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Bac Films
- Canal+
- Off Line Entertainment Group
- Studio Canal

## Distributors

- Artisan Entertainment (2001) (USA)
- Crosstown Releasing (2001) (Canada) (all media)
- Mars Distribution
- Studio Canal



**$510,000 Mortgage for Under $1,498/Mont**
Think You Pay Too Much for Your Mortgage? Find Out!
Calculate New Payment!

| Click Your State | Click Your Rate | Click Credit Type |
|---|---|---|
| Alabama | 3.00% - 3.99% | Good |



*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

search [All]    [    ]  more

IMDb > Brooklyn Babylon (2001) > Plot summary

SHOP *BROOKLYN...*





[plot summary ▾]

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings

Plot summary for
# Brooklyn Babylon (2001)

In Brooklyn's Crown Heights, where West Indian Rastafarians and other Blacks live next door to the Jewish Lubavitch community, ethnic tensions are high. After a minor car crash, the headstrong Judah and other Jewish youths who patrol as vigilantes confront Scratch, a mouthy African-American hustler. Passengers in the cars make eye contact: Sol, a hip-hop musician, songwriter, and artist (Scratch's friend), and Sara, who is betrothed to Judah but wants to go to college and be on her own. Over the next few days, while Scratch and Judah's conflict escalates in violence, Sara and Sol connect in ways that echo Sheba and Solomon. The friendship puts them in danger. *Written by {jhailey@hotmail.com}*



advertisement

**Plot Synopsis:**    This plot synopsis is empty. Add a synopsis


**Dice**
The Career Hub for Tech Insiders™    **Does Your Job Suck?**



**IMDb**
*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Login/Register | more

search All ▼ |

IMDb > Raising Victor Vargas (2002) > Company credits

SHOP *RAISING...*





Company credits for
# Raising Victor Vargas (2002)

company credits ▼

- trailers
- full cast and crew
- trivia
- official sites
- memorable quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup reviews
- awards
- user ratings
- parents guide
- recommendations
- message board

plot summary



advertisement

 *IMDbPro.com offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Canal+
- Forensic Films
- Studio Canal
- Untitled Productions

## Distributors

- Mars Distribution (2003) (France) (theatrical)
- Fireworks Pictures
- Frenetic Films (2003-2004) (Switzerland) (theatrical)
- Lighthouse Pictures (2004) (Singapore) (theatrical)
- Samuel Goldwyn Films (2003) (USA) (theatrical)



**Dice**
The Career Hub for Tech Insiders

Does Your Job Suck?

FIND TECH JOBS



Home | Top Movies  Photos · Independent Film  GameBase · Browse |
search  All                                                    Sign more
                                                    Login/Register

IMDb > Raising Victor Vargas (2002) > Filming locations          SHOP *RAISING...*



Filming locations for
# Raising Victor Vargas (2002)

Lower East Side,
Manhattan, New York City,
New York, USA



**add to**
My Movies

filming locations

· trailers
· full cast and crew
  trivia
· official sites
· memorable
  quotes

· main details
  combined details
  full cast and crew
· company credits
  tv schedule

  taglines
  trailers
  posters
· photo gallery

· user comments
  external reviews
· newsgroup
  reviews
  awards
  user ratings
  parents guide
· recommendations
· message board

  plot summary

Sponsored Links

**Do You Know Your Credit Score?**
The average U.S. credit score: 675. The cost to see yours: $0.
www.freecreditreport.com

**Countrywide® Home Loans**
Fast home refi, good credit or not. Countrywide®. 4 out of 5 approved
www.countrywide.com

**Lose 20 Pounds In 3 Weeks**
Amazing Chinese weight loss secret. As seen on Oprah and 60 Minutes.
www.wu-yisource.com

**Update**

*You may report errors and omissions on this page to the IMDb database
managers. They will be examined and if approved will be included in a future
update. Clicking the 'Update' button will take you through a step-by-step process.*



The easiest way to access your

APPLY ONLINE »                    Or Call 1-866-709-6373



Home · Top Movies · Photos · Independent Film · GameBase · Browse
search All                                              Login · Register
                                                        Sign in more

IMDb > Apartment #5C (2002) > Filming locations                    SHOP APARTMENT.

## Filming locations for
# Apartment #5C
## (2002)



add poster

➕ add to
My Movies

filming locations

New York City, New York,
USA



full cast and crew
· trivia
official sites
memorable
quotes

· main details
· combined details
full cast and crew
company credits
· tv schedule

· taglines
· reviews
· credits
· photo gallery

· user comments
· external reviews
newsgroup
reviews
awards
· user ratings
box office/business

Sponsored Links

**Lose 20 Pounds in 3 Weeks**
Amazing Chinese weight loss secret. As seen on Oprah and 60 Minutes.
www.wu-yisource.com

**Prepare to be Shocked**
You may be younger than you think.Take the RealAge test and find out.
www.realage.com

**Movie Theme Ringtones**
Download ringtones to your phone. Get them complimentary now!
ringringmobile.com

**Update**

*You may report errors and omissions on this page to the IMDb database
managers. They will be examined and if approved will be included in a future
update. Clicking the 'Update' button will take you through a step-by-step process.*





