**EXHIBIT** 11



GEARED UP FOR GROWTH

INVESTORS PRESENTATION

MAY - JUNE 2005

CANAL+ GROUPE

VIVENDI UNIVERSAL

IMPORTANT NOTICE: INVESTORS ARE STRONGLY URGED TO READ THE IMPORTANT DISCLAIMER AT THE END OF THIS PRESENTATION.

## CANAL+ AGENDA
GROUP

1. *CANAL+ GROUP overview*

2. *CANAL+ GROUP growth strategy*

3. *Appendix*

VIVENDI
UNIVERSAL

2

**CANAL+ GROUP**

# FRANCE'S TV INDUSTRY SHAPER

- **A pioneer in digital and pay-TV**
  - Launched pay-TV concept in France in 1984
  - Pioneered digital TV in Europe in 1996
  - Launched France's only multi-channel premium offer in 2005

- **#1 TV operator in France**
  - Revenues : €3.5Bn
  - Subscriptions : 7.9M
  - Subscribers : 6.1M
  - Employees : 3,800

- **A key player in feature film production and distribution**

3    VIVENDI UNIVERSAL

# CANAL+ GROUP

## A LEADER ON CORE BUSINESSES

### PAY-TV

#### CHANNEL PRODUCTION

- **France's leading premium multi-channel package**

  **CANAL+ LE BOUQUET**

- **17 leading theme channels**

  **TELE** (free to air)

  Sport+



#### DISTRIBUTION

- **A leader on all domestic distribution platforms**

  **CANALSAT** **CANAL+ DISTRIBUTION**

- **20 years experience in customer relationship management**

- **A leading international satellite operator**

  *media overseas*

### FILM

- **Europe's largest film library**

  **STUDIO CANAL**

4    VIVENDI UNIVERSAL

# CANAL+ « BACK FROM THE BRINK »

GROUP

■ *Company turnaround achieved in 2 years*

| | 2002 | 2004 |
|---|---|---|
| **Operating income** (in € million) | (325) | 198 |
| **Net debt** (in € billion) | (5.1) | 0.1 |
| **Cash flow from operations** (in € million) | (361) | 674 |
| **CANAL+ net subscriptions** | (71,000) | 48,000 |
| **Employees** | 7,800 | 4,200 |

VIVENDI
UNIVERSAL

5

# CANAL+ SKEPTICISM OVER RECOVERY AND MODEL

GROUP

*"We believe CANAL+ is unlikely to meet management's target of a return to breakeven within two years." 10/04/02*

*"We are cautious on the prospects for CANAL+."* 23/02/03

*"We are skeptical as to the extent of the turnaround at CANAL+." 24/09/03*

VIVENDI UNIVERSAL

6

# CANAL+ NEW MANAGEMENT'S TURNAROUND PLAN

GROUP

■ *Streamlining of organization and implementation of a cost reduction program*

- *€200 million in recurring annual savings*

■ *Divestiture of cash draining and non-core operations*

■ *Turnaround of all business units including STUDIOCANAL and TKP in Poland*

■ *Revamping of CANAL+ channel's program line-up*

VIVENDI
UNIVERSAL

7

CANAL+ GROUP

## A SOLID BASIS FOR FUTURE GROWTH

- Strong financial momentum

| Figures as published French GAAP (€ millions) | 2004 | Growth vs. 2003 (on a comparable basis) |
|---|---|---|
| Revenues | 3,580 | +4% |
| Operating income | 198 | +94% |
| Cash flow from operations | 674 | +400% |
| Financial net debt (in € billion) | 0.1 | |

8

VIVENDI UNIVERSAL

# CANAL+ GROUP STRONG COMMERCIAL FIGURES

■ *Highest portfolio growth since 2000*



Subscriptions *(in thousands)*

|  | CANALSAT | CANAL+ |
|--|----------|--------|
| 2002 | 2 520 | 5 018 |
| 2003 | 2 751 | 4 907 |
| 2004 | 2 989 | 4 955 |

7,538 — 7,658 — 7,944

Churn rate (%)

|  | 2003 | 2004 |
|--|------|------|
| CANALSAT | 9.1 | 8.6 |
| CANAL+ | 12.9 | 11 |

# CANAL+ GROUP AGENDA

1. CANAL+ GROUP overview

2. CANAL+ GROUP growth strategy

3. Appendix

10   VIVENDI UNIVERSAL

CANAL+ GROUP

# SIGNIFICANT GROWTH POTENTIAL

## YESTERDAY

✘ Ailing CANAL+ image and financials

✘ No premium multi-channel offer

✘ Inability to reach 100% of households

✘ Fragmented cable sector

✘ 2 satellite platforms

**Low pay-TV penetration**
France:  37%
UK:      43%
US:      85%



## TODAY

✓ Turnaround of CANAL+ GROUP

✓ Launch of CANAL+ LE BOUQUET

✓ Broadened pay-TV distribution

✓ Cable consolidation

✓ Satellite consolidation opportunity



**Now is the time to capture market growth**

# CANAL+ KEY LEVERS TO CAPTURE MARKET GROWTH

GROUP

- **Content**
  - Invest in exclusive premium content
  - Leverage CANAL+ brand and content via multi-channel offer CANAL+ LE BOUQUET

