**EXHIBIT 12**

Variety.com - Courson taking charge at Studio Canal Page 1 of 3

VARIETY | INDUSTRY NEWS | WEB
SEARCH
SEARCH POWERED BY:

DEPARTMENTS
FILM TV INT'L BIZ MUSIC TECH LEGIT HOME ENT.

SECTIONS
V PLUS REVIEWS BLOGS MORE

# WEB EXCLUSIVE

*Posted: Wed., Jan. 31, 2007, 8:55am PT*

EMAIL
PRINT
CONTACT
RSS

## Courson taking charge at Studio Canal

### Move follows exit of head of theatrical

By ALISON JAMES

PARIS — Senior Canal Plus exec Olivier Courson is poised to take operational responsibility for Studio Canal and step down as parent company Canal Plus Group's general counsel.

Courson was appointed Studio Canal's president in 2005. But since then he has spent most of his time thrashing out Canal Plus' pay TV merger with TPS, which was made official in January.

Courson steered the group's negotiations with the French film industry and the French anti-trust authorities, which imposed 56 conditions on Canal Plus when it OK'd the merger late last year.

With that task over, Courson will now turn his attentions to developing Studio Canal in France and internationally, according to sources, with Frederic Sichler, currently managing director, as his number two.

Changes will be announced following a managers and employees committee meeting on Friday.

In another exec reshuffle, Studio Canal recently parted company with its head of theatrical distribution, Stephane Celerier. Perplexing some in the French film biz, Celerier's departure came at a time when Studio Canal's theatrical arm Mars Distribution was doing rather well. Company was ranked third after Gaumont Columbia and 20th Century Fox in 2006, thanks to pics including Oscar nominated "Days of Glory" and the romantic comedy "I Do," with Alain Chabat and Charlotte Gainsbourg.

Mars was renamed Studio Canal Distribution and is now run by Philippe Desandre, formerly of Warner Bros France. The unit will distribute 26 films this year including David Lynch's "Inland Empire."

Publishing its 2006 revenues on Wednesday, Canal Plus Group said that despite its strong French performance Studio Canal, a 100% owned subsidiary, made lower revenues than in 2005, but did not give figures. Canal Plus said the dip was mostly due to decreased income from its deal with Working Title.

*Web Exclusive*

EMAIL
PRINT
CONTACT
RSS

http://www.variety.com/article/VR1117958407.html?categoryid=1043&cs=1 7/12/2007 

## RELATED ARTICLES:

*Arts Alliance pacts with Artificial Eye - 1/31/07 7:13am*

*TV2 Denmark signs deal with Disney - 1/31/07 5:53am*

*Meehan joins Irish Film Board - 1/31/07 5:00am*

*AMPAS to host foreign pic noms event - 1/30/07 9:25pm*

*National Geographic ups Weil - 1/30/07 9:18pm*

*ESPN, Tennis Channel pact - 1/30/07 9:15pm*

*RELATED SITES: Broadcasting & Cable Multichannel News Video Business ContentAgenda Twice*

*© 2007 Reed Business Information, a division of Reed Elsevier Inc. All rights reserved. Use of this website is subject to its Te*

MEDIA & PUBLISHING:
Variety | LA 411 | New York 411 | Video Business | ContentAgenda | Broadcasting & Cable | Multichannel News | Publishers Weekly | Library Journal | School Library Journal | Críticas | Tradeshow Week

MANUFACTURING:
Design News | Control Engineering | Plant Engineering | Purchasing | Purchasing Data | Logistics Management | Industrial Distribution | Supply Chain Management Review | Modern Materials Handling | Manufacturing Business Technology | Kellysearch

BUSINESS & PRINTING:
DM2-DecisionMaker | Zibb | Packaging Digest | Graphics Arts Monthly | Graphics Arts Blue Book | Converting | Expert Business Source | HotFrog USA | The Industry Measure

GIFTS & FURNISHINGS:
Furniture Today | Home Textiles Today | Home Accents Today | Casual Living | Kids Today | Gifts & Decorative Accessories | Playthings | Jlrs, Circ, Keystone

HOSPITALITY:
Hotels | R&I | Chain Leader | Foodservice Equipment & Supplies

El
El
Bı
In

Bl
Cı
Dı
Hı
Rı
Fi
Bı
Rı

**EXHIBIT 13**

Case 1:07-cv-02918-DAB Document 16-9 Filed 07/18/2007 Page 6 of 11



…on ; jardinage. Sport : marche. Membre, …ent puis Président d'honneur de l'Association …ube de Haute-Savoie. Adr. : prof. et privée, … 115 route de Taninges, 74100 Vétraz-… chalet *Transhumance*, 74420 Boëge.

… (Jean, Eugène, Albert), Ecrivain. Ancien Grand maître de la Grande Loge de France. Né le 21 mars 1931 à Marcq-en-Baroeul (Nord). Fils d'Henri Verdun, Magistrat, et de Mme, née Jeanne Dietholm. Veuf de Mme, née Nicole Fabre (1 enf. : Nathalie). Remarié le 11 janvier 1992 à Mlle Laurencine Lot, Photographe. Etudes : Lycées Mignet à Aix-en-Provence et Gassendi à Digne, Facultés de droit d'Aix-en-Provence et de Paris. Carr. : Ancien direc-…al de l'agence Proméga Conseil, Grand secré-…d maître adjoint puis Grand maître de la Grande …rance (GLF) (1985-88). Œuvres : *les* … *l'Ecole de Paris* (1959) ; *Retourne* … (1960) ; *Brumaire* (1961) ; *la Soirée* …63) ; *l'Enfant nu* (1966) ; *Chroniques de l'*… d., 1993) ; *Mille matins d'été* (1973) ; … 74) ; *le Carnaval du Père Lachaise* (18… …connique (1982) ; *l'Architecte* (théâtre, … *un grand-maître* (1990), *le Franc-maçon* … …), *l'Alibi d'amour* (théâtre, 1990), *Rel*… …éâtre, 2000), *la Nouvelle réalité maçonnique* … …*pureur de rien* (théâtre, 2001), *Mieux* … …âtre, 2001), *Lumière sur la Franc-maçonnerie* … et *Royal-au-delà* (théâtre, 2002), *Bel*… 2003), *Grand jour d'espoir au cap* … …004). Adr. : privée, 2 place Gustave To… …s

