BATTS, 5.

MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500
Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2057

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
METRO-GOLDWYN-MAYER STUDIOS INC.,          :

           Plaintiff,          :

     -against-          :                    07 Civ. 2918 (DAB)

TPS GESTION, S.A., TPS SOCIÉTÉ EN NOM   :
COLLECTIF, CANAL + FRANCE S.A., and
GROUPE CANAL + S.A.                                       :

           Defendants.          :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the time for defendants to serve reply papers in support of their motion to dismiss is extended to and including August 17, 2007.

MANATT, PHELPS & PHILLIPS, LLP            DLA PIPER US LLP

By: _____              By: _____
   Lauren Reiter Brody                              Andrew L. Deutsch

Attorneys for Defendants                           Attorneys for Plaintiff
7 Times Square                                            1251 Avenue of the Americas
New York, New York 10036                       New York, New York 10020
(212) 790-4500                                             (212) 335-4500

SO ORDERED:

_____
U.S.D.J.

803199843.1

SO ORDERED

_Deborah A. Batts_
DEBORAH A. BATTS   7/30/2007
UNITED STATES DISTRICT JUDGE