*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse |

search [All] [          ] more

IMDb > Apartment #5C (2002) > Company credits

SHOP *APARTMENT.*



Poster Not Submitted



[company credits ▼]

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Company credits for

# Apartment #5C (2002)

advertisement

"**Brenda Blethyn is**

# terrific!"

- **Entertainment Weekly**



*IMDbPro.com offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- 2.1 Films
- BVNG Productions
- Canal+
- Cinema Factory Production Ltd.
- Les Films Alain Sarde
- MK2 Productions

## Distributors

- MK2 Diffusion





*Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Login/Register

search [All]  [           ]  more

IMDb > Parlez-moi d'amour (2002) > Company credits

SHOP *PARLEZ-MOI..*



Company credits for

# Parlez-moi
# d'amour (2002)





| company credits |

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide
  recommendations



advertisement



*IMDbPro.com offers expanded company and employee contact
details for over 10,000 companies in the entertainment industry
as well as representation listings for over 65,000 individuals,
including actors, directors, and producers.*
**Click here for a free trial!**

## Production Companies

- Canal+
- Ciné Valse
- Les Films Alain Sarde

## Distributors

- Gruppo Minerva International
- Mars Distribution





University of Phoenix
Thinking ahead.    Learn from other
[ more ]
University of teachers who are doers

Home | Top Movies | Photos    Independent Film    GameBase | Browse
Login | Register | more
search  All                                                        Sign in more

IMDb > Parlez-moi d'amour (2002) > **Filming locations**          SHOP *PARLEZ-MOI..*



Filming locations for
# Parlez-moi d'amour (2002)



New York City, New York, USA

Paris, France


add to
My Movies

filming locations

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

main details
combined details
- full cast and crew
- company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

user comments
external reviews
- newsgroup
  reviews
- awards
  user ratings
- parents guide
  recommendations



HSBC PREMIER

Contact us
to apply for
the card
today.

1 866 610-4958

Learn More ▶

advertisement


**Dice** Does Your Job Suck?
*The Career Hub for Tech Insiders*

**IMDb** *Earth's Biggest Movie Database™*

Home | Top Movies | Photos | Independent Film | GameBase | Browse | Login/Register | more

search [All]  [        ]

IMDb > Stormy Weather (2003) > Company credits

SHOP *STORMY...*


Poster Not Submitted


add to My Movies

[company credits ▼]

- trailers
- full cast and crew
- trivia
- official sites
- memorable
  quotes

- main details
- combined details
- full cast and crew
  company credits
- tv schedule

- taglines
- trailers
- posters
- photo gallery

- user comments
- external reviews
- newsgroup
  reviews
- awards
- user ratings
- parents guide

Company credits for

# Stormy Weather (2003)



On DVD July 3rd

DRIVING lessons

watch video

advertisement


IMDbPro FREE TRIAL

IMDbPro.com offers expanded company and employee contact details for over 10,000 companies in the entertainment industry as well as representation listings for over 65,000 individuals, including actors, directors, and producers.
**Click here for a free trial!**

## Production Companies

- AB3
- Blueeyes Productions
- Canal+
- Cofimage 13
- Ex Nihilo
- Gimages 6
- Icelandic Film Center
- Les Films du Fleuve
- Natexis Banques Populaires Images
- Radio Télévision Belge Francophone (RTBF)

## Distributors





Home | Top Movies | Photos | Independent Film  GameBase  Browse |
search  All

Login Register
Submit more

IMDb > Stormy Weather (2003) > **Filming locations**

SHOP *STORMY*...



add poster


add to
My Movies

filming locations

trailers
full cast and crew
· news
· official sites
· memorabilia
· quotes

· main details
combined details
· full cast and crew
· company credits
· tv schedule

· taglines
· trailers
· posters
· photo gallery

· user comments
· external reviews
· newsgroup
  reviews
· awards
· user ratings
· parents guide

## Filming locations for
# Stormy Weather
## (2003)

Iceland

New York City, New York, USA

Vestmannaeyjar, Iceland



HSBC ◣ PREMIER

Contact us
to get
personalized
advice today.

1 866 610-4958

Learn More ▶


advertisement

**EXHIBIT 5**

1 of 1 DOCUMENT

Copyright 2003 Reed Elsevier Inc.


Daily Variety

September 25, 2003, Thursday

**SECTION:** NEWS; Pg. 4

**LENGTH:** 141 words

**HEADLINE:** NBA reups Canal Plus TV deal

**BYLINE:** JOHN DEMPSEY

**BODY:**

NEW YORK ---The National Basketball Assn. has renewed its contract with Canal Plus through the 2005-06 season, offering a record number of NBA games to French TV viewers.

Key to the deal is the addition of 24-hour network NBA TV, which will schedule one live game each day on CanalSatellite's basic tier. Other NBA TV programming on the platform includes daily highlights of other games, original series and reruns of classic games.

Separate from NBA TV, Canal Plus will broadcast one live NBA game every Friday night during the season and incorporate edited material from another game on its sports magazine program "C du Sport ."

Canal's dedicated sports channel Sport Plus will schedule NBA and WNBA games every week, as well as the weekly magazine show "NBA Action."

Canal Plus signed its first contract with the NBA in 1986.

**LOAD-DATE:** September 25, 2003