- **Distribution**
  - Leverage content on all available and emerging platforms
  - Digitize analog subscriber base

- **Other drivers**
  - Develop multi-equipment, PVR, S-VOD, etc.

12    VIVENDI
UNIVERSAL

# CANAL+ GROUP

## INVEST IN EXCLUSIVE PREMIUM CONTENT

- New 5-year deal with French cinema industry

- Renewal of output deals with major US studios
  - 20th Century Fox, Universal, DreamWorks, Spyglass

- Exclusive rights for the 2005-2008 French soccer league

13    VIVENDI
      UNIVERSAL

**CANAL+** EXCLUSIVITY OF FRENCH SOCCER RIGHTS

GROUP

■ Domestic soccer is the #1 driver of pay-TV

■ Exclusivity gives CANAL+ Group a decisive lead over competition

■ Long-lasting return on investment
  - +1M net subscriptions by end of 2008
  - Additional subs generate revenues over 10 years

14    VIVENDI
       UNIVERSAL

**CANAL+** GROUP

**CANAL+** LE BOUQUET

# LEVERAGE CANAL+ BRAND AND CONTENT

■ *France's only multi-channel premium package*

• *Available on all digital platforms, including DTT*

■ *Drives subscribers and ARPU growth*

■ *Accelerates digitization of subscriber base*





# LEVERAGE CONTENT ON ALL PLATFORMS

- Satellite, cable, DSL, DTT and mobile create new opportunities to grow subscriber base and increase ARPU

# CANAL+ TV OVER DSL
## GROUP

- Portfolio has grown sixfold since November 2004

- CANAL+ GROUP to capture 80% of market share

- Broadens market
  - <20% cannibalization





17    VIVENDI UNIVERSAL

**CANAL+** GROUP

# DTT OPPORTUNITIES

■ GROUP CANAL+ is the #1 operator of pay-TV over DTT with 4 channels available in 2 packages:

　　• Super premium package with CANAL+ LE BOUQUET

　　• Basic package with Planète and third party channels

**CANAL+**
**CANAL+ CINEMA**
**CANAL+ SPORT**

■ DTT marks the Group's first step into the free TV market with news network i>TELE

**i> TELE**

■ Undermines TPS top take-up reason



# CANAL+ OTHER GROWTH DRIVERS
GROUP

- Multi-equipment

- PVR

- Video-On-Demand / Subscription-VOD

- Dolby Digital sound / High Definition Television

19  VIVENDI
    UNIVERSAL

**CANAL+** GROUP  *IMPACT OF NEW STRATEGIC INITIATIVES*

| | *Subscriptions* | *ARPU* |
|---|---|---|
| ■ **Content** | | |
| • *Premium rights* | ☑ | ☑ |
| • *CANAL+ LE BOUQUET* | ☑ | ☑ |
| ■ **New distribution platforms** | | |
| • *TV over DSL* | ☑ | ☑ |
| • *DTT* | ☑ | ☑ |
| • *Mobile* | ☑ | ☑ |
| ■ **New technologies/TV habits** | | |
| • *Multi-subscriptions* | ☑ | ☑ |
| • *PVR* | ☑ | ☑ |
| • *VOD/SVOD* | ☑ | ☑ |
| • *HD* | ☑ | ☑ |





# CANAL+ GROUP

## STRONG CONSUMER INTEREST

■ **2005 subscriptions** *(April year to date)*

CANAL+                     175,000   Best performance since 1991

CANAL/SAT                  140,000   Best performance since 1998

■ *April subscriptions market share*

CANAL+ GROUP               81%



TPS                        19%

21   VIVENDI UNIVERSAL

# CANAL+ GROUP

## STUDIOCANAL READY FOR GROWTH

- Europe's largest film library exceeding 5,000

- A market leader in production and sale of DVDs

- A key content provider for CANAL+ LE BOUQUET

- Turn around achieved : ready for growth





LES NULS

22    VIVENDI UNIVERSAL

**CANAL+** *TURNAROUND OF POLAND OPERATIONS*
GROUP

■ *Company was put back on track in 2 years*

| In € million | 2002 | 2004 | 2005 LE |
|---|---|---|---|
| Total Revenues | 145 | 154 | 176 |
| ARPU | 16 | 18 | 20 |
| EBIT | -332 | 10 | 28 |
| Net result | -362 | 7 | 20 |
| Free cash flow | -53 | 23 | 25 |