…FRANCESCHI (Michel, Yves), … le 28 octobre 1951 à Toulon (Var). F… …ergé, Professeur de physique, et de … Franceschi. Etudes : Institution … …cées Peiresc et Dumont d'Urville à … …es lettres et sciences humaines de Nic… …anterre, Ecole des hautes études en … …EHESS). Dipl. : Certificat d'aptitude au …'enseignement du second degré en his… …e, Doctorat d'Etat ès lettres. Carr. : Pr… au collège Jacques-Monod, aux lycées …François 1er au Havre (1976-87), Animate… …u lycée Corneille à Rouen (1981-83). Cl… … national de la recherche scientifique …e d'histoire maritime de la Sorbonne) (1… … conférences à l'université Bordeaux … …sseur d'histoire moderne à l'université d… …02), à l'université François-Rabelais à Tours …002), Expert à la mission scientifique universi-…) du ministère de l'Éducation nationale (depuis …ecteur du laboratoire d'histoire et d'archéologie du CNRS (1995-2000), Directeur de recherches …1995), Membre de l'Ecole doctorale à l'univer-… IV-Sorbonne, Président de la Société française … maritime (2000-05), Membre du comité direc-…uis 1995) et du conseil scientifique du Centre d'histoire de la défense. Membre de l'unité mixte …e (UMS) Histoire et archéologie (CNRS, univer-…s IV-Sorbonne et Musée national de Marine) …2002), Administrateur du Musée national de la …epuis 2003). Œuvres et travaux : *la Royale … de l'Amiral d'Estaing* (1977), *les Officiers géné-… la marine royale sous l'Ancien Régime* (7 vol., …*ampagnes de mer sous Louis XIV, Marine et … sous l'Ancien Régime et Guerre et commerce en …née, IXe-XXe siècles* (en coll., 1991), *Voiles et … temps de Louis XIV, Abraham Duquesne, marin … du Roi Soleil* et *Documents d'histoire moderne* …1992), *la France et la mer au temps des grandes …ies* (1993), *Henri le navigateur, un découvreur au …* (1994), *Histoire de Corse et la Marine française … siècle* (1996), *la Mer : un symbole* (1997), *Chro-… …ritime de la France d'Ancien Régime (1492-1792)* …*ne de Louis XIV* (en coll.) (1998), *Sampiero Corso, …enaire européen au XVIe siècle* (1999), *Un prince … au XVe siècle, la Guerre de course en Méditer-…* …n coll.) et *Henrique o Navegador, a Descoberta do* …2000), *la Méditerranée des Doria* (en coll.) et *la … maritime au temps de Louis XIV* (en coll.) (2001), …*port royal 1481-1789* et *la Corse île impériale* (en …02), *Colbert, la politique du bon sens, la Généa-…* coll.) et *la Corse, carrefour des îles de Méditer-…* … coll., 2003), *le Cap Corse. Généalogies et destins* … participation au *Dictionnaire du Grand Siècle …es Sources de la France moderne* (en coll., 1995), …*pédie du protestantisme* (en coll., 1995), *Diction-… l'ancien Régime* (en coll., 1996), *Encyclopédie de … de France* (en coll., 1998), *Dictionnaire d'histoire* … (dir., 2002), *le Larousse de la généalogie* (en …03), *le Corail en Méditerranée* (2004), *la Corse et …rre* (2005), *Paoli* et *Encyclopedia Corsicae* (2005), …*s de la fin du XVIIIe siècle* (en coll., 2005) et …x articles d'histoire moderne et maritime. Dist. : … de l'Académie de marine (1975), prix Feydeau … de l'Académie française (1978), Lauréat des prix … Neptunia et Meurand (1993), Grand prix de la Corse (2001), Lauréat de l'Académie des Inscrip-… belles lettres (2004). Distractions : cinéma, concerts, lecture. S'intéresse à la généalogie. …s : natation, marche. Membre de l'Académie … Membre d'honneur de l'Association centrale des … de réserve de l'armée de mer (1993), du Bureau de …ation des historiens modernistes des universités …ses (1993), du bureau du Comité français des …s historiques (1997). Adr. : prof., Département …re, Faculté des lettres, Université François-…, 3 rue des Tanneurs, BP 4103, 37041 Tours … privées, 13 rue d'Arcole, 75004 Paris et 187 bis …nade des Anglais, 06200 Nice ; e-mail, …@wanadoo.fr

VERGELY (Philippe), Ingénieur, Président de sociétés. Né le 7 mars 1941 à Paris 16e. Fils de Jean Vergely, Directeur de compagnie d'assurances, et de Mme, née Marie Bouyat. Mar. en secondes noces le 3 juillet 1985 à Mlle Marie-Noelle Reynaud (2 enf. : Olivia, Amaury) et 1 enf. de son premier mariage : Sandrine [Mme Francis Tesnière]). Etudes : Collège Stanislas, Lycées Janson-de-Sailly et Saint-Louis, Faculté de droit et de sciences économiques à Paris. Dipl. : Ancien élève de l'Ecole polytechnique, Diplômé d'études générales de sciences économiques. Carr. : Inspecteur à la Société générale (1963-1966) puis au groupe Francis Bouygues (1966-1973), successivement Chef des services juridique et financier (1966), Assistant du président (1968), Chargé (1972) de la mise en place d'un système de gestion sur ordinateur, Secrétaire général (1972-1973) de la société civile immo-… … Directeur du département bureau (1973-