**CANAL+**

23    VIVENDI UNIVERSAL

# CANAL+ COMPANY GUIDANCE

GROUP

| | 2005 | 2010 |
|---|---|---|
| Pay-TV subscriptions in France. | > 8.3M | >10M |
| Operating income margin. | c. 4.5% | >15% |

24    VIVENDI UNIVERSAL

**CANAL+** GROUP

## AGENDA

1. CANAL+ GROUP *overview*

2. CANAL+ GROUP *growth strategy*

3. *Appendix*

VIVENDI
UNIVERSAL

# CANAL+ GROUP

## MANAGEMENT TEAM

# CANAL+ Group management team

**Bertrand Meheut**

Chairman of the Management Board, CANAL+ Group
Chairman and CEO, CANAL+
Member of Vivendi Universal's Management Board

**Rodolphe Belmer**      Executive Vice President, Content, CANAL+ Group
**Olivier Courson**      General Counsel
**Michel Denisot**      Executive Vice President, Sports
**Laurence Gallot**      Vice President - Communications
**Joseph Guegan**      Executive Vice President, Technology and Information Systems
**Guy Lafarge**      Executive Vice President, Technology Distribution – CEO of CANALSAT
**Eric Pradon**      Executive Vice President, Finance
**Maxime Saada**      Vice President - Corporate Strategy
**Christian Sanchez**      Executive Vice President, Human Resources

VIVENDI
UNIVERSAL

CANAL+ GROUP

SIMPLIFIED SHAREHOLDING STRUCTURE

VIVENDI UNIVERSAL

100%

CANAL+ GROUP

100% → STUDIO CANAL

100%

75% → CANAL+

66% → CANAL SAT

34% ⟵ Lagardère

100% → Th

CANAL+ Premium channel

49% → CANAL+ S.A. *

100% → CANAL+ DISTRIBUTION

100% → CANAL+ Régie

* Listed on Euronext Paris – See slide "CANAL+ S.A." in the appendix

27

VIVENDI UNIVERSAL

# CANAL+ GROUP

# SUBSCRIPTIONS DETAILS

| Year end – In thousands | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| **CANAL+ Premium** | **5,085** | **5,148** | **5,091** | **5,018** | **4,907** | **4,955** |
| Mainland individuals | 4,577 | 4,620 | 4,551 | 4,477 | 4,349 | 4,372 |
| Mainland collectives | 332 | 346 | 357 | 363 | 370 | 396 |
| French Overseas | 176 | 182 | 183 | 179 | 188 | 187 |
| **CANALSAT** | **1,595** | **1,932** | **2,228** | **2,520** | **2,751** | **2,989** |
| Mainland individuals | 1,370 | 1,598 | 1,822 | 2,046 | 2,217 | 2,387 |
| Mainland collectives | 142 | 190 | 217 | 235 | 284 | 327 |
| French Overseas | 83 | 144 | 189 | 239 | 250 | 275 |
| **PAY-TV IN FRANCE** | **6,680** | **7,080** | **7,319** | **7,538** | **7,658** | **7,944** |

28    VIVENDI UNIVERSAL

**CANAL+** GROUP

## 2004 FINANCIAL PERFORMANCE

- Financials by business unit:

| | 2004 Comparable basis * | 2003 Comparable basis * | Growth ( %) |
|---|---|---|---|
| **Revenues** | **3,470** | **3,339** | **+4%** |
| French Pay-TV | 2,848 | 2,775 | +3% |
| Cinema - StudioCanal | 392 | 351 | +12% |
| Other** | 229 | 213 | +8% |
| **Operating income** | **184** | **95** | **+94%** |
| French Pay-TV | 144 | 121 | +18% |
| Cinema- StudioCanal | 40 | 26 | +57% |
| Other** | 0 | (52) | na |

* Comparable basis essentially illustrates the effect of the divestitures (Telepiu in Italy, CANAL+ Nordic in Scandinavia, CANAL+ Benelux, ...) as if these transactions had occurred at the beginning of 2003.
** Pay-TV in Poland (TKP) and Paris soccer club (PSG)

29    **VIVENDI UNIVERSAL**

**CANAL+** GROUP

## 2004 FINANCIALS IN IFRS: NO SIGNIFICANT IMPACT

In € million

| Figures as published – French GAAP | 2004 | Growth on a comparable basis* (%) | 2004 IFRS |
|---|---|---|---|
| Revenues | 3,580 | +4% | 3,560 |
| Operating income - EFO | 198 | +94% | 197 |
| Cash flow from operations | 674 | x 5 | 674 |
| Financial net debt (in € billions) | 0.1 | | 0 |

* Comparable basis essentially illustrates the effect of the divestitures (Telepiu in Italy, CANAL+ Nordic in Scandinavia, CANAL+ Benelux, ...) as if these transactions had occurred at the beginning of 2003.