[Figespa], Directeur administratif de Mecaworms SA (1980-84), Chargé de mission (1984), Administrateur, Chef de service au Bureau d'aide sociale de Paris devenu (1995) Centre d'action sociale de la Ville de Paris (depuis 1986). Membre du comité éditorial du *Who's Who in France* (depuis 2000) et du Conseil supérieur de la réserve militaire (CSRM) (depuis 2004). Décor. : Officier de l'ordre national du Mérite, Médaille d'or des services militaires volontaires, Chevalier du Mérite de l'ordre souverain de Malte. Sport : voile. Membre, Administrateur (depuis 2004) de la Société des Cincinnati de France, Vice-président de l'Œuvre de soutien aux églises et aux prêtres, Président puis Président d'honneur de la Réunion des officiers de réserve du service d'état-major (Orsem), Secrétaire général de la Société des amis du musée de la Légion d'honneur et des ordres de chevalerie, Membre honoraire des Fils de la Révolution américaine (branche française des Sons of American Revolution). Adr. : prof., Centre d'action sociale de la Ville de Paris, 5 bd Diderot, 75012 Paris ; privée, 44 rue Nicolo, 75116 Paris.

VERGER (Fernand, Henri), Universitaire. Né le 24 avril 1929 à Paris 10e. Fils de Pierre Verger, Ingénieur, et de Mme, née Henriette Decourt. Mar. en secondes noces le 17 septembre 1994 à Mlle Isabelle Sourbès (1 enf. : Nicolas et 2 enf. de son premier mariage : Françoise [Mme Christophe Combes], Pierre). Etudes : Lycée Henri IV à Paris. Dipl. : Docteur d'Etat ès lettres. Carr. : Attaché de recherche au Centre national de la recherche scientifique (CNRS) (1956-59), Chef de travaux (1959-61), Maître assistant à l'université de Poitiers (1961-62), Maître assistant à l'Ecole normale supérieure (1962-66), Directeur d'études à l'Ecole pratique des hautes études (1966-69), Chargé d'enseignement (1966-69), Maître de conférences (1969-72), Professeur (1973-98) puis Professeur émérite (depuis 1998) à l'Ecole normale supérieure et Professeur titulaire des universités, Président de la section géographie du Comité national de la recherche scientifique (1976-80 et 1987-91), Président du Comité scientifique de l'action thématique programmée télédétection spatiale (1979-85), Principal investigator à la Nasa pour les programmes Landsat 1 (1972-73) et Landsat 2 (1975-78), Membre du comité scientifique du programme interdisciplinaire de recherches sur l'environnement (Piren) (1981-83), Membre du conseil d'administration de l'Institut géographique national (IGN) (1982-85), Conseiller scientifique auprès de la direction du Centre national de la recherche scientifique (CNRS) (1982-87), Rédacteur en chef de la revue *Photo-interprétation* (1984-2005), Président du conseil d'administration du groupement d'intérêt public Reclus (1985-91), Directeur du laboratoire Imagéo du CNRS (1986-92), Membre du comité scientifique de l'Institut géographique national (1986-89), Membre du Conseil national de l'information géographique (1989-96), Président de commission du Conseil national des universités (1992-95), Membre du conseil scientifique du réseau télédétection de l'Association des universités de langue française (1989-97), Membre du conseil scientifique du Conservatoire de l'espace littoral et des rivages lacustres (depuis 1993), Membre du conseil scientifique du groupement d'intérêt public Crest-école polytechnique (1994-97), Membre (2001-05) et Président du conseil scientifique (depuis 2005) du Forum des Marais-Atlantiques, Président de la commission scientifique pour la sauvegarde du caractère maritime du Mont Saint-Michel (1996-2004). Œuvres : *les Techniques d'analyse granulométrique* (1963), *Marais et Wadden du littoral français* (1968), *Télédétection du littoral océanique de la France* (1977), *l'Observation de la Terre par les satellites* (1982), *Pixels et paysages* (vidéogramme, 1985), *Atlas de géographie de l'espace* (1992, 1997), *l'Espace, nouveau territoire* (2002), *Cambridge Encyclopaedia of Space* (2003), *Marais et estuaires du littoral français* (2005). Décor. : Chevalier de la Légion d'honneur et de l'ordre national du Mérite, Officier des Palmes académiques. Dist. : prix Fournier de la Société de géographie de Paris, prix Gay de l'Académie des sciences, médaille de bronze de l'Académie nationale de l'Air et de l'Espace. Adr. : prof., Ecole normale supérieure, 45 rue d'Ulm, 75005 Paris ; privée, 5 rue Lacordaire, 75013 Paris ; e-mail, fverger@ens.fr.