30    VIVENDI UNIVERSAL

# CANAL+ GROUP

## GROUP TARGETS & GUIDANCE

In IFRS

|  | 2005 | 2010 |
|---|---|---|
| **Pay-TV subscriptions in France:** | > 8.3M | >10M |
| **Revenues:** | c. € 3.3bn | |
| **Operating margin:** | c. 4.5% | >15% |
| **Cash flow from operations:** | Lower than 2004<br>due to non-recurring items in 2004 | |

31   VIVENDI
     UNIVERSAL

# CANAL+

## PREMIUM CHANNEL: KEY METRICS

GROUP

### ■ Subscriptions

- *Dec. 2004 :*   4,955k *(including 47% in digital)*
- *2004 gross additions:*   550k

### ■ Revenues

- *2004 Revenues:*   ~ € 1.45 billion *(~94% from subscription)*

### ■ Operating Metrics

- *ARPU (1) (€/month):*   € 27.4
- *12-month rolling churn rate:*   ~ 11.0% *(vs. 12.9% end of 2003)*
- *2004 SAC (2) (€/sub.):*   € 331 *(vs. € 267 in 2003)*
- *2004 SMC (3) (€/sub.):*   € 23 *(vs. € 28 in 2003)*
- *2004 program costs:*   ~ € 1 billion *(i.e. flat vs. previous year)*

(1)  Average Revenue Per User, excluding the impact of free months and promotions, excluding VAT
(2)  Subscriber Acquisition Cost, including the impact of free months and promotions
(3)  Subscriber Management Cost

32    VIVENDI UNIVERSAL

VIVENDI
UNIVERSAL

# CANAL+

## CANAL+ GROUP

### PREMIUM CHANNEL POSITIONING

*The only generalist Premium channel in France*






**FILM**

- 400 films a year – 320 with first exclusivity on TV
- Major events (Cannes, César, Oscars)
- Shows with the latest cinema news and film coverage
- Special events

**SPORTS**

- The 2005-2008 French soccer Premier League
- Champions League and major European soccer championships
- Rugby: Top-16, Super 12, Tri-Nation; Golf; Boxing; U.S. sports; Horse racing; Sailing ...

**NEWS, ENTERTAINMENT, DRAMA, DOCUMENTARIES**

- Daily news, current events and comedy programs
- Innovative formats
- French historical drama & fiction, Series' 1st season
- Documentaries, ...

33

# CANAL+ GROUP

## PREMIUM CHANNEL: BROADCASTING PLATFORMS

### The CANAL+ channel is broadcast in:

| Format | Consumer advantage |
|--------|--------------------|
| ✓ Analog | "Plug-and-play" ease of use, analog switch-off in 2012 |
| ✓ Satellite | Digital quality, available on CANALSAT, 5 different channels |
| ✓ Cable | Digital quality, easy access in cities, 5 different channels |
| ✓ DSL | Digital quality, "plug-and-play", easy access in cities, 5 different channels, rapid take-off |
| ✓ DTT | Digital quality, "plug-and-play" ease of use, 3 different channels, Roll-out from Sept. 2005 |

Reach as many subscribers as possible, through the most convenient platform for the consumer

Target above 50% of gross additions in digital by end-2005

### Subscriptions portfolio breakdown at end-2004:



47%

53%

■ Digital (cable, satellite & DSL)

▨ Analog

VIVENDI UNIVERSAL

34

# CANAL+

## CANAL+ GROUP

# UNDERSTANDING THE PREMIUM CONCEPT

## What the Premium channel IS:

✓ Generalist channel showing only first-window premium content

✓ The leader operating in a competitive environment

✓ Broadcast in both digital and analog

✓ Subscription-driven (advertising only at ~6% of total revenues)

✓ A mostly fixed-cost business

✓ An innovative premium offer with CANAL+ LE BOUQUET

## What the Premium channel IS NOT:

✗ A channel based only on cinema and sport

✗ A player operating in a "competition free" market, unlike BSkyB

✗ Broadcast in digital-only, unlike BSkyB or TPS Star

✗ Driven by advertising and subscription, unlike HBO

✗ A business with a cost base variable with subscriber growth

35    VIVENDI UNIVERSAL

# CANAL+

## MAIN PREMIUM EXCLUSIVE CONTENT

### CANAL+ GROUP

## Movies:

✓ Exclusive deals with 7 US major movie studios:
- 20th Century Fox
- Universal Studios
- Sony / Columbia
- DreamWorks SKG
- New Line / Metropolitan
- Miramax
- Spyglass
- Disney (animation movies*)