VERGÈS (Guillaume, Louis-René, Marie, Roger, Guy de), Responsable audiovisuel. Né le 24 novembre 1958 à Paris 15e. Fils de Guy de Vergès, Directeur de société, et de Mme, née Geneviève Léon-Dufour. Etudes : Ecole Passy-Buzenval à Rueil-Malmaison, Cours Saint-Louis et Collège Stanislas à Paris, Ecole supérieure de commerce (ESC) de Reims, Universités Paris II-Assas et Paris IX-Dauphine. Dipl. : Licence en droit, Doctorat de 3e cycle de finance. Carr. : Attaché à la direction générale de l'Union du financement du cinéma et de l'audiovisuel (Ufca) (1979-80), Directeur général des studios de Billancourt (1980-87), Directeur général de la Sofica Images investissements (1984-87), Président-directeur général de Mery productions (1991-92) ; à TF1 : Directeur général (1987-97), Vice-président (1997-2003) de TF1 Films production, Directeur des départements acquisitions (1989-2003) et coproductions internationales (1990-2003), Directeur général adjoint de l'antenne (1996-2003), Directeur des programmes (1999-2003) ; Directeur général adjoint, chargé du pôle édition du groupe Canal + et Administrateur et Directeur général délégué de Canal + SA (2003), Conseiller du président du groupe Canal +, chargé des activités cinéma (2003-04), Consultant à StudioCanal (depuis 2004) ; Administrateur de Gaumont Productions (1986-87). Décor. : Officier des Arts et des Lettres. Distraction : voyages. Collections : livres anciens, montres. Sports : tennis, ski. Membre du Racing Club de France. Adr. : prof., StudioCanal, 1 place du Spectacle, 92130 Issy-les-Moulineaux.

VERGÈS (Henri, Jean-Marie, Jacques), Président de société. Né le 14 février 1944 à Montluçon (Allier). Fils de Paul Vergès, Directeur technique, et de Mme, née Andrée Fromentault, Institutrice. Mar. le 23 juillet 1971 à Mlle Marie-Annick Fournier (2 enf. : Sylvain, Olivier). Etudes : Collège Sainte-Croix de Neuilly et Lycée Pasteur à Neuilly-sur-Seine, Lycée technique de Vierzon. Dipl. : Ingénieur du Polytechnicum Fédéral de Zurich (Suisse), Master of Business Administration (MBA) de l'Institut européen d'administration des affaires (Insead). Carr. : Chef de projet puis Assistant du directeur des procédés industriels à la Société anonyme de télécommunications (Sat) (1971-73), Ingénieur principal, Ingénieur en chef puis Directeur à la division conseil en management de Sema-Metra (1973-77), Directeur à Sema Consultronique (1977-79), Assistant du directeur de la stratégie et du développement à la société Thomson-CSF (1979-82), Directeur des études commerciales à la direction du plan de Thomson SA (1982-84), Directeur de la planification et du contrôle des programmes de recherche et de développement (1984-86), Directeur central du marketing (Europe et Asie) (1986-87) de Thomson Semiconducteurs, Directeur général de Robinson Nugent SA à Delémont (Suisse) (groupe Robinson Nugent Inc., Etats-Unis) (depuis 1987), Président-directeur général d'Auxitrol SA (groupe Esterline Corp., Etats-Unis) (1990-2002) et d'Auxitrol technologies (1993-2002), Administrateur des sociétés Elex (Russie, Ukraine), et Eka (Tatarstan, Russie), Professeur de marketing à l'université Paris-Dauphine (1979-82), Président de Muirhead Aerospace Ltd (Royaume-Uni) et de Fluid Regulators Corp (Etats-Unis) (2000-02), Président du directoire de SAS DMI (2002-04), Administrateur de sociétés (depuis 2004) ; Président du conseil de perfectionnement de l'Institut universitaire professionnalisé de Ville d'Avray à l'université Paris X-Nanterre ; Membre du Club des représentants d'entreprise. Décor. : Chevalier de la Légion d'honneur. Sports : ski, voile. Adr. : prof., Argus, 35 av. de Friedland, 75008 Paris ; privée, 71 bis av. Emile Thiebault, 78110 Le Vésinet ; e-mail, henriverges@aol.com.



VERGÈS (Paul, Emile, Marie, Juste), Homme politique. Né le 5 mars 1925 à Ubone (Siam). Fils de Raymond Vergès, Médecin, et de Mme, née Pham Thi Khang. Mar. le 15 septembre 1949 à Mlle Laurence Deroin. Carr. : Journaliste, Directeur de *Témoignages* (1954-…), Conseiller général de La Réunion (canton de Saint-Pierre) (1955-…) (1970-76), Député communiste de La Réunion (1956-…), Fondateur (1959) et Secrétaire général du parti communiste réunionnais (PCR) (1959-93), Maire du Port (1971-89), Conseiller municipal de Saint-Paul (depuis 1989), Parlementaire européen (1979-89), Membre (depuis 1986), Premier vice-président (1992-98), Président (depuis 1998) du Conseil régional de La Réunion, Député apparenté … de La Réunion (1986-87), Président (1983) du Syndicat intercommunal à vocation multiple de La Réunion … devenu Communauté intercommunale des villes solidaires (Civis). Président du Parti communiste réunionnais … président du Mouvement pour l'égalité, la démocratie …

…nature (… national … France … toires d'… tion … (1993-96) … communi… 13 juin 20… l'outre-m… conduite … coopérati… de sa m… Adr. : pr… Cassin, L… cedex 9 … 1047 Brus… Printemps.

VERGNA…



… multi europ… Strasbourg

VERGNE …



… personnel de … leur du pers… production … péen, Directe… mode (1982-… Directeur des … au groupe … sociales (199… (1993-98), Di… communicatio… d'Elf Impex … Services (19… production et … PSA Peugeot … (1999), Directe… et Membre du … directeur géné… 2002). Déco… Palmes acadé… directeur des … Sports : rug… Peugeot Citroë… e-mail, jeunfue…

VERGNES (… Né le 29 juin … Pierre Vergnes, … Jeanne Billant, … 1969 à Mlle Gé… Lycée à Talen… Montaigne à Bo… Los Angeles (E… (Belgique). Dip… maître de Maîtr… neering. Diplôm… Chef de travaux … Professeur assis… (Canada) (1969 … Systems à Tallec… (1972-75), Créat… Médecine Génét… Europe Nord … Directeur du ma… Modular Compu… général (1983-88) … Microsoft Corpor… Président de Mi… sur (1989), Direc… …, Chairman (1… … (depuis … Décor… Distractions … musique. Sport. … av. Collig…