✓ 89% of France's greatest box office hits

## Series:

**French series & drama:**
✓ 93 Rue Lauriston
✓ Engrenages
✓ Nuit Noire
✓ Le Train
✓ La France d'en Face

**US & UK series:**
✓ L Word – Season 1
✓ Kingpin – Season 1
✓ Cold Case – Season 1
✓ After Life – Season 1
✓ Over There – Season 1
✓ 24 – Season 3
✓ The Shield – Seasons 2 & 3

## Sports:

✓ Football:
- Exclusivity on 2005-08 French L1 soccer
- Champions' League **
- European championships: Calcio, Liga, Bundesliga,…

✓ Rugby:
- French Top-16 Championship
- Tri-Nation Cup
- Super 12 Cup

✓ Golf: US & British Open, US PGA, Masters, Ryder Cup

✓ Tennis: Wimbledon

✓ Sailing: America's Cup

✓ US Sports: NBA, NHL, NFL

✓ Boxing

## Animation series & Documentaries:

**Animation series:**
✓ The Simpsons – Season 15
✓ South Park – Seasons 6 & 7
✓ GTO

**Documentaries:**
✓ Soupçons
✓ Passions Sauvages

* Exclusive rights to broadcast recent feature films produced by The Walt Disney Company and Pixar animated film studios.
** Exclusivity on all games except one game.

36

**VIVENDI UNIVERSAL**

# CANAL+ GROUP

## NEW AGREEMENT WITH THE FRENCH CINEMA

- In **May 2004**, CANAL+ management reached a **new 5-year agreement** with the various representatives of the **French movie industry** (writers, directors, producers, distributors, theater operators) to renew their partnership by adapting it to the emerging industry developments and to CANAL+' strategic vision and content production objectives

- **Terms of the new agreement** (entered into effect on January 1, 2005):

  - Funding obligation reduced from 20% to 12% of subscription revenues

  - Ability to broadcast feature films on Friday nights and Wednesday afternoons and on Saturday nights (for movies with fewer than 1.2m tickets sold at the box office)

  - CANAL+'s digital versions (included in CANAL+ Le Bouquet) are now able to broadcast one third of "fresh" new programs not broadcast on the core CANAL+ channel

  - CANAL+ now allocates 17% of its budget (vs. 45% in the previous agreement) for the acquisition of French-language films (9% of subscription revenues) into movies produced for €4m or less (vs. a maximum €5.4m in the previous agreement)

> More **flexibility in** programming

> More **attractive digital offer**

> More **ambitious film diversity** policy

**VIVENDI UNIVERSAL**

# CANAL+ SIMPLIFIED
## GROUP REVENUE & COST STRUCTURE

## 2004 Revenue Breakdown



94%

6%

■ Subscription    ■ Advertising & Sponsoring

## Monthly Retail Subscription Fee:

- €29.9, excluding set-top-box rental*
- €1.1 price increase in Sept. 2004
- €31.9 for CANAL+ Le Bouquet*

## Operating Cost Overview, of which:

- 2004 program costs: approx. €1 billion
  - Sports: ~€450 million
    - French soccer: €330m
  - Movies: ~€420 million **
  - Other: ~€130 million
- Broadcasting costs: ~3% of revenues
- G&A & other costs: ~4% of revenues
- Approximately <u>80% of the cost base is fixed</u>

* Set-top-box rental fee is charged only to digital subscribers: charged by CANAL+ in the case of a single subscription to CANAL+ in digital; charged by CANALSAT in the case of a dual subscription to both CANALSAT and CANAL+.
** Including intellectual property rights and other rights.

**CANAL+**
GROUP

## PREMIUM CHANNEL:
## ARPU & SAC CALCULATION

### ARPU calculation:

Gross revenues from individual subscriptions

- Free months & promotions

+ Rental fees from digital set-top-boxes *

+ Entry fees

+ Collective subscriptions

**= Subscription revenues** (~94% of revenues)

- Collective subscriptions

+ Free months & promotions

- Entry fees

- Bad debts from unpaid subscriptions

**= Individual subscription revenues**

/ Average portfolio of individual subscribers **

**= ARPU on individual subscriptions** (€/month)

### SAC calculation:

Free months & promotions

+ Entry fees

+ Retailer's commission

+ Direct marketing

+ Advertising & sponsoring

+ Transport of set-top-boxes

+ Other recruitment costs

**= Subscriber Acquisition Cost**
(€/gross add/year)

* Rental fees from STBs are booked by CANAL+ only for customers who subscribe to CANAL+ in digital; i.e. exclude rental fees from
customers with a dual subscription to both CANAL+ and CANALSAT; ** Average of monthly average portfolios.