VERGNES (Pi…



Dipl. : …



...ur technique de l'usine ...lage automobile Scoa au '1975-79) ; à Hutchinson ...otal) : Directeur d'usine de composites à Dallas ...s) (1979-81), Directeur Mapa en Malaisie (1981- ...ur commercial de la divi- 1985-87), Directeur de la ...autique (1987-90), Direc- ...al de Paulstra aux ... (1990-92) ; au groupe Total ... Fina puis (2000) Total Fina Elf : Direc- ...département pétrochimie et fluides spéciaux du groupe et Président-directeur général de Total Solvants (1992-97), Directeur des divisions produits noirs puis bitume (1998-2002) ; Président-directeur général de Prosernat (groupe Institut français du pétrole (IFP)) (2002-06), Directeur des achats à Total Raffinage et marketing (depuis 2005). Ancien président du Syndicat de la chimie organique de base. **Sports** : golf, tennis, voile. **Adr.** : privées, 28 bis rue Pierre Arnoux, 92190 Meudon et 3 rue de la Lande, 56370 Sarzeau.

**COURSON (Olivier**, René, Noël), Membre du Conseil d'Etat, Responsable audiovisuel. **Né le** 21 décembre 1965 à Maisons-Laffitte (Yvelines, ex-Seine-et-Oise). **Fils de** Philippe Courson, Conseiller économique et financier, **et de** Mme, née Véronique Motte, Sculpteur. **Etudes** : Université Paris I-Panthéon Sorbonne. **Dipl.** : Maîtrise de droit privé, Diplôme de l'Institut d'études politiques (IEP) de Paris. **Carr.** : Elève à l'Ecole nationale d'administration (Ena) (promotion René Char, 1993-95), Auditeur au Conseil d'Etat (1995), Conseiller juridique auprès du directeur général des Postes et télécommunications (1995-96) puis du directeur général du Centre national de la cinématographie (CNC) (1997-99), Conseiller du Service juridique et technique de l'information et de la communication (SJTIC) (1998-99), Maître des requêtes et rapporteur de l'étude *Internet et les réseaux numériques* au Conseil d'Etat (1998), Conseiller technique au cabinet de Catherine Trautmann (ministre de la Culture et de la Communication) (1999-2000), Conseiller pour la culture et la communication au cabinet de Lionel Jospin (Premier ministre) (2001-02), Secrétaire général du groupe Canal + (depuis 2003), Président de StudioCanal (depuis 2005), Chargé de cours à l'IEP de Paris (1997-2000). **Décor.** : Chevalier des Arts et des Lettres. **Sports** : planche à voile, ski, surf, tennis. **Adr.** : prof., Canal +, 1 place du Spectacle, 92863 Issy-les-Moulineaux cedex 9.

**COURSON (Charles-Amédée**, Simon, Edouard du **BUISSON de)**, Magistrat à la Cour des comptes, Homme politique. **Né le** 2 avril 1952 à Paris 16e. **Fils** d'Aymard du Buisson de Courson, Inspecteur général des finances **et de** la comtesse, née Claude de Moustier. **Etudes** : Ecole Saint-Louis-de-Gonzague, Universités Paris I-Panthéon Sorbonne et Paris II-Panthéon Assas. **Dipl.** : Diplôme de l'Ecole supérieure des sciences économiques et commerciales (Essec), Maîtrises de droit public et de sciences économiques. **Carr.** : Elève à l'Ecole nationale d'administration (Ena) (promotion Michel de l'Hospital, 1977-79), Auditeur (1979-83), Conseiller référendaire (depuis 1983) à la Cour des comptes, Fondateur et Trésorier du Syndicat des magistrats de la Cour des comptes (1981-85), Adjoint puis chef de bureau à la direction du Budget du ministère de l'Economie, des Finances et du Budget (1984-85), Conseiller technique (1986-87), Directeur adjoint (1987-88) au cabinet d'Alain Madelin (ministre de l'Industrie, des P. et T. et du Tourisme) ; Membre (depuis 1986), Vice-président (depuis 1992) du Conseil général de la Marne, Conseiller régional de Champagne-Ardennes (1992-93 et 2004-05), Maire de Vanault-les-Dames (depuis 1986), élu le 28 mars 1993 Député de la Marne, réélu le 1er juin 1997 et le 9 juin 2002, inscrit au groupe de l'Union pour la démocratie française (UDF), Président du Service départemental d'incendie et de secours de la Marne (depuis 1992), du Syndicat mixte d'aménagement du lac du Der Chantecoq (depuis 1988), du Crédit-immobilier de Champagne-Ardenne (depuis 1990), de la Caisse mutuelle marnaise d'assurances (depuis 1988) ; Président départemental de l'UDF de la Marne (depuis 1994). **Membre** et Trésorier (1984-87) du conseil d'administration de l'Association des anciens élèves de l'Ena, Membre du conseil d'administration de l'Association des anciens élèves de l'Essec. **Adr.** : prof., Assemblée nationale, 75355 Paris et 38 rue de la Petite Sainte, 51300 Vitry-le-François ; privée, 3 place du Marais, 51340 Vanault-les-Dames ; e-mail, charles.de-courson@wanadoo.fr.