CANAL+

39  VIVENDI
    UNIVERSAL

# CANAL+
GROUP

## CANAL+ S.A.

▲ CANAL+ S.A. (49% CANAL+ Group) is **listed on Euronext Paris**

  ■ Average daily trading: approx. 30,000 shares

▲ CANAL+ S.A. is the **legal owner** of:

  ■ the broadcasting license

  ■ the subscriber base

  ■ the program broadcasting contracts

▲ A **Guaranteed earnings** mechanism is included in the distribution agreement between CANAL+ S.A. and CANAL+ DISTRIBUTION :

  ■ The distribution commission paid to CANAL+ DISTRIBUTION is calculated in such a way as to guarantee CANAL+ SA an operating income plus exceptional items at least equal to 3.3% of CANAL + subscription revenues, excluding tax. A floor of € 50.6m and a cap of € 57.1m have been set in 2004, to be increased by 2.5% per year.

**CANAL+ GROUP**

## CANALSAT: KEY METRICS

**CANALSAT**

- ## *Subscriptions*
  - *Dec. 2004 :*     2,989k
  - *Dual CANAL+/CANALSAT subscriptions:*     *Approx. 1.6 million*

- ## *Revenues*
  - *2004 Revenues:*     *> € 900 million*

- ## *Operating Metrics*
  - *ARPU* (1) *(€/month):*     *€ 34.3*
  - *2004 churn rate:*     *8.6% (vs. 9.1% at end-2003)*
  - *2004 SAC* (2) *:*     *€ 293 (vs. € 276 in 2003)*
  - *2004 SMC* (3) *:*     *€ 76 (vs. € 75 in 2003)*

(1)   Average Revenue Per User, excluding VAT, including set-top box rental before VAT
(2)   Subscriber Management Cost
(3)   Subscriber Acquisition Cost

VIVENDI UNIVERSAL

41





42

# CANAL+ GROUP
## CANALSAT POSITIONING





**CANALSAT**

- **_Digital leader_** in France with more than 3 million subscriptions

- **_Profitable_**: consistently profitable since 2000

- More than **290 channels and services**




- **_Strong exclusive labels_**: 65 exclusive channels including Disney Channel, Discovery Channel, E! Entertainment, Canal J, …



- **_High subscriber satisfaction_**:
  - Subscriber satisfaction rate of over 85%
  - Among world's lowest churn rates (8.6% in 2004)






- **_Innovative services_**: PILOTIME, digital set-up box and PVR with integrated double tuner and hard drive

# CANAL+ *UNDERSTANDING CANALSAT*

GROUP

## CANALSAT

### What CANALSAT IS:

✓ A <u>pure distributor</u> of theme channels, pay-per view and interactive services on satellite and on DSL and to come on DTT and mobile, <u>owning its subscribers</u>

✓ A distributor of mostly <u>exclusive channels</u>, in the current market structure

✓ Boosted by <u>CANAL+</u>

### What CANALSAT IS NOT:

✗ A content owner, unlike TPS Star in the TPS satellite offer

✗ A distributor of channel packages aligned with competition, unlike EchoStar and DirecTV in the U.S.

43   VIVENDI UNIVERSAL



# CANAL+ GROUP

## CANALSAT: SUBSCRIPTION TRENDS

### Subscriptions ('000) *

### Year-on-year net additions ('000) *

* Including subscriptions to DSL services in 2004: CANALSATDSL was launched 6 months after the TPS offer

44    VIVENDI UNIVERSAL

# CANAL+ GROUP

# CANALSAT PACKAGES



- ✓ **Basic package** "CANALSAT Thématiques": **€ 18.99/month** *
  More than 60 channels + radios + int'l channels

- ✓ **Family package** "CANALSAT Famille": **€ 24.9/month** *
  Basic package + 4 Disney™ channels + National Geographic™

- ✓ **Movie package** "CANALSAT Cinéma": **€ 26.9/month** *
  Basic package + 7 movie channels

- ✓ **Package** "CANALSAT Grand Spectacle": **€ 28.9/month** *
  Basic package + Family channels + Movie channels

**Segmented offer** to match all consumers' tastes and needs
+
Possibility to subscribe to **complementary options**

CANALSAT packages at end-2004:



- ■ Basic 33%
- ■ Family 2%
- ▨ Movie 6%
- ■ Full 59%

\* Excluding set-top box rental before VAT
and Pilotime set-top box rental fee before VAT

**CANAL+ GROUP**

**DISTRIBUTION OF CANALSAT PRODUCTS**

**CANALSAT**

CANALSAT distributes its channels packages through:

✓ **Satellite** using the Astra™ satellite dishes

✓ **DSL** (currently rolling-out in France)
with technical partners neufTelecom™, Free ™, MaLigneTV™

- Included in a triple-play offer to consumers: TV + Telephone + Broadband Internet
- Similar TV packages (100 channels as of March 31, 2005) and pricing than with CANALSAT
- Distribution of CANAL+ LE BOUQUET
- Capitalize on the strength of the CANALSAT brand and its distribution expertise

VIVENDI
UNIVERSAL

46



# CANAL+ SIMPLIFIED REVENUES & COST STRUCTURE CANALSAT

GROUP

## 2004 Revenue Breakdown



5%

4%

91%

■ Subscription    ▓ PPV    ▓ Others

## Operating Costs Overview, of which:

- ■ Thematic channels fees: ~30% of revenues

- ■ Broadcasting costs: ~8% of revenues

- ■ G&A & other costs: ~3% of revenues

47    VIVENDI UNIVERSAL

## CANALSAT & CANAL+: BLENDED ARPU

**CANAL+ GROUP**

**CANALSAT    CANAL+**

- Approximately **60%** of CANALSAT subscribers **also** subscribe to **CANAL+**

- Those "dual" subscribers have a **very low churn rate** at approximately **7%-8%**

- Those subscribers pay **2 different subscriptions**:

  - €29.9/month for CANAL+
    or
  - €31.9/month for CANAL+ Le Bouquet

  **CANAL+** Revenues

  €34.3/month average ARPU

  **CANALSAT** Revenues

End-December 2004,

**blended ARPU** of dual CANAL+ / CANALSAT subscribers: approximately **€ 51/month**

(vs. ~€ 45/month (£32.2/m) for a BSkyB subscriber at end-December 2004)

# CANAL+ GROUP    CANAL SAT

## CANALSAT: ARPU & SAC CALCULATION

### ARPU calculation:

Gross revenues from individual subscriptions

- Free months & promotions

+ Rental fees from set-top-boxes

+ Entry fees

+ Collective subscriptions

= **Subscription revenues** (~91% of revenues)

- Collective subscriptions

+ Free months & promotions

- Entry fees

+ Revenues from pay-per-view (~5% of revenues)

+ Revenues from interactive services (~4% or rev.)

- Bad debts from unpaid subscriptions

= *Individual subscription revenues*

/ Average portfolio of individual subscribers *

= **ARPU on individual subscriptions** (€/month)

* Average of monthly average portfolios.

### SAC calculation:

Free months & promotions

+ Entry fees

+ Retailer's commission

+ Dish & dish installation

+ Direct marketing

+ Advertising & sponsoring

+ Transport of set-top-boxes

+ Other recruitment costs

= **Subscriber Acquisition Cost**
(€/gross add/year)

49    VIVENDI UNIVERSAL

# CANAL+ GROUP

## PILOTIME: A REVOLUTION IN HOME ENTERTAINMENT





▲ 75,000 boxes rolled-out at end-December 2004

▶ Main capabilities:

✓ **Time-shifting:**
  - Possibility to pause a program for up to 30 minutes

✓ **Digital recording:**
  - 80 GB hard disk allows viewer to record **over 40 hours of programs**

✓ **Handy dual tuner:**
  - Possibility to watch one program while recording another — Exclusive feature

✓ **Plus ... many enhanced services (regular add-ons):**
  - Messaging: 5 email addresses per household
  - Video insert: split screens to use interactive services while watching program
  - Various navigation tools
  - Interactive services: CANAL+ Football, Allociné, "Chaîne Météo", MCM, ...
  - Home cinema: Dolby Digital® sound and 16:9 format

**Highest ARPU** and **lowest churn rate** on Pilotime subscribers

# CANAL+ GROUP

## STUDIOCANAL: MAIN ACTIVITIES

### STUDIO CANAL

- **Movie theater distribution** in France **mars** DISTRIBUTION

- **Video publishing & distribution**:
  - Publishing: approximately 200 DVDs per year
  - Distribution: through Universal Music in France and Universal Pictures International in international markets

- **Rights sale** in France and International:
  - Market leader in TV sales in France
  - High level of margins

- **Royalties and Other**:



  - *WorkingTitle* JV with Universal Pictures
  - Commercial deals in video distribution

**Breakdown of 2004 Revenues\*:**



22%

10%

33%

35%

- Distribution
- Rights sale
- Video
- Royalties & other

\* Before elimination of intra-group revenue

VIVENDI UNIVERSAL

# CANAL+ GROUP

## STUDIO CANAL

### STUDIOCANAL: OBJECTIVES

- Be the leader in France and in Europe in feature movie distribution on all platforms