**COURSON (Gilles**, Marie, Charles du **BUISSON de)**, Directeur de société. **Né le** 23 octobre 1948 à Paris 15e. **Fils de** Guillaume du Buisson de Courson, Directeur de banque, **et de** Mme, née Huguette de La Rochelambert. **Père de** 4 enf. : Cyrille, Aude, Anne-Elodie, Elisabeth. **Etudes** : Lycée Saint-Louis de Gonzague à Paris, Université Paris X-Nanterre. **Dipl.** : Licencié en droit, Diplôme de la Chambre de commerce et d'industrie de Paris. **Carr.** : à Cofica (groupe Compagnie bancaire) : Inspecteur commercial (1974), Directeur d'agence au Mans, à Rouen puis à Paris (1975-82), Fondé de pouvoir chargé de recherche et développement (1983-86) ; Gérant (1987-88), Administrateur-directeur général délégué (depuis 1989) de MCS et Associés (Marcel Ciment-Serre), Directeur général de la Caisse d'escompte du Midi (Cam) (depuis 1993), Directeur général (1994-97) puis Censeur de Finance-recouvrement, Administrateur de la Société immobilière du gymnase, de la société Carrosserie tôlerie industrielle (CTI) ; Conseiller général de l'Orne (depuis 1994), Rapporteur du budget (1996-97), Président de la commission des finances (depuis 1998), Membre (depuis 1994), Président (depuis 1999) de la Communauté de communes du Val-d'Huisne, Maire de l'Hermitière (depuis 1995), Vice-président du Conseil général (depuis 2004). **Décor.** : Chevalier de l'ordre national du Mérite. **Distraction** : bricolage. **Sports** : équitation, tennis, ski. **Adr.** : prof., MCS et Associés, 96-98 av. Raymond Poincaré, 75116 Paris ; e-mail, gdecourson@mcsfr.com.

**COURSON de LA VILLENEUVE (Arnaud**, Marie, Lionel, Gérald, Bernard, Gilbert de), Directeur de société. **Né le** 2 août 1954 à Boulogne-Billancourt (Hauts-de-Seine, ex-Seine). **Fils de** Jean-Louis de Courson de La Villeneuve, Cadre de société, **et de** Mme, née Maïder Clément, Editeur. **Mar.** le 1er juillet 1989 à Mlle Cécile Roblot (3 enf. : Aurélie, Charlotte, Lorraine). **Etudes** : Collèges de Juilly et Fermon à Lisieux, Lycée Jean Rostand à Chantilly, Université Paris IX-Dauphine. **Dipl.** : Maîtrise de sciences de gestion, Diplôme d'études supérieures spécialisées de finance d'entreprise, Diplôme de la Société française des analystes financiers. **Carr.** : Stagiaire à Nivard Agent de ...

... politiques (IEP) de Paris, Master of Law de Harvard University (Etats-Unis). **Carr.** : Elève à l'Ecole nationale d'administration (Ena) (promotion François Rabelais, 1971-73), Administrateur civil (1973), Chargé de bureau au service de la législation fiscale (1975-77) au ministère de l'Economie et des Finances, en mobilité aux Etats-Unis (Harvard University) (1977-79), Chef de bureau (1979-83), chargé de la sous-direction internationale (1983) au service de la législation fiscale, Sous-directeur (1984-86) au ministère de l'Economie et des Finances, Directeur adjoint du cabinet de François Léotard (ministre de la Culture et de la Communication) (1986-88), Directeur général du groupe Bistro romain (1989), Directeur général (1990), Président-directeur général (1992-94) d'Europcar, Directeur du développement et du contrôle de gestion à la direction générale internationale et courtage du Groupe des assurances nationales (Gan) (1994-98), Président-directeur général de Socapi et de Sérénis (filiales du groupe Gan et du Crédit industriel et commercial (CIC)) (1995-99), Président-directeur général de JF Court et associés et de Tétard 1860 (1999), Président du conseil de surveillance de CFC-Daum (2000) ; à Arjil et associés banque devenue (2004) Arjil Groupe Altium : Associé gérant (depuis 2000), Membre du comité exécutif (depuis 2004). **Œuvres** : *Gestion fiscale internationale des entreprises* (en coll., 1986, 1992), *le Cinéma français face à son avenir* (1988). **Décor.** : Chevalier du Mérite agricole, Commandeur des Arts et des Lettres, Officier de l'ordre de Saint-Charles (Principauté de Monaco). **Sport** : ski. **Adr.** : prof., Arjil Groupe Altium, 84 av. d'Iéna, 75116 Paris ; privée, 2 av. Vion-Whitcomb, 75016 Paris.

**COURT (Philippe**, Henri, Albert), Haut fonctionnaire. **Né le** 3 juin 1972 à Montpellier (Hérault). **Fils de** Jean-Paul Court, Enseignant, **et de** Mme, née Eliane Candat, Enseignant. **Etudes** : Ecole nationale des ponts et chaussées (ENPC). **Dipl.** : Ancien élève de l'Ecole polytechnique, Ingénieur au corps des ponts et chaussées. **Carr.** : Chef du service d'ingénierie publique à la Direction départementale de l'équipement (DDE) des Landes (1997-2000), Adjoint au chef du bureau Agriculture-Environnement (2000-02) puis Chef du bureau Recherche-Espace-Postes et Télécoms (2002-03) à la direction du budget au ministère de l'Economie, des Finances et de l'Industrie, Conseiller technique au cabinet de Francis Mer (ministre de l'Economie, des Finances et de l'Industrie) et d'Alain Lambert (ministre délégué au Budget et à la Réforme budgétaire) (2003-04), Directeur de cabinet d'Eric Woerth (secrétaire d'Etat à la Réforme de l'Etat) (2004-05), Secrétaire général de la préfecture de la Dordogne (depuis 2005). **Adr.** : prof., Préfecture de la Dordogne, 2 rue Paul-Louis Courier, 24016 Périgueux cedex.