- Strengthen the activity throughout time

- Significantly increase operating income

52    VIVENDI
      UNIVERSAL

# CANAL+ GROUP

# STUDIO CANAL

## OPERATING LINKS WITHIN THE GROUP

√ **Cooperation with the CANAL+ channel**:

- First exclusivity Pay-TV rights on all *WorkingTitle* movies
- Right of first refusal to broadcast movies produced by StudioCanal partners (Alain Chabat, *Rivières Pourpres I & II*, ...)
- Close cooperation in output deals negotiated by CANAL+ with the U.S. major movie studios: free-to-air rights bundled with Pay-TV rights are traded by StudioCanal

√ **Cooperation with Universal Music and Universal Pictures***:

- Universal Music France distributes all StudioCanal's catalog and fresh films in DVDs in France
- Universal Pictures International (UPI*) distributes StudioCanal's movies internationally

√ **Potential cooperation with NBC Universal**:

- Exploitation by the NBC network and NBC Universal's cable channels of English-speaking movies within StudioCanal's library

* Part of NBC Universal



# CANAL+ GROUP

## TV DISTRIBUTION OUTSIDE OF FRANCE



- **Media Overseas**, 100%-owned by CANAL+ Group, is the exclusive operator of CANAL+ and CANALSAT in French overseas territories and internationally:

  - More than 640k subscriptions

  - 3rd largest satellite operator in France

  - 2004 Revenues: ~€ 250 million

# FRENCH TV MARKET OVERVIEW

**CANAL+** GROUP

| Broadcast TVs | Premium Channels | Theme Channels | Satellite Platforms | Cable Platforms | DSL Platforms |
|---|---|---|---|---|---|
| Free-to-air | Analog, satellite, cable, DSL, (DTT) | Satellite, cable, DSL, (DTT) | Satellite, DSL | Cable | DSL |
| TF1 2 3 | CANAL+ | i TELE | CANAL SAT | NC Numéri CABLE | MaLigne.tv |
| 5 /arte 6 (*) | CANAL+ LE BOUQUET | Sport | TPS | n•o•o•s | free Le Liberté n'a pas de Prix |
| | TPS star | JIMMY | | france telecom | n9uf telecom |
| | | cine cinema | | UPC | Cegetel |
| | | ... | | | |

Networks & Channels

Distributors

**Pay-TV market**

(*) 6 channels available in analog terrestrial

VIVENDI UNIVERSAL



# WINDOWS FOR MEDIA RIGHTS IN FRANCE

**CANAL+ GROUP**

| Movie | Video | Pay Per View | Pay-TV | Broadcast TV |
|-------|-------|--------------|--------|--------------|
| Theatrical release | VHS / DVD release | | Broadcast on CANAL+ and TPS Star | Broadcast on free-to-air channels* |

+6 months

+9 months

+1 year

+2 years

V-O-D?

V-O-D?

* Some exclusivity clauses contracted by Pay-TV operators can push free-to-air rights up to 3 years under certain circumstances

VIVENDI UNIVERSAL

56

# CANAL+ GROUP

## IMPORTANT DISCLAIMER

Canal+ Group is a subsidiary of Vivendi Universal, listed on the NYSE and on Euronext Paris SA and this presentation contains "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such forward-looking statements are not guarantees of future performance. Actual results may differ materially from the forward-looking statements as a result of a number of risks and uncertainties, many of which are outside our control, including but not limited to, the risks that: the estimated levels of cash-flow and revenues stated will not be realized; the synergies and other benefits associated with certain transactions will not materialize; the reduction of Vivendi Universal's indebtedness expected to be reached as a result of the debt-reduction plan and maturity extension plans, proposed disposals and/or restructurings will not materialize in the timing or manner described in the presentation; Vivendi Universal will not be able to obtain the necessary approvals to finalize certain transactions; Vivendi Universal will be unable to further identify, develop and achieve success for new products, services and technologies; Vivendi Universal will face increased competition and that the effect on pricing, spending, third-party relationships and revenues of such competition will limit or reduce Vivendi Universal's revenue and/or income; Vivendi Universal will be unable to establish and maintain relationships with commerce, advertising, marketing, technology, and content providers; Vivendi Universal will not be able to obtain or retain, upon acceptable terms, the licenses and permits necessary to operate and expand its businesses; as well as the risks described in the documents Vivendi Universal has filed with the U.S. Securities and Exchange Commission and the French Autorité des Marché Financiers (AMF) ( ). Investors and security holders may obtain copies of such documents free of charge at or directly from Vivendi Universal. Vivendi Universal does not undertake, nor does it have any obligation to provide, update or revise any forward-looking statements.

57

VIVENDI
UNIVERSAL



GEARED UP FOR GROWTH

INVESTORS PRESENTATION

MAY - JUNE 2005

CANAL+ GROUPE

VIVENDI UNIVERSAL