**COURTADE (Anny**, Jeanne, Mireille), Pr... sociétés. **Née le** 7 nov... à Saint-Raphaël (Var). ... Joseph Fastelli, **et de** Bruna Polverini. **Veuve** Claude Courtade (2 enf. : ... lotte). **Etudes** : Ecole ... du Drumont et Collège ... Saint-Raphaël, Lycées ... Nîmes et Saint-Exupéry ... Raphaël, Faculté des lettres ... Institut préparatoire aux ... rieures. **Dipl.** : Licenc... **Carr.** : Professeur de lettres (1967-74) ; Président-directeur général de la SA Sodica (centre Leclerc) (1974-88), de l'hypermarché Rapsodi à S... (1989-95), de la centrale d'achat Lecasud (centrale du Sud-Est) au Luc (depuis 1989), de la SA Mei... Leclerc du Cannet Rocheville) (depuis 1995), ... conseil de surveillance de l'association des centres Leclerc (ACDLEC), Administrateur ... tion Lenval et de la Société d'exploitation ... annexes de la fondation Maeght, Président ... chefs d'entreprise Action progrès management (APM) (depuis 1995), Membre du Conseil ... (1995-2001), de la Chambre de ... trie des Alpes-Maritimes-délégation ... upérieur (depuis 1995), Membre de ... eneurs de la Côte d'Azur (Udeca deven... ller de la Banque de France (dep... ... : Chevalier de la Légion d'honneur ... iques, Médaille d'or de la Jeunesse ... Trophée de la femme chef d'entrepr... **Distraction** : lecture. **S'intéresse** ... opéra. **Membre** et Présidente du ... (volley-ball féminin). **Adr.** : prof., ... Roosevelt, 06110 Le Cannet ; privée ... rue de Bruxelles, 06110 Le Cann... ...@wanadoo.fr.

...TAIGNE (Hervé, Marie, Michel), Pr... **Né le** 19 février 1952 à Bine El Oued ... André Courtaigne, Président de soc... ...née Anne Delalande. **Veuf** de Mme ... ève Larousse (3 enf. : Juliette, Nico... ...s : Ecole Saint-Louis de Gonzague ... Diplômé de l'Ecole des hautes études ... HEC) et du cycle technique de l'Institut ... ur de sécurité incendie. **Carr.** : Assist... à la société Procter & Gamble (1974-77) ... de Salrenoff SA (1977-79), Directeur ... FCA (1979-81), Directeur général (1981) ... ur général (1991) puis Président du ... on de SPS devenu Proteg SA, Dir... Sécurité Incendie (1988), de Proteg ... ark (1990), Vice-président de l'Union ... es de sécurité (Ufss) (1995), Secrétai... Confédération européenne de sécurité ... (1994), Président-directeur général du ... capital développement Hemicap SA devenu Horosmart SA (depuis 1998), Président du ... quartz SA, Président du comité de surveillance ... ronnement SAS (2003), Ancien Président d'Hef... (Pays-Bas). **Sports** : squash, golf. **Membre** ... Prieure. **Adr.** : prof., Horosmart SA, 3 rue ... 75015 Paris ; e-mail, hcourtaigne@yahoo.fr

**COURTAUD (Bernard**, Jean, Jacques, ...) **Né le** 22 juin 19... (Essonne, ex-Seine-et-Oise) ... Paul Courtaud, Dirigeant d... **et de** Mme, née Simon... **Père de** 4 enfants : ... Alexandre, Stanislas, Paul ... Lycées Lakanal à Sceaux ... le-Grand à Paris, Institut ... d'administration des affaires ... **Dipl.** : Ingénieur de l'Ecole ... des arts et manufactures, ... Master of Business Administration (MBA). **Carr.** : Ingénieur au Commissariat à l'énergie atomique (CEA) (1968-70), au Port of New York (Etats-Unis) (1970-71), à Peat Marwick Mitchell ... 74), Fondateur et Président du Groupe Courta... 96), Fondateur et Associé principal de The H... ling Network (1996). **Sports** : ski, golf, ... **Membre** et Président d'honneur de l'Association des anciens élèves de l'Insead. **Adr.** : privée, ... Courcelles, 75008 Paris et 6 Grande rue, 41... e-mail, courtaud@wanadoo.fr

**COURTEAU (Roland)**, Enseignant, Homme ... **Né le** 24 février 1943 à Narbonne (Aude). **Fils** ... Courteau, Syndicaliste, **et de** Mme, née ... **Mar.** le 15 juillet 1967 à Mlle Evelyne Sou... (3 enf. : Christophe, Franck, Teddy). **Carr.** ... gnant ; Adjoint au maire de Sallèles-d'Aude ... 28 septembre 1980 Sénateur de l'Aude, ... 24 septembre 1989 et le 27 septembre 1998, ... groupe socialiste, Conseiller régional du ... Roussillon (1980-86), Membre (depuis 1982), ... dent (1982-2001) du Conseil général de l'Aude, ... suppléant (1998-2001), Membre titulaire de la Haute cour de justice. **Adr.** : prof., Palais du Luxembourg, 75291 Paris cedex 06 et 5? 21? ... cedex.

**COURTEL (Joseph**, Erwan, Marie), ... cours, Président d'organisme professionnel. ... **Fils de** ... 18 avril 1927 à Vannes (Morbihan) ... Eugène Courtel, Capitaine au long cours **et de** ...



**EXHIBIT 14**

Variety.com - Starry pics put Studio Canal back on map Page 1 of 3

VARIETY | INDUSTRY NEWS | WEB
SEARCH
SEARCH POWERED BY:
DIG

DEPARTMENTS
FILM TV INT'L BIZ MUSIC TECH LEGIT HOME ENT.
SECTIONS
V PLUS REVIEWS BLOGS MORE

# WEEKLY: INTERNATIONAL

*Posted: Fri., May 18, 2007, 1:42pm PT*

EMAIL PRINT CONTACT RSS

## Starry pics put Studio Canal back on map

### Company takes Cannes limelight

By ALISON JAMES

CANNES Studio Canal is making a fresh bid to become a European major, ramping up its investments in new films to the tune of $200 million annually, and flexing its distribution muscle beyond France's borders.

The company has been in the limelight at the Cannes Film Fest, with two pics bookending the festival: Wong Kar Wai's opener "My Blueberry Nights" and Denys Arcand's closer "The Age of Ignorance." Another, Emir Kusturica's "Promise Me This," falls in the middle.

Those movies will feed Studio Canal's library of 5,000 titles, which the studio is also busy mining for remake purposes.

New projects with an array of international partners include a new "Escape From New York," being developed with New Line, a Brit version of the French classic "La Piscine" and a remake of "The Dam Busters" being developed with Universal.

Studio Canal's relationship with its erstwhile merger partner is very much on again, and the classic Brit war pic is just one illustration of that.

Studio Canal has recently pacted with Universal to handle the physical distribution of its films in the Benelux countries, the latest piece in a European distribution puzzle after Britain's Momentum, which it acquired last year.

Meanwhile Universal and Studio Canal have also re-upped their Working Title partnership, with Studio Canal increasing its stake in the Brit production shingle's films, and taking distribution rights to Benelux, as well as France.

The architect of the Canal Plus Group subsid's big ambitions is the company's new chairman, Olivier Courson.

In his first interview since taking the operational reins of the group earlier this year, he told *Variety*: "Studio Canal is back, but doing things differently this time."

Last time around, the company's plans for major-studio status were sacrificed in the short-lived merger of Vivendi and

http://www.variety.com/article/VR1117965296.html?categoryid=2523&cs=1 7/12/2007

Canal Plus with Universal. In the wake of the break-up, Canal Plus Group was revealed to be $5 billion in debt, and Studio Canal, along with other divisions, received a radical make-over, shrinking back to a streamlined Gallic business with a much-reduced budget.

Today, the Canal Plus Group has entered a new growth phase, and orders have been sent down from parent company Vivendi to maximize cash flow across its various businesses.

Studio Canal acquired British distrib Optimum last year, and opened an international office in London headed by managing director Frederic Sichler, from where it plans to develop international projects.

As part of its new methods, the company no longer produces inhouse; it's only co-producing pics. But fully financing, as it did with "Blueberry Nights," remains an option.

"The idea is to initiate projects, not to only be a financial partner, and to be able to nourish our distribution pipeline and international sales," Courson says.

With Columbia, the company co-financed Mathieu Kassovitz' Vin Diesel starrer "Babylon AD," which finished shooting this week.

Other international films slated to go into production this year include Johnnie To's remake of the Jean-Pierre Melville classic "The Red Circle" and " Honor Among Thieves," directed by John Rogers.

Says Courson, "We are going to get Johnnie To to do something he has never done before, which is an international film with an international cast. It is a bit like Wong Kar Wai, who we are taking on a new path that he has never explored before, with an international cast in the U.S.

"With the Johnnie To film, we preferred to stay in Hong Kong, but he'll work in conditions he's never had before with a budget he's never had before."

As well as backing roughly three international projects a year, Studio Canal will also invest in 12-15 French and European titles.

Upcoming films range from Jean Jacques Annaud's French language mythologically themed "His Majesty Minor," which the company is selling internationally, to "Disco," a popular French comedy Studio Canal will distribute in Gaul, by the helmer and star duo, Fabien Onteniente and Franck Dubosc, behind last year's summer hit, "Camping."

"It was one of the first films I greenlit," says Courson. " I think popular comedies are one of the things France is the best at.

"We are positioning ourselves as a European major while working on bigger budget films with the American majors," Courson says.

*Date in print: Mon., May 21, 2007, Weekly*

EMAIL PRINT CONTACT RSS

## RELATED ARTICLES:

***Brazil climbs high with 'Spider-Man' - 5/18/07 1:35pm***

*Oz current affairs battle heats up - 5/18/07 1:11pm*

*RAI not sure which Endemol's up - 5/18/07 1:06pm*

*Czech director attacks 'monopoly' - 5/18/07 1:03pm*

*Colombia packs heavy for Cannes - 5/11/07 3:51pm*

*Australia has incentive to do business - 5/11/07 3:20pm*

SUBSCRIBE LOGIN ABOUT US ADVERTISE CONTACT U

*RELATED SITES: Broadcasting & Cable Multichannel News Video Business ContentAgenda Twice*

© 2007 Reed Business Information, *a division of Reed Elsevier Inc. All rights reserved. Use of this website is subject to its Te*

MEDIA & PUBLISHING:
Variety | LA 411 | New York 411 | Video Business | ContentAgenda | Broadcasting & Cable | Multichannel News | Publishers Weekly | Library Journal | School Library Journal | Criticas | Tradeshow Week

MANUFACTURING:
Design News | Control Engineering | Plant Engineering | Purchasing | Purchasing Data | Logistics Management | Industrial Distribution | Supply Chain Management Review | Modern Materials Handling | Manufacturing Business Technology | Kellysearch

BUSINESS & PRINTING:
DM2-DecisionMaker | Zibb | Packaging Digest | Graphics Arts Monthly | Graphics Arts Blue Book | Converting | Expert Business Source | HotFrog USA | The Industry Measure

GIFTS & FURNISHINGS:
Furniture Today | Home Textiles Today | Home Accents Today | Casual Living | Kids Today | Gifts & Decorative Accessories | Playthings | Jlrs, Circ, Keystone

HOSPITALITY:
Hotels | R&I | Chain Leader | Foodservice Equipment & Supplies

El
El
Bu
In

Bl
Co
De
Ho
Re
Fi
Bu